# Exhibit 3



**U.S. FDA** ✔
@US_FDA

• • •

# You are not a horse. You are not a cow. Seriously, y'all. Stop it.

fda.gov
**Why You Should Not Use Ivermectin to Treat or Prevent COVID-19**
Using the Drug ivermectin to treat COVID-19 can be dangerous and even lethal. The FDA has not approved the drug for that purpose.

7:57 AM · Aug 21, 2021 · Twitter Web App

**51.5K** Retweets   **21.4K** Quote Tweets   **117.7K** Likes