# Exhibit 4



**U.S. FDA** ✓
@US_FDA

···

Hold your horses, y'all. Ivermectin may be trending, but it still isn't authorized or approved to treat COVID-19.



fda.gov
Why You Should Not Use Ivermectin to Treat or Prevent COVID-19
Using the Drug ivermectin to treat COVID-19 can be dangerous and even lethal. The FDA has not approved the drug for that purpose.

9:19 AM · Apr 26, 2022 · Twitter Web App

**43** Retweets   **141** Quote Tweets   **83** Likes