# Exhibit 12

# VigiAccess ☰

Note: *Result is presented for the active ingredient, often including more than one brand name*

[Enter name of drug or vaccine]   **Search**

**Ivermectin** is an active ingredient
There are **6 303** reports with this active ingredient

## Reported potential side effects

- › Blood and lymphatic system disorders (1%, 68 ADRs)
- › Cardiac disorders (2%, 158 ADRs)
- › Congenital, familial and genetic disorders (0%, 2 ADRs)
- › Ear and labyrinth disorders (1%, 63 ADRs)
- › Endocrine disorders (0%, 8 ADRs)
- › Eye disorders (3%, 277 ADRs)
- › Gastrointestinal disorders (18%, 1881 ADRs)
- ⌄ General disorders and administration site conditions (18%, 1896 ADRs)
    - Drug ineffective (540)
    - Pyrexia (152)
    - Asthenia (145)
    - Fatigue (122)
    - Application site erythema (99)
    - Condition aggravated (99)
    - Malaise (93)
    - Pain (88)
    - Swelling face (83)
    - Application site pain (72)
    - Application site pruritus (70)
    - No adverse event (64)
    - Chest pain (50)
    - Gait disturbance (45)
    - Drug ineffective for unapproved indication (44)
    - Oedema (44)
    - Oedema peripheral (38)
    - Application site rash (36)
    - Face oedema (35)
    - Application site irritation (34)
    - Chills (34)
    - Swelling (34)
    - Death (25)
    - Drug effective for unapproved indication (23)
    - Therapeutic response unexpected (23)
    - Application site oedema (21)
    - Drug interaction (19)
    - Peripheral swelling (19)
    - Inflammation (16)
    - Feeling abnormal (15)
    - Therapeutic response decreased (14)
    - Adverse event (13)
    - Application site swelling (13)
    - Generalised oedema (13)
    - Discomfort (11)
    - Feeling hot (11)
    - Feeling cold (10)
    - Multiple organ dysfunction syndrome (10)
    - Therapy non-responder (9)
    - Treatment failure (9)
    - Unevaluable event (9)
    - Application site inflammation (8)
    - Chest discomfort (8)
    - Application site discharge (7)
    - Localised oedema (7)

# VigiAccess ☰

Application site dryness (5)
Disease recurrence (5)
General physical health deterioration (5)
Tenderness (5)
Therapeutic product effect incomplete (5)
Treatment noncompliance (5)
Application site vesicles (4)
Feeling drunk (4)
Adverse reaction (3)
Application site acne (3)
Application site burn (3)
Application site discolouration (3)
Application site exfoliation (3)
Application site papules (3)
Application site reaction (3)
Crying (3)
Ill-defined disorder (3)
Influenza like illness (3)
Injury associated with device (3)
Mucosal dryness (3)
Secretion discharge (3)
Sudden death (3)
Therapeutic product effective for unapproved indication (3)
Adverse drug reaction (2)
Application site haemorrhage (2)
Application site hypersensitivity (2)
Application site warmth (2)
Cyst (2)
Disease progression (2)
Drug intolerance (2)
Facial pain (2)
Hyperpyrexia (2)
Illness (2)
Injection site pain (2)
Physical deconditioning (2)
Rebound effect (2)
Systemic inflammatory response syndrome (2)
Ulcer (2)
Administration site erythema (1)
Administration site pain (1)
Administration site reaction (1)
Administration site swelling (1)
Adverse food reaction (1)
Application site dermatitis (1)
Application site discomfort (1)
Application site nodule (1)
Application site photosensitivity reaction (1)
Application site plaque (1)
Application site scab (1)
Application site urticaria (1)
Application site wound (1)
Axillary pain (1)
Chronic fatigue syndrome (1)
Complication associated with device (1)
Crepitations (1)
Early satiety (1)
Energy increased (1)
Extensive swelling of vaccinated limb (1)
Hangover (1)
Hyperthermia (1)
Hypothermia (1)
Impaired self-care (1)
Injection site haemorrhage (1)
Local reaction (1)
Mass (1)
Mucosal inflammation (1)
Nodule (1)
Nonspecific reaction (1)
Paradoxical drug reaction (1)
Performance status decreased (1)
Sluggishness (1)
Temperature intolerance (1)
Therapeutic product effect delayed (1)
Therapeutic product ineffective (1)









# VigiAccess

Current data set date is 5/8/2022. The dataset is normally updated on Sundays at 17:00 CET (± 1 hour).



VigiAccess is developed and maintained by the WHO Collaborating Centre for I