# Exhibit 13

# FDA Adverse Events Reporting System (FAERS) Public Dashboard

## IVERMECTIN (G)

**Search Term:** Ivermectin (G)
**Reaction Term:** Death

### Case Count by Received Year

| Category | Number of Cases | Percentage |
|---|---|---|
| 2021 | 8 | 11.43% |
| 2020 | 1 | 1.43% |
| 2019 | 4 | 5.71% |
| 2017 | 4 | 5.71% |
| 2016 | 1 | 1.43% |
| 2014 | 4 | 5.71% |
| 2013 | 2 | 2.86% |
| 2012 | 1 | 1.43% |
| 2011 | 1 | 1.43% |
| 2010 | 2 | 2.86% |
| 2009 | 2 | 2.86% |
| 2008 | 5 | 7.14% |
| 2007 | 3 | 4.29% |
| 2006 | 8 | 11.43% |
| 2005 | 7 | 10.00% |
| **Totals** | **70** | **100.00%** |

*Data as of March 31, 2022*

This page displays the number of cases identified for the product/reaction term of interest by "Received Year". "Received Year" is the year the case was received by the FDA.



Case Count by Received Year