# Exhibit 14

# VigiAccess

Note: *Result is presented for the active ingredient, often including more than one brand name*

Enter name of drug or vaccine        Search

**Acetaminophen** is an active ingredient
There are **175 116** reports with this active ingredient

## Reported potential side effects

- Blood and lymphatic system disorders (2%, 4 241 ADRs)
- Cardiac disorders (2%, 5 177 ADRs)
- Congenital, familial and genetic disorders (0%, 490 ADRs)
- Ear and labyrinth disorders (0%, 991 ADRs)
- Endocrine disorders (0%, 131 ADRs)
- Eye disorders (3%, 9 148 ADRs)
- Gastrointestinal disorders (10%, 27 939 ADRs)
- General disorders and administration site conditions (13%, 36 900 ADRs)
    - Drug ineffective (10 394)
    - Death (3 893)
    - Face oedema (2 729)
    - Pyrexia (2 540)
    - Pain (1 654)
    - Malaise (1 645)
    - Fatigue (1 477)
    - Therapeutic product effect incomplete (1 183)
    - Asthenia (1 125)
    - Oedema (940)
    - Drug interaction (851)
    - Therapeutic response unexpected (819)
    - Swelling (700)
    - Chest pain (696)
    - Feeling abnormal (672)
    - Swelling face (648)
    - Chills (640)
    - Condition aggravated (631)
    - Oedema peripheral (592)
    - Chest discomfort (493)
    - Therapeutic response decreased (480)
    - Drug ineffective for unapproved indication (472)
    - Unevaluable event (381)
    - Multiple organ dysfunction syndrome (377)
    - Hypothermia (361)
    - Adverse event (307)
    - No adverse event (300)
    - Peripheral swelling (295)
    - Feeling hot (290)
    - Gait disturbance (256)

# VigiAccess

- Crying (202)
- Infusion site pain (191)
- Therapeutic product effect decreased (175)
- Drug intolerance (169)
- Adverse drug reaction (166)
- Influenza like illness (163)
- General physical health deterioration (156)
- Illness (156)
- Discomfort (137)
- Localised oedema (129)
- Drug withdrawal syndrome (124)
- Feeling cold (107)
- Inflammation (103)
- Therapeutic product effect delayed (94)
- Gait inability (84)
- Therapy non-responder (78)
- Thirst (76)
- Brain death (75)

Load more...

- Hepatobiliary disorders (5%, 13 940 ADRs)
- Immune system disorders (2%, 5 824 ADRs)
- Infections and infestations (1%, 3 857 ADRs)
- Injury, poisoning and procedural complications (14%, 40 002 ADRs)
- Investigations (4%, 12 156 ADRs)
- Metabolism and nutrition disorders (1%, 3 910 ADRs)
- Musculoskeletal and connective tissue disorders (1%, 3 429 ADRs)
- Neoplasms benign, malignant and unspecified (incl cysts and polyps) (0%, 377 ADRs)
- Nervous system disorders (7%, 18 761 ADRs)
- Pregnancy, puerperium and perinatal conditions (0%, 813 ADRs)
- Product issues (2%, 4 237 ADRs)
- Psychiatric disorders (6%, 16 013 ADRs)
- Renal and urinary disorders (2%, 4 573 ADRs)
- Reproductive system and breast disorders (0%, 560 ADRs)
- Respiratory, thoracic and mediastinal disorders (4%, 9 935 ADRs)
- Skin and subcutaneous tissue disorders (18%, 50 186 ADRs)
- Social circumstances (0%, 549 ADRs)
- Surgical and medical procedures (0%, 750 ADRs)
- Vascular disorders (2%, 5 351 ADRs)

## Geographical distribution

Chart | Table



## Patient sex distribution

Chart | Table





## Age group distribution



## ADR reports per year



Current data set date is 5/8/2022. The dataset is normally updated on Sundays at 17:00 CET (± 1 hour).

# VigiAccess



VigiAccess is developed and maintained by the WHO Collaborating Centre for International Drug Monitoring, Uppsala Monitoring Centre on behalf of WHO

# VigiAccess

VigiAccess is developed and maintained by the WHO Collaborating Centre for International Drug Monitoring, Uppsala Monitoring Centre on behalf of WHO