# Exhibit 15



FDA Adverse Events Reporting System (FAERS) Public Dashboard

Home | Demographics | Reaction Group | Reaction | Listing of Cases | Disclaimer | Report a Problem | FAQ | Site Feedback

Search Term: Acetaminophen (G)
Reaction Term: Death

## ACETAMINOPHEN (G)

Total Cases: 3,918
Serious Cases (including deaths): 3,915
Death Cases: 3,915

### Case Count by Received Year

| Category | Number of Cases | Percentage |
|---|---|---|
| 2022 | 190 | 4.85% |
| 2021 | 340 | 8.68% |
| 2020 | 539 | 13.76% |
| 2019 | 355 | 9.06% |
| 2018 | 178 | 4.54% |
| 2017 | 470 | 12.00% |
| 2016 | 270 | 6.89% |
| 2015 | 458 | 11.69% |
| 2014 | 256 | 6.53% |
| 2013 | 123 | 3.14% |
| 2012 | 96 | 2.45% |
| 2011 | 165 | 4.21% |
| 2010 | 117 | 2.99% |
| 2009 | 79 | 2.02% |
| 2008 | 42 | 1.07% |
| **Totals** | **3,918** | **100.00%** |

*Data as of March 31, 2022*

This page displays the number of cases identified for the product/reaction term of interest by "Received Year". "Received Year" is the year the case was received by the FDA.

FDA U.S. FOOD & DRUG ADMINISTRATION