# Exhibit 19





**rx0rcist** Our Exercise 🎙️ · 4-3
Stop prescribing ivermectin. #heybestie #pettyjournalclub #rx0rcist #mdbreathe #houston #texas #pharmacy #pharmacist #aapi #doctorsoftiktok

♪ original sound - Our Exercise 🎙️

47.4K
961
375

**TikTok**

🏠 For You
👥 Following
📺 LIVE

Log in to follow creators, like videos, and view comments.

**Log in**

Popular topics
- Comedy
- Gaming
- Food
- Dance
- Beauty
- Animals
- Sports

Suggested accounts
- **selenagomez** — Selena Gomez
- **badbunny** — Bad Bunny
- **shakira** — Shakira

Search accounts
+ Upload
Log in
Follow