UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

| Apter et al. |
|---|
| *versus* |
| Department of Health & Human Services, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael B. Buschbacher<br>Boyden Gray & Associates PLLC<br>801 17th Street, N.W., Suite 350<br>Washington, DC 20006<br>202-955-0622  buschbacher@boydengrayassociates.com<br>DC 1048432 |
|---|---|

| Name of party applicant seeks to appear for: | Apter et al. (all Plaintiffs) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/2/2022 | Signed: *[signature: Michael Buschbacher]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                              United States District Judge