UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Apter et al.

*versus*

Department of Health & Human Services, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | C. Boyden Gray<br>Boyden Gray & Associates PLLC<br>801 17th Street, N.W., Suite 350<br>Washington, DC 20006<br>202-955-0620 info@boydengrayassociates.com<br>DC 122663 |
|---|---|

| Name of party applicant seeks to appear for: | Apter et al. (all Plaintiffs) |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 6/2/2022  Signed: /s/ C. Boyden Gray

The state bar reports that the applicant's status is:

Dated: _____  Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____  _____
United States District Judge