# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, M.D., FACEP, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) No. 3:22-cv-184 |
| | ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) |
| | ) |
| *Defendants*. | ) |

## CERTIFICATE OF INTERESTED PARTIES

The following have a financial interest in the outcome of this litigation:

*Plaintiffs*

    (A)    Robert L. Apter
    (B)    Mary Talley Bowden
    (C)    Paul E. Marik

*Counsel for Plaintiffs*

    (A)    Boyden Gray & Associates PLLC
    (B)    Jonathan Berry
    (C)    Michael Buschbacher
    (D)    C. Boyden Gray
    (E)    Jared M. Kelson
    (F)    R. Trent McCotter

*Defendants*

    (A)    Xavier Becerra
    (B)    Robert M. Califf
    (C)    Department of Health and Human Services
    (D)    Food and Drug Administration

*Counsel for Defendants*

(A) U.S. Attorney's Office for the Southern District of Texas
(B) Jennifer Lowery

      Respectfully submitted,

      /s/ R. Trent McCotter

      C. BOYDEN GRAY (*pro hac vice pending*)
      R. TRENT MCCOTTER (So. Dist. No. 3712529)
      JONATHAN BERRY (*pro hac vice pending*)
      MICHAEL BUSCHBACHER (*pro hac vice pending*)
      JARED M. KELSON (*pro hac vice pending*)
      BOYDEN GRAY & ASSOCIATES
      801 17th St. NW, #350
      Washington, DC 20006
      (202) 706-5488
      mccotter@boydengrayassociates.com

**CERTIFICATE OF SERVICE**

      I certify that on June 4, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF). I will serve a copy on the U.S. Attorney's Office for the Southern District of Texas via their preferred method of e-mail service at usatxs.civilnotice@usdoj.gov.

                                              /s/ R. Trent McCotter

                                              R. Trent McCotter