## AFFIDAVIT OF R. TRENT MCCOTTER

## PROOF OF SERVICE

1. My name is R. Trent McCotter. I am counsel for Plaintiffs in *Apter v. Department of Health and Human Services*. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I make this declaration pursuant to Federal Rule of Civil Procedure 4(*l*), which states that "proof [of service] must be by the server's affidavit." Fed. R. Civ. P. 4(*l*).

3. On June 4, 2022, I served the summonses, complaint, this Court's rules of practice, and the Court's June 3 order on the U.S. Attorney's Office for the Southern District of Texas, the Attorney General of the United States, and on each of the Defendants by mailing those items via certified mail.

4. Under Rule 4(i)(1), service on all Defendants was effective upon the "send[ing]" of those items.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 4, 2022