# Exhibit 3

## Drugs (Medicines)

**Q: What does it mean to be an FDA-approved drug?**

**Q: What is the FDA's role in regulating potential treatments during a public health emergency?**

**Q: What drugs (medicines) are available in the U.S. to treat COVID-19?**

**Q: What is a monoclonal antibody?**

**Q: Where are infusions of monoclonal antibody treatments available?**

**Q: Are chloroquine phosphate or hydroxychloroquine sulfate approved by the FDA to treat COVID-19?**

**Q: Should I take chloroquine phosphate used to treat disease in aquarium fish to prevent or treat COVID-19?**

**Q: Are antibiotics effective in preventing or treating COVID-19?**

**Q: Should I take ivermectin to prevent or treat COVID-19?**

A: No. While there are approved uses for ivermectin in people and animals, it is not approved or authorized for the prevention or treatment of COVID-19. Read more about why you should not use ivermectin to treat or prevent COVID-19.

Read this Consumer Update to learn more about some of the available COVID-19 treatments and how to get more information about them.

**Q: What is the FDA doing to protect people from products being distributed with fraudulent COVID-19 claims?**

**Q: Are there drug shortages due to COVID-19?**

**Q: Who should I contact with drug-related questions?**