# Exhibit 5

| | |
|---|---|
| **From:** | Jefferson_Erica |
| **To:** | Woodcock_Janet |
| **Cc:** | Tierney_Julia; Safford_Melissa; Rebello_Heidi; Mulieri_Chris; Kimberly_Brad; Walsh_Sandy; Felberbaum_Michael |
| **Subject:** | RE: Sharing: FDA Ivermectin / COVID-19 Tweet Goes Viral |
| **Date:** | Monday, August 23, 2021 3:29:22 PM |
| **Attachments:** | image002.png |
| | image008.png |

Hi Dr. Woodcock,

I just wanted to update you on some cool stats Brad just shared from the tweet today. Since we are a data driven agency, I thought you'd appreciate seeing some visuals on the numbers.

- Currently, it's the most popular post we've ever had on Twitter. There is a caveat with this statement given that today's vaccine approval is on its heels.

- All said, it looks like we gained a total of 11K followers across the accounts we posted these on. That's up **636.7%** from the two days prior. That growth is 17.6K overall, including today's vaccine approval social posts.

All in all, we're pleased with the response and the results here. It was also a perfect lead-in to today's vaccine approval, meaning we reached thousands more than we might have had we not picked up some additional followers that were drawn in by the tweet.

Please let us know if you have any follow up questions.
Erica

**Profiles**
Review your aggregate profile and page metrics from the reporting period.

| Profile | Audience | Net Audience Growth | Published Posts | Impressions | Engagements | Engagement Rate (per Impression) |
|---|---|---|---|---|---|---|
| Reporting Period Aug 21, 2021 – Aug 22, 2021 | 1,681,379 ↗0.7% | 10,881 ↗636.7% | 6 ↘71.4% | 16,099,564 ↗2,076.7% | 565,755 ↗4,996.9% | 3.5% ↗134.2% |
| Compare to Aug 19, 2021 – Aug 20, 2021 | 1,670,404 | 1,477 | 21 | 739,636 | 11,100 | 1.5% |
| U.S. Food and Drug Ad… | 723,928 | 1,277 | 1 | 605,492 | 49,831 | 8.2% |
| @US_FDA | 466,953 | 5,747 | 3 | 15,104,509 | 496,175 | 3.3% |
| FDA | 465,781 | 280 | 1 | 55,835 | 2,670 | 4.8% |
| fda | 24,717 | 3,577 | 1 | 333,728 | 17,079 | 5.1% |

**ANALYTICS**
Twitter:



| | |
|---|---|
| Impressions | 23,745,920 |
| Media views | 35,707 |
| Total engagements | 920,460 |
| Detail expands | 579,553 |
| Link clicks | 103,494 |
| Likes | 89,081 |
| Retweets | 54,325 |
| Profile clicks | 48,246 |
| Media engagements | 35,707 |
| Replies | 9,828 |
| Follows | 226 |

Facebook:



LinkedIn:



Instagram:




**From:** Woodcock, Janet <Janet.Woodcock@fda.hhs.gov>
**Sent:** Sunday, August 22, 2021 1:15 PM
**To:** Jefferson, Erica <Erica.Jefferson@fda.hhs.gov>
**Subject:** RE: Sharing: FDA Ivermectin / COVID-19 Tweet Goes Viral

That was great!  Even I saw it!  Agree, we need to be creative and accessible!  Excellent start!  jw

**From:** Jefferson, Erica <Erica.Jefferson@fda.hhs.gov>
**Sent:** Sunday, August 22, 2021 11:35 AM
**To:** Woodcock, Janet <Janet.Woodcock@fda.hhs.gov>
**Cc:** Tierney, Julia <Julia.Tierney@fda.hhs.gov>; Safford, Melissa <Melissa.Safford@fda.hhs.gov>; Rebello, Heidi <Heidi.Rebello@fda.hhs.gov>; Mulieri, Chris <Charles.Mulieri@fda.hhs.gov>; Kimberly, Brad <Brad.Kimberly@fda.hhs.gov>; Walsh, Sandy <Sandy.Walsh@fda.hhs.gov>; Felberbaum, Michael <Michael.Felberbaum@fda.hhs.gov>
**Subject:** Sharing: FDA Ivermectin / COVID-19 Tweet Goes Viral

Hi Dr. Woodcock,

I hope you are having a great weekend. I know we are all eager for tomorrow.

Separately and as you know, the OEA team and I have been meeting over the past several weeks to discuss ways in which we can more effectively use our social media platforms to share important public health information with consumers. I'm sure you saw some of the news coming out of Mississippi on Friday regarding the use of ivermectin to treat / prevent Covid-19 and the increase in adverse events (poisonings) the state highlighted as a result of its use. I expressed to the team late Friday night that we take the opportunity to remind the public of our own warnings for ivermectin and by early Saturday morning the social media team had posted the following tweet:



Needless to say, the direct, straight-forward and clever (humorous) communication, paired with a follow-on tweet that provided additional answers to common questions about ivermectin, saw the tweet quickly going viral and being shared across multiple social medium platforms (where it was amplified by other influencers) and resulted in additional news coverage by: NYT, CNN, NBC News and Rolling Stone to name a few. Notably, the official Today Show Instagram account (3 million followers) also featured an original post on the account. We also took the opportunity to highlight a Consumer Update on ivermectin, that was prepared and distributed earlier this year. I'm pleased to report that as a result of the tweet, the update was accessed 177k times yesterday alone.

By comparison, the tweet currently ranks as our 2nd most popular tweet of all time in terms of the number of people we've reached with the content:

J&J Pause tweet - 20.4M
**Not a Horse tweet – 14.5M**
Immunocompromised EUA FB - 10.8M
J&J Pause tweet inside original thread - 6.8M
Pfizer4Kidz tweet - 4.5M

As you know, I am committed to identifying unique (for FDA) ways for us to reach the "everyday" American to "brand" FDA. I am grateful the OEA team is enthusiastically supportive of this goal and in particularly, I want to recognize Brad, Chris and Sandy, for mobilizing quickly Friday night and Saturday morning to create a unique viral moment at such a critical time for the FDA's image and in our fight against Covid-19. While we won't *always* be able to take this approach (we are still a government entity), we will seek to develop content that allows the agency to feel both accessible and informative in a time of incredible misinformation. We will be meeting with OCC soon to discuss our new recommended approach for social media engagement. We look forward to sharing more about these efforts in the weeks ahead, including an ambition effort to counter much of the vaccine information out there as we prepare to approve Comiraty.

Please let me know if you have any questions in the interim. Thanks for your support on our efforts to evolve FDA's communications with consumers.

Best,
Erica

**Erica V. Jefferson** (she/her)
Associate Commissioner for External Affairs
**U.S. Food and Drug Administration**
Tel: 240-702-3994
erica.jefferson@fda.hhs.gov





Executive Assistant:   Jacqueline.Thomas@fda.hhs.gov