# Exhibit 6

FDA
**Posts**                                    **Follow**

 **fda** ✓                                    ...



♡  ⬭  ◁                                                    ⛊

**20,965 likes**

fda You are not a horse.
Stop it with the #Ivermectin.
It's not authorized for treating #COVID.

View all 10,269 comments

brittanybowie24 This is the most amazing thing I have ever       ♡
seen on an official government social media post.

August 21, 2021

 **fda** ✓                                    ...