# Exhibit 10

## DECLARATION OF PAUL E. MARIK, MBBCH, M.MED, FCCM, FCCP

1.  My name is Paul E. Marik. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2.  The attached curriculum vitae is true and accurate.

3.  I received a medical degree in 1981 from the University of Witwatersrand in Johannesburg, South Africa. I have been practicing medicine for over 40 years, with over 30 years of experience as a critical care specialist.

4.  My academic credentials include:

    - Bachelor of Medicine, Bachelor or Surgery (MBBCh), from the University of Witwatersrand;

    - Bachelor of Science with Honors in Pharmacology, from the University of Witwatersrand;

    - Diploma in Tropical Medicine and Hygiene (DTM&H), from the University of Witwatersrand;

    - Master of Medicine, from the University of Witwatersrand;

    - Fellow of the College of Physicians of South Africa;

    - Fellow of The Royal College of Physicians of Canada;

    - Fellow of the American College of Critical Care Medicine; and

    - Fellow of the American College of Chest Physicians.

5.  I am certified by the:

    - American Board of Internal Medicine, for Internal Medicine and Critical Care Medicine;

    - American Board of Physician Nutrition Specialists, as a Physician Nutrition Specialist;

    - United Council for Neurological Subspecialities (USA), as a Neurocritical Care Specialist;

    - South African Medical and Dental Council, as a General Practitioner with a specialty certification in Internal Medicine, and a sub-specialty certification in Critical Care Medicine;

- British Medical Council, as a General Practitioner with a specialty certification in Internal Medicine; and

- Canadian Medical Council, as a General Practitioner with a specialty certification in Internal Medicine, and a sub-specialty certification in Critical Care Medicine.

6.  According to Semantic Scholar, I have over 750 publications and have been cited more than 40,000 times, with an h-index of 95.

7.  I am a world expert on sepsis, a life-threatening condition and common result of COVID-19, according to Expertscape's PubMed-based algorithm.

8.  I was a Professor of Medicine and Chief of Pulmonary and Critical Care Medicine at Eastern Virginia Medical School ("EVMS") in Norfolk, Virginia, from 2009 through 2021, with tenure starting in 2014.  I also served as Director of the Intensive Care Unit as Sentara Norfolk General Hospital from 2009 through 2021.

9.  As Chief of Pulmonary and Critical Care Medicine, I developed the protocol at EVMS for treating COVID-19. It was called the EVMS COVID-19 Management Protocol, which included the MATH+ Protocol. Ivermectin was added to the MATH+ protocol in October/November 2020. I observed the use of ivermectin as an early treatment for COVID-19 to be effective.

10.  Ivermectin is a very safe drug that has been regularly used worldwide.

11.  I was directed to remove the protocol for treating COVID-19 from EVMS servers and not speak publicly about ivermectin following the FDA's tweet deriding the drug as animal medication, instructing the public to stop using it to treat COVID-19, and linking to the FDA's article entitled, "Why You Should Not Use Ivermectin to Treat COVID-19."

12.  I was forced to resign from my positions at EVMS and Norfolk General Hospital for promoting the use of ivermectin—as well as other safe, cheap, and effective off-label FDA-approved drugs—to treat COVID-19 following the FDA's attempts to stop use of those drugs for that purpose.

13.  I am a founding member of Front Line COVID-19 Critical Care Alliance ("FLCCC"), where I serve as Co-Chief Medical Officer.

14.  The FLCCC uses the MATH+ protocol for treating COVID-19.

15.  The FDA's attempt to forbid the use of ivermectin to treat COVID-19 has interfered with my ability to exercise professional judgement in practicing medicine and prescribe appropriate treatment.

16.   It doesn't matter whether FDA statements are "non-binding." Doctors have been threatened with revocation of their medical licenses and adverse disciplinary actions should they prescribe ivermectin following the FDA's interference. Hospitals have refused to allow their pharmacies to dispense ivermectin and have threatened doctors to have their hospital privileges revoked should they not comply with the NIH/FDA guidelines.  Many pharmacists have refused to fill prescriptions for out-patients with COVID-19 on the basis that the drug is not "FDA approved" for this purpose, even though filling off-label prescriptions is routine. Refusing to allow patients to receive effective early treatment for COVID-19 has led to innumerable hospitalizations and deaths; furthermore, this action has caused extreme distress for patients and their families.

17.   The FDA's malignment of ivermectin as only medication for animals, and telling the public to "stop" taking it for COVID-19, has interfered with my ability to exercise professional medical judgment in prescribing ivermectin off-label for that purpose.

18.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28 , 2022

Paul E. Marik, MBBCh,
M.Med., FCCM, FCCP

# Paul Ellis Marik

### *Curriculum Vitae*

MBBCh (Witwatersrand)., M.Med (Int).,
FCP(SA).,FRCP(C)., FCCM., FCCP.,
FACP., ABPNS., UCNS-NCC., D.Av.Med.,
BSc Hons (Pharmacol).,DA(SA).,DTM&H.

Date of Preparation: 2nd January 2022

*Signature*

Signature

**Professional Title:**   Founding Member of the Front Line Covid-19 Critical Care Alliance
Co-Chief Medical Officer (CMO) FLCCC

**E-mail address:**   ████████████

**Personal Information:**

*Date of Birth*        : ██████ 1958,  Johannesburg, South Africa
*Citizenship*          : US Citizen
*Children*             : ████████████

**BIBLIOGRAPHIC SUMMARY:**

**Academic Qualifications:**
>   MBBCh, Bachelor of Medicine and Surgery, University of Witwaterstrand
>   D.Hom.Med, Diploma in Alternative Medicine, Bantridge Forest school, Sussex, UK
>   D.Av.Med, Diploma in Aviation Medicine, South African Defense Force
>   M.Med, Master of Medicine, University of Witwaterstrand
>   BSc (Hons) Pharmacology, University of Witwaterstrand
>   DTM&H, Diploma in Tropical Medicine and Hygiene, University of Witwaterstrand
>   FCP (SA), College of Medicine of South Africa
>   DA (DA), Diploma of Anesthesia, College of Medicine of South Africa
>   FRCPC, Royal College of Physicians and Surgeons of Canada
>   PNS, American Board of Physician Nutrition Specialists
>   UCNS-NCC, United Council for Neurological Subspecialities

**Certification:**
>   ***South African Medical and Dental Council***
>>      General Practitioner
>>      Specialty certification in Internal Medicine
>>      Sub-specialty certification in Critical Care Medicine
>   ***British Medical Council***
>>      General Practitioner
>>      Specialty certification in Internal Medicine
>   ***Canadian Medical Council***
>>      General Practitioner
>>      Specialty certification in Internal Medicine
>>      Sub-specialty certification in Critical Care Medicine
>   ***American Board of Internal Medicine (ABIM)***
>>      Internal Medicine
>>      Critical Care Medicine
>   ***American Board of Physician Nutrition Specialists***
>>      Physician Nutrition Specialist
>   ***United Council for Neurological Subspecialities (USA)***
>>      Neurocritical Care Specialist

**Publications (Google Scholar and Harzings PoP):**

| | |
|---|---|
| Publications | 782 (as listed by Google Scholar) |
| Citations | 48 090 |
| Citations/paper | 44 |
| Authors/paper | 2.43 |
| H index | 105 |

***Expertscape's*** PubMed-based algorithm: "World Expert" on the topic of sepsis being top 0.01% of scholars writing about Sepsis over the past 10 years.
https://www.expertscape.com/ex/sepsis

**Citation Metrics** according to the top 100 000 scientists in all disciplines as published by Ioannidis JP et al. A standardized citation metrics author database annotated for scientific field. PLoS Biol 2019; 17(8): e3000384

| | |
|---|---|
| *World Ranking:* | 734 (top 1%) |
| *Number of publications:* | 524 |
| *Number Citations:* | 18 899 |
| *H Index:* | 66 |

**Critical Care and Emergency Medicine World Ranking**: 2

| 1 | authfull | inst_name | cntry | np601i | firstyr | lastyr | rank (n | nc |
|---|---|---|---|---|---|---|---|---|
| 115 | Vincent, Jean-Louis | Universite Libre de Bruxelles | bel | 1263 | 1976 | 2018 | 114 | |
| 735 | **Marik, Paul E.** | **Eastern Virginia Medical School** | **usa** | **524** | **1986** | **2018** | **734** | |
| 915 | Bellomo, Rinaldo | University of Melbourne | aus | 1233 | 1990 | 2018 | 914 | |
| 1247 | Deitch, Edwin A. | University of Medicine and Dentistry of | usa | 453 | 1979 | 2015 | 1246 | |
| 1287 | Knaus, William A. | | | 205 | 1972 | 2017 | 1286 | |
| 1332 | Abraham, Edward | Wake Forest University | usa | 413 | 1982 | 2017 | 1331 | |
| 1384 | Cook, Deborah J. | McMaster University | can | 649 | 1996 | 2018 | 1383 | |
| 1856 | Angus, Derek C. | University of Pittsburgh | usa | 453 | 1992 | 2018 | 1855 | |
| 2410 | Marshall, John C. | University of Toronto | can | 390 | 1986 | 2018 | 2409 | |
| 2536 | Pinsky, Michael R. | University of Pittsburgh | usa | 457 | 1979 | 2017 | 2535 | |
| 2592 | Fink, Mitchell P. | University of California at Los Angeles | usa | 377 | 1983 | 2017 | 2591 | |
| 2731 | Bernard, Gordon R. | Vanderbilt University | usa | 270 | 1983 | 2018 | 2730 | |
| 3028 | Pronovost, Peter J. | Johns Hopkins University | usa | 636 | 1998 | 2018 | 3027 | |
| 3401 | Parrillo, Joseph E. | University of Medicine and Dentistry of | usa | 408 | 1971 | 2017 | 3400 | |
| 3408 | Camargo Jr., Carlos A. | Harvard University | usa | 873 | 1983 | 2018 | 3407 | |
| 3840 | Brochard, Laurent | | | 581 | 1984 | 2018 | 3839 | |
| 4435 | Heyland, Daren K. | Queen's University Kingston | can | 398 | 1996 | 2018 | 4434 | |
| 4515 | Holcomb, John B. | University of Texas Health Science Cen | usa | 608 | 1991 | 2018 | 4514 | |
| 5172 | Dellinger, R. Phillip | University of Medicine and Dentistry of | usa | 284 | 1982 | 2018 | 5171 | |
| 5214 | Annane, Djillali | Hopital Raymond Poincare | fra | 422 | 1990 | 2018 | 5213 | |

**ACADEMIC DEGREES AND FELLOWSHIPS**

1981         University of the Witwatersrand, Johannesburg, South Africa. Graduated   MB Bch 26th November 1981.

1983         Diploma Aviation Medicine, South African Defense Force, 06/15/1983.

1984         Bantridge Forest School, East Sussex, England. Diploma in Homeopathic and Alternative Medicine.

1987         College of Medicine of South Africa. Admitted as Fellow of the College of Physicians, 30th October 1987.

1989         College of Medicine of South Africa. Admitted as a Diplomate in Anaesthesia, 27th October 1989.

1989         University of the Witwatersrand,  Master of Medicine (Internal Medicine). Title of M.Med dissertation: "*Prognostic profiles in acute myocardial infarction*". Graduated 29th June 1989.

1990         University of the Witwatersrand, Tropical Medicine and Hygiene, Graduated 29th November 1990.

1991         University of the Witwatersrand, Bachelor of Science in Pharmacology (Honors), with distinction. Title of dissertation: "*The pharmacokinetics of amikacin analyzed by a two compartment model in critically ill adult and paediatric patients: A comparison of a once versus twice daily dosing regimen*." Graduated 30th April 1991.

1993         Royal College of Physicians and Surgeons of Canada. Admitted as a fellow of the Royal College of Physicians and Surgeons of Canada, in the speciality of Internal Medicine, 18th February 1994.

1998         American College of Critical Care Medicine (FCCM), Admitted as Fellow, February 1998, San Antonio, Texas.

1998         American College of Chest Physician (FCCP), Admitted as Fellow, November 1998, Toronto, Canada.

2005         American College of Physicians, Admitted as Fellow, April 2005, Philadelphia, PA

2010         American Board of Physician Nutrition Specialists**,** Physician Nutrition Specialist, November 2010

2011         United Council for Neurological Subspecialities, Subspecialty of Neurocritical Care, December 2011

**UNDERGRADUATE AND POSTGRADUATE TRAINING**

| | |
|---|---|
| 1975-1981 | University of the Witwaterstrand Medical School, South Africa,  Bachelor of Medicine and Bachelor of Surgery; 01/01/1975 to /11/26/1981. |
| 1982 | Rotating Internship, Departments of Medicine and Surgery, Hillbrow Hospital, Johannesburg, South Africa; 01/01/1982 to 01/30/1982 - Medicine; 07/-1/1982 to 12/31/1982 -Surgery |
| 1983-1984 | Resident, Department of Medicine, H.F.Verwoerd Hospital and University of Pretoria, South Africa (seconded from 1 Military Hospital, Pretoria during compulsory National Service, South African Defense Force); 01/01/1983 to12/31/84. |
| 1985-1988 | Resident, Department of Medicine, Johannesburg Hospital and University of the Witwatersrand; 01/01/1985 to 12/31/1988. |
| 1985-1989 | University of the Witwaterstrand Medical School, South Africa, Master of Medicine; 01/01/1985 -06/01/1989 |
| 1989 | College of Medicine of South Africa, Diploma in Anesthesia, 0101/1989 to 06/30/1990. |
| 1989-1990 | University of the Witwaterstrand Medical School, South Africa, Bachelor of Science in Pharmacology; 01/01/1989 to 12/01/1990. |
| 1990 | University of the Witwaterstrand Medical School, South Africa, Diploma in Tropical Medicine and Hygiene, 01/01/1990 to 12/30/1990. |
| 1991-1992 | Critical Care Fellowship, Critical Care Program, University of Western Ontario, London, Ontario, Canada; 07/01/1991 to 06/30/1992. |

**Additional Training**:

| | |
|---|---|
| 2005 | Harvard School of Public Health, Advanced Leadership Strategies for Health Care Executives. Boston, MA, November 13-18, 2005 |

## LICENSURE AND CERTIFICATION

| | |
|---|---|
| 1983 | South African Medical and Dental Council: Medical Practitioner. |
| 1983 | General Medical Council, England. |
| 1989 | South African Medical and Dental Council: Specialist, Internal Medicine. |
| 1991 | South African Medical and Dental Council, Accreditation in Critical Care |
| 1992 | ECFMG certification. ECFMG No. 334-070-0. Issued 14th December 1992, Valid Indefinitely. |
| 1992 | Federal Licensing Examination. No 580326511. |
| 1992 | Michigan Board of Medicine; Limited Clinical Academic License, #4301060396, Expiration 01/31/94 |
| 1994 | Michigan License Registration. No 4301-060396, expiration 01/31/95. |
| 1994 | Licentiate of Medical Council of Canada. No 76134. |
| 1994 | Massachusetts License Registration. No 79445, issued 05/26/94 expired 10/01/1998. |
| 1998 | ABIM Board Certification in Internal Medicine, ABIM # 188450, issued August 1998, expires 12/31/2008. Recertified in 2006. Certification expired in 12/31/2018. |
| 1999 | ABIM Board Certification in Critical Care Medicine, ABIM # 188450, issued November 1999, expires 12/31/2009. Recertified in 2007 and 2018. Certification expires in 12/31/2029. |
| 1999 | DC Board of Medicine, No MD 31340, Issued 5th January 1999, expired 12/31/2000. |
| 2000 | Pennsylvania License Registration. No MD-071427-L, issued   10/04/2000 expired 12/31/2010. |
| 2000 | ACLS Certification, American Heart Association, Recertified May 2008, Expired May 2010. |
| 2000 | ATLS Certification, American College of Surgery |
| 2002 | PALS Certification, Pediatric Advanced Life Support, American Heart Association |
| 2002 | Federal Controlled Substance Registration, DEA # BM 3383596, issued 3/21/2002 expired 01/31/2005. Updated registration, Expires 01/31/2008, 01/31/2011, 01/31/2023. Reissued DEA # FM9775175 Issued 10-14-2020 Expires 10-31-2024. |
| 2009 | Virginia Board of Medicine, License # 0109542065, Issued 07/01/09, Expires 06/30/2021. |
| 2010 | American Board of Physician Nutrition Specialists, Physician Nutrition Specialist, November 2010, License # 2100381, Expires November 2020 |
| 2011 | United Council for Neurological Subspecialities, Subspecialty of Neurocritical Care, Certificate # NCC00596-11, issued 12/31//2011, Expires, 12/31/2021. |
| 2018 | ABIM Board Certification in Critical Care Medicine, ABIM # 188450, Recertified in 2018, Certification expires in 12/31/2029. |

**ACADEMIC AND CLINICAL APPOINTMENTS**

| | |
|---|---|
| 1989-1991 | Attending Physician, Assistant Professor and Associate Director ICU, Department of Intensive Care, Baragwanath Hospital, Soweto, Johannesburg. (Multidisciplinary ICU) |
| 1992-1994 | Assistant Professor, Department of Internal Medicine and Associate Director, Medical Intensive Care Unit, Detroit Receiving Hospital and Wayne State University, Michigan. |
| 1994-1996 | Assistant Professor, Department of Medicine University of Massachusetts, Associate Director, Medical and Surgical Intensive Care Units, St. Vincent Hospital, Worcester, Massachusetts. |
| 1996-1998 | Associate Professor, Department of Medicine University of Massachusetts, Director, Medical Intensive Care Unit, Co-Director Surgical ICU, St. Vincent Hospital, Worcester, Massachusetts. |
| 1999-2000 | Department of Medicine, Section of Critical Care, Director MICU, Washington Hospital Center, Washington, DC. |
| 2001- 2004 | Professor of Medicine and Critical Care, Department of Critical Care, University of Pittsburgh Medical School, Pittsburgh, PA and Co-Director, Liver Transplant ICU's |
| 2004- 2009 | Professor of Medicine, Chief Division of Pulmonary and Critical Care Medicine, Thomas Jefferson University, Philadelphia, PA. |
| 2004- 2009 | Director of Respiratory Services, Thomas Jefferson University Hospital. |
| 2009- 2021 | Professor of Medicine, Chief Division of Pulmonary and Critical Care Medicine East Virginia Medical School. Director of the General Intensive Care Unit. Director of the Neuro Intensive Care Unit |
| 2010- 2021 | EVMS Foundation Distinguished Professorship in Internal Medicine |
| 2014- 2021 | Tenure, Eastern Virginia Medical School |

## TEACHING PORTFOLIO

| | |
|---|---|
| 1992-1994 | Coordinator of Resident Critical Care Teaching Program, Detroit Receiving Hospital and Wayne State University, Michigan. |
| 1994-1998 | Coordinator of Resident Critical Care Teaching Program, St Vincent Hospital, University of Massachusetts Medical School, Worcester, MA |
| 1994-1998 | Lecturer, Internal Medicine Program, Emergency Medicine Program, and Cardiology Fellowship Program, University of Massachusetts Medical School, Worcester, MA. |
| 1994-1998 | ACLS Lecturer, St Vincent Hospital |
| 1999-2000 | Lecturer, Internal Medicine, Washington Hospital Center and George Washington University Medical Center. |
| 1999-2000 | Coordinator, resident lecture series in Pulmonary and Critical Care Medicine, Department of Medicine, Washington Hospital Center |
| 2001- 2004 | Teaching Faculty, Department of Critical Care, University of Pittsburgh, Pittsburgh, PA. Responsible for 4th year medical student elective teaching and Critical Care Fellow teaching. |
| 2001- 2004 | Teaching faculty, University of Pittsburgh School of Nursing, Acute Care Nurse Practitioner Program |
| 2004-2009 | Teaching Faculty, Division of Pulmonary and Critical Care Medicine, Thomas Jefferson University, Philadelphia, PA. Responsible for 4th year medical students, medical and surgical residents and Pulmonary and Critical Care Fellow teaching. |
| 2004-2009 | Co-fellowship Director, Pulmonary and Critical Care Fellowship, Division of Pulmonary and Critical Care Medicine, Thomas Jefferson University, Philadelphia, PA. |
| 2006-2009 | Physical Diagnosis Course, 2nd year medical students, Thomas Jefferson University. |
| 2006-2009 | Small group tutorial/discussion groups,  2nd year medical students, Thomas Jefferson University. |
| 2009- 2021 | Small group tutorial/discussion groups, 3rd  year medical students, Eastern Virginia Medical School |
| 2009- 2021 | Teaching faculty, Internal Medicine Residency, Eastern Virginia Medical School |
| 2009- 2021 | Teaching faculty, Emergency Medicine Residency, Eastern Virginia Medical School |
| 2009- 2021 | Teaching faculty, Family Medicine Program, Internal Medicine Residency, Eastern Virginia Medical School |

**PhD Thesis Reviewer**

2020            Dr. Harm-Jan de Grooth. Research methods for critical care: Empirical tests
                of commonly used clinical research instruments. Amsterdam UMC, VU
                University Medical Center

**Grant Reviewer**

2020            Clinical Trials Center University Hospitals Leuven. Sponsored by the Helath
                Ministry of Belgium. Early administration of Vitamin C in patients with sepsis or
                septic shock in emergency departments: a multicentre, double blinded,
                randomised controlled trial: the C-EASIE trial.

2020            Department of Defense Health Program.
                Congressionally Directed Medical Research Programs
                Clinical Trial Award for Emerging Viral Diseases and Respiratory Health
                Award No: W81XWH-20-PRMRP-CTA-COV

**PROFESSIONAL SOCIETIES**

1987-           College of Medicine of South Africa.
1989-           South African Society of Critical Care.
1993-           Society of Critical Care Medicine.
1994-           College of Medicine and Surgery of Canada.
1994-           Massachusetts Medical Society.
1997-           American Thoracic Society
1997-           American Heart Association: Council on Cardiopulmonary and Critical Care
1998-           American College of Chest Physicians
2004-           American College of Physicians

## AWARDS, HONORS & CITATIONS

| | |
|---|---|
| 1988 | Sabax Award, for the best Paper delivered at the 10th Annual Critical Care Congress, Johannesburg. |
| 1990 | Ciba-Gigy Award for best Student in the Science Faculty |
| 1995 | John J.McKeever Medical Educator Award, St Vincent Hospital, May 1995 (Teacher of the Year Award, Department of Medicine). |
| 1996 | John J.McKeever Medical Educator Award, St Vincent Hospital, May 1996. |
| 2000 | SCCM Presidential Citation for Outstanding Contributions to the Society of Critical Care Medicine in 1999, February 2000. |
| 2000 | American College of Chest Physicians Citation for top 5% of Editorial Reviewers |
| 2001 | American College of Chest Physicians Citation for top 5% of Editorial Reviewers |
| 2002-2007 | Listed in "Who's Who in America" |
| 2004 | Ranked 18th Leading Critical Care Investigator, as measured by number of publications between 1997 and August 2003; in, Adams AB, Simonson D. Publications, Citations, and Impact Factors of leading investigators in Critical Care Medicine. Respiratory Care 2004; 49:276-281 |
| 2004 | University of Pittsburgh Medical Center, Nominated for UPMC's Physician ACES teaching award. |
| 2004-2009 | Listed in America's Top Physicians, Consumer Council of America |
| 2009 | American College of Critical Care Medicine. Service Award for Outstanding Service to the College, Awarded at the Convocation Ceremony, SCCM 38th Critical Care Congress, February 2, 2009, Nashville, TN |
| 2009 | American College of Chest Physicians Citation for top 5% of Editorial Reviewers |
| 2010 | Teacher of the Year Award, Department of Emergency Medicine, EVMS |
| 2010 | Golden Flea Teacher of the Year Award, Department of Medicine, EVMS |
| 2011 | Election to Alpha Omega Alpha at the EVMS, May 2011 |
| 2011 | Golden Flea Teacher of the Year Award, Department of Medicine, EVMS |
| 2012 | Eastern Virginia Medical School, Teacher of the Year Award |
| 2013 | Teacher of the Year Award, Department of Emergency Medicine, EVMS |
| 2014 | American College of Physicians, State of Virginia, Best Teacher Award |
| 2016 | Teacher of the Year Award, Department of Emergency Medicine, EVMS |
| 2016 | EVMS Faculty Award for Mentoring |
| 2017 | American College of Physicians, National Teacher of the Year Award, San Diego, CA, March 30th 2017. |
| 2017 | Naval Medical Center, Portsmouth Virginia, Emergency Medicine Residency, Staff Teaching Award, June 21sy 2017. |
| 2018 | Teacher of the Year Award, EVMS Department of Emergency Medicine, March 2018. |
| 2018 | Teacher of the Year Award, Naval Medical Center, Emergency Medicine Residency, June 2018. |
| 2019 | Teacher of the Year Award, Naval Medical Center, Emergency Medicine Residency, June 2019. |

**SERVICE AND COMMITTEE'S**

| | |
|---|---|
| 1989-1991 | Consultant, Pre-operative assessment clinic, Baragwanath Hospital |
| 1989-1991 | Pharmacy and Therapeutics committee,  Baragwanath Hospital |
| 1989-1991 | Sepsis and Antibiotic committee, Baragwanath Hospital, |
| 1989-1991 | HIV committee, Baragwanath Hospital |
| 1989-1991 | Consultant,  Medical Rescue International (South Africa) |
| 1993-1994 | QA committee, Detroit Receiving Hospital, MI |
| 1993-1994 | Ventilator and CPR committee, Detroit Receiving Hospital, MI |
| 1994-1997 | Pharmacy and Therapeutics Committee, St Vincent Hospital, MA |
| 1994-1997 | Formulary Advisory Sub-committee, St Vincent Hospital |
| 1994-1997 | Laboratory Advisory Committee,  St Vincent Hospital, MA |
| 1994-1997 | Co-Chair, Drug Misadventure Sub-Committee, St Vincent Hospital |
| 1996-1997 | Operative and Invasive Committee, St Vincent Hospital |
| 1994-1998 | Critical Care Services Committee, St Vincent Hospital |
| 1994-1998 | Critical Care PI Committee, St Vincent Hospital |
| 1994-1998 | Resident Competence Evaluation Committee, St Vincent Hospital, MA |
| 1994-1998 | Resident Selection Committee, St Vincent Hospital, MA |
| 1996-1998 | Internal Residency Review Committee, St Vincent Hospital (IRC). |
| 1996-1998 | Chairman, Code Blue Committee, St Vincent Hospital |
| 1996-1998 | Member and Consultant, St Vincent Hospital Ethics Committee |
| 1996-1998 | Emergency Preparedness Committee, St Vincent Hospital |
| 1997-1998 | Institutional Review Board for Clinical Research, St Vincent Hospital |
| 1999-2000 | Critical Care Services Committee, Washington Hospital Center |
| 1999-2000 | Critical Care Practice Committee, Washington Hospital Center |
| 1999-2000 | Critical Care Purchasing Committee, Washington Hospital Center |
| 1999-2000 | Chair, Critical Care QI Committee, Washington Hospital Center |
| 2001-2004 | Critical Care Committee, University of Pittsburgh |
| 2001-2004 | Promotions and reappointment committee, University of Pittsburgh |
| 2001-2004 | Compensation committee, University of Pittsburgh |
| 2001-2004 | Critical Care Committee, University of Pittsburgh |
| 2004-2006 | International committee for the study and development of anesthesia for the morbidly obese patient |
| 2004-2009 | Multidisciplinary Critical Care Committee, Thomas Jefferson University |
| 2004-2009 | Insulin Protocol Committee, Thomas Jefferson University |
| 2004-2009 | Nutrition Support Committee, Thomas Jefferson University |
| 2005-2009 | Pharmacy and Therapeutics Committee |
| 2006-2009 | Clinical Performance Improvement Committee, Thomas Jefferson University |
| 2006-2009 | Infection Control Committee, Thomas Jefferson University |
| 2006-2009 | Information Systems Committee, Thomas Jefferson University |
| 2006-2009 | Disaster Planning Committee-Influenzae Pandemic Committee, Thomas Jefferson University |
| 2006-2009 | Emergency Department Performance Improvement Committee, Thomas Jefferson University |

| | |
|---|---|
| 2006-2009 | Pharmacy Cost Effective Committee, Thomas Jefferson University |
| 2007-2009 | Seed-grant Review Committee, Thomas Jefferson University |
| 2007-2009 | Medical Executive Committee, Thomas Jefferson University |
| 2009- 2020 | EVMS Residency Promotions Committee |
| 2009- 2020 | EVMS Internal Medicine Executive Committee |
| 2009- 2013 | EVMS Resident Review Committee |
| 2009- 2021 | Sentara Critical Care Services Committee |
| 2009- 2014 | Sentara & Lifenet, Organ Procurement Committee |
| 2011- 2013 | EVMS Conflict of Interest Committee |
| 2012- 2019 | Sentara Norfolk General & Leigh Hospitals Peer Review Committee |
| 2013- 2018 | EVMS Vice-chair, Conflict of Interest Committee |
| 2013-2020 | EVMS Chair, Resident Clinical Competence Committee |
| 2014- 2021 | EVMS Chair, Critical Care Fellowship Clinical Competence Committee |
| 2014- 2018 | EVMS CME Committee |
| 2016- 2021 | EVMS Tenure Committee |
| 2019-2020 | Sentara, Medical Director of Hospital for Extended Recovery (HER Unit) |

**National, International Forums & Committees**

| | |
|---|---|
| 2000-2002 | Society of Critical Care Medicine,  Clinical practice guidelines for the sustained use of sedatives and analgesics in the critically ill adult |
| 2004-2006 | International committee for the study and development of anesthesia for the morbidly obese patient |
| 2005-2008 | Society of Critical Care Medicine, International taskforce to define the diagnosis and management of adrenal insufficiency. |
| 2008 | Diagnoses and treatment. 10th European Society Critical Care Meeting. Adrenal Failure in the ICU April 18-20, 2008, Florence, Italy |
| 2008 | Artificial blood substitutes. Presentation to the FDA advisory committee, April 29th 2008, Bethesda, MD. |
| 2009 | International Consensus Conference on Transfusions Outcomes (ICCTO).  Society for the Advancement of Blood Management (SABM). April 3rd-5th, Phoenix, AZ. |
| 2009 | National Summit to Increase the Supply of Physician Nutrition  Specialists. American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.), December  2-4, Orlando, Florida. |

## EDITORIAL POSITIONS

### *Associate Editor*

| | |
|---|---|
| 2014-2018 | Ann Intensive Care |
| 2020- 2021 | Pharmacology & Therapeutics (Impact factor 11.35) |
| 2020- 2021 | Nutrients |

### Editor- Special Edition:

| | |
|---|---|
| 2019-2020 | Journal of Thoracic Diseases |
| | Sepsis: The Scioence and the Fiction |

### *Editorial Board Member*

| | |
|---|---|
| 1994-2000 | American Journal of Critical Care |
| 1997-1998 | The Internet Journal of Emergency and Intensive Care Medicine |
| 1997- 2000 | Cardiology Reviews |
| 2001- 2004 | Critical Care and Shock |
| 2002- 2006 | Chest |
| 2003- 2004 | Current Respiratory Medicine Reviews |
| 2003-2010 | Intensive Care Medicine |
| 2005- | Associate Editor, Current Respiratory Medicine Reviews |
| 2005- | Associate Editor, Critical Care and Shock |
| 2006- 2016 | Intensive Care Monitor |
| 2009- 2017 | American Journal of Hospital and Palliative Care |
| 2009- 2016 | World Journal of Gastrointestinal Surgical |
| 2009- 2017 | Critical Care Research and Practice |
| 2010- 2018 | Co-editor, Annals of Critical Care |
| 2010- 2017 | Netherland Journal of Critical Care |
| 2012- 2018 | World Journal of Trauma and Critical Care Medicine |
| 2013- 2019 | World Journal of Meta-Analysis |
| 2013- 2021 | Open Access Critical Care |
| 2013- 2021 | Enliven: Journal of Anesthesiology and Critical Care Medicine |
| 2013- 2021 | PulmCCM Journal |
| 2016- 2021 | Archives of Emergency Medicine and Critical Care |
| 2016- 2021 | Cochrane Review Group- Anesthesia, Critical & Emergency Care |
| 2016- 2021 | Journal of Intensive Care |
| 2017- 2021 | Nutrition |
| 2018- 2021 | Journal of Emergency and Critical Care Medicine |
| 2019- 2021 | The Journal of Thoracic Disease |
| 2020- 2021 | Nutrients |

**Editorial Awards**

2014        Outstanding Reviewer Award, American Journal of Medicine
2016        Sentinel of Science Award: Top 10% of peer reviewers in the field of Medicine

**Reviews for 2012-2021 as Verified by** 

| VERIFIED REVIEWS | VERIFIED REVIEWS (LAST 12 MONTHS) | REVIEW TO PUBLICATION RATIO |
|---|---|---|
| **437** Median: 3 99th percentile | **43** Median: 1 99th percentile | **0.9:1** Median: 0.3:1 |

***Reviewer for the following Journals***:

Adis Medical Publishing
ACTA Anesthesiology Scandanavia
American Journal of Critical Care
American Journal of Emergency Medicine
American Journal of Hospice and Palliative Care
American Journal of Hypertension
American Journal of Medicine
American Journal of Physiology
American Journal of Respiratory and Critical Care Medicine
Anaesthesia and analgesia
Anesthesiology
Annals Internal Medicine
Archives of Internal Medicine
Archives of Surgery
British Medical Journal
British Medical Journal – Open
British Journal of Medicine and Medical research
British Medical Journal-Open
British Journal of Anaesthesia
Chest
Chinese Journal of Physiology
Clinical Infectious Diseases
Cochrane Collaborative Reviews
Critical Care
Critical Care Medicine
Critical Care Research and Practice
Critical Care Clinics
Cytokine
Diabetes
Drugs and Aging
European Journal of Clinical Pharmacology
Expert Opinion on Biological Therapy
Expert Opinion on Critical Care
Expert Opinion on Pharmacotherapy
Frontiers in Diabetes
Hematology
Intensive Care Medicine
International Journal of Women's Health
International Journal of Clinical Pharmacy
ICU Director
Innate Immunity

Italian Journal of Pediatrics
Experimental Lung research
JAMA
JAMA Network Open
Journal of Applied Physiology
Johns Hopkins Advanced Studies in Medicine
Journal of Critical Care
Journal of Clinical Anesthesia
Journal of Respiratory Disease
Journal of Translational Medicine
Lancet
Lancet- Respiratory Disease
Lancet-infectious Disease
Liver Transplantation
Mayo Clinic Proceedings
Minerva Anestesiologica
Nature
Nature Communicatons
Nature Reviews Nephrology
New England Journal of Medicine
Nutrients
Nutrition and Health
PLOS One Medicine
Plos One Biology
Plos One
Pharmacotherapeutics
Pharmaco-Economics
Postgraduate Medicine
Pediatric Anesthesia
Respiratory Care
Transplantation
Transfusion
Thorax
Science
World Journal of Critical Care
World Journal of Trauma and Critical Care Medicine
World Journal of Emergency Medicine

*Abstract Reviewer*

Society of Critical Care Medicine
American College of Chest Physicians

*Grant Reviewer*

National Medical Research Council, Singapore
British Medical Research Council, London
European Medical Council
German Medical Research Council
Canadian Institute of Health Research
Cochrane Collaboration
PSI Research Foundation, Toronto, Canada

**SOFTWARE DEVELOPMENT**

The ICU Database 3.0, 4.0-4.7 and The ICU Database 2000.

**Covid-19 Related Activities**

Developer of the EVMS COVID-19 Protocol; over 1000 000 downloads

Developer of the MATH + Protocol

Founding Member of the Fronline Citical Care COVID Alliance (FLCCC)
https://covid19criticalcare.com/

Co Chief Medical Officer (CMO) of the FLCCC

## GRANTS AND FUNDED RESEARCH STUDIES

| | |
|---|---|
| 1989 | Once Daily Amikacin Dosing, Baragwanath Hospital ICU,  Bristol-Myers Research Grant. |
| 1990 | Roussell Laboratories Educational Grant. Baragwanath Hospital ICU, 1990. |
| 1990 | Hydrocortisone in Community Acquired Pneumonia. Baragwanath Hospital ICU, Upjohn Research Grant. |
| 1990-1992 | Prospective, double-blind, placebo-controlled, randomized, multicenter study of the safety and efficacy of murine monoclonal antibody to human tumor necrosis factor for the treatment of patients with sepsis syndrome. Baragwanath Hospital ICU, 1990-1992. |
| 1994 | High Dose vs Low Dose Epinephrine, St. Vincent Hospital, 57 patients. |
| 1994-1996 | Randomized, Multicenter North American study of the safety and efficacy of Murine Monoclonal Antibody to Tumor Necrosis Factor(TNF-Mab) for the treatment of patients with septic shock. NORASEPT II. St. Vincent Hospital, Miles Pharmaceuticals. |
| 1994. | A double-blind, randomized study of the efficacy and safety of Cefepime vs Ceftazidine for the treatment of seriously ill patients with pneumonia who are hospitalized in the ICU. St Vincent Hospital. |
| 1994-1996 | A randomized, multicenter, double-blind trial comparing intravenous CP-116,517 followed by oral CP-99,219 with intravenous ciprofloxacin  followed by oral ciprofloxacin for the treatment of nosocomial pneumonia. St.Vincent Hospital, Pfizer Pharmaceuticals. |
| 1994-1995 | An evaluation of the Bispectral Index as a monitoring tool in the ICU.  St. Vincent Hospital, Aspect Medical Systems. |
| 1994-1997 | Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multicenter Study of the Safety and Efficacy of Intravenous Taurolidine in Septic Patients. Wallace Laboratories. St Vincent Hospital. |
| 1997-1998 | Antithrombin III in patients with severe sepsis: A multinational, double-blind, placebo-controlled phase-III study. St Vincent Hospital. Centeon and PPD Pharmaco. |
| 1997 | Comparison of Option One and a polymeric enteral feeding: Length of stay and clinical and immune parameters. Protocol CP-BH11, Ross Products Division, Abbott Laboratories |
| 1998 | Novametrix. Evaluation of a $CO_2$ rebreathing technique for the non-invasive estimation of cardiac Output. |
| 1999 | Evaluation of the CapnoProbe A System from Optical Sensors Incorporated |
| 1999 | Splanchnic-directed anti-oxidant therapy in critically ill patients: A randomized double-blind controlled study. Research Grant from Metlantic Research Institute. |
| 2000 | Adrenal insufficiency in the ICU. Research Grant from Metlantic Research Institute |
| 2005 | A comparative study of the Tiger tube frictional nasal jejunal feeding tube and the Dubhoff gastric feeding tube. Cook Medical, $15 000 |

| | |
|---|---|
| 2006 | Linezolid for the treatment of MRSA pneumonia. Pfizer, $40 000 |
| 2011 | Integration of Ultrasound in the Medical Education Curriculum: Impact on Educational Outcomes. General Electric, $ 1 000 000. Alex Levitov, MD Principle Investigator, Paul Marik, MD, CO-PI. |
| 2014 | Research Grant from Cupron inc. $100 000. The effect of copper-oxide linens on the risk of hospital acquired infections. A RCT. Dr  Shivanjali Shankaran, PI, Paul Marik, MD CO-PI. |
| 2018- | Research Grnat form Baxter Healthcare Inc. $30 000. Correlation of transpulmonary thermodilaution/continuous Pulse Contour Cardiac Output (PiCCO) monitoring to Peripheral IntraVenous Analysis (PIVA) for Predicting Volume Responsiveness and Fluid Status:  A prospective study. Paul Marik, MD PI. |
| 2018- | Research Grant from Open Philanthropy. $ 3 500 000. Ascorbic acid, Corticosteroids, and Thiamine in Sepsis (ACTS) trial. Michael Donnino, MD, PI, Beth Israel Deaconess Medical Center, Boston, MA. Paul Marik, MD funding coordinator and trial investigator. |

## PUBLICATIONS

*I.*   ***Publications in Peer Reviewed Journals***

1.   Dryer L, ***Marik PE***, Potgieter AS. Myxoid Liposarcoma of the right atrium: A case report. S Afr Med J 1986; 69:572-574.
2.   ***Marik PE***, Angel ME, Eidelman J, Lipman J. Subarachnoid haemorrhage: A report of 2 cases. S Afr Med J 1987;71:389-390.
3.   ***Marik PE.*** Legionnaires Disease: A clinical review. S Afr Med J 1989; 76:265-267.
4.   ***Marik PE***, Lipman J, Eidelman J, Erskine J. Clinical predictors of early mortality in acute myocardial infarction: A prospective study of 233 patients. S Afr Med J 1990; 77:179-182.
5.   ***Marik PE***, Kark A, Zambakides A. Scleroderma and Silicone augmentation mammoplasty: A report of 2 cases. S Afr Med J 1990; 77:212-213.
6.   ***Marik PE.*** Severe falciparum malaria: survival without exchange transfusion. Am J Trop Med Hyg 1989; 41:627-629.
7.   ***Marik PE.*** Coronary artery dissection as a result of blunt chest trauma. S Afr Med J 1990; 77:586-587.
8.   ***Marik PE.*** Myocardial infarction prognostic scoring system. Heart & Lung 1991; 20:16-19.
9.   ***Marik PE.*** Right Ventricular Infarction. A clinical Perspective. Cardiovas J Southern Africa 1991; 2:86-89.
10.   ***Marik PE***, Havlik I, Monteagudo FSE, Lipman J. The pharmacokinetics of amikacin in critically ill adult and paediatric patients: Comparison of once- versus twice daily dosing regimens. J Anti Chemo 1991: 27 (Suppl.C):81-89.
11.   ***Marik PE***, Lipman J. Failure of the electrocardiogram to predict successful thrombolysis: Effect of stunned myocardium. Heart & Lung 1991; 20:224-227.
12.   ***Marik PE***, Kussman BD, Lipman J, Kraus P. Acetazolamide in the treatment of metabolic alkalosis in critically ill patients. Heart & Lung 1991; 20:455-459.13.
13.   ***Marik PE***, Lipman J, Scribante J, Kobilsky S. A prospective randomized study comparing once- versus twice-daily amikacin dosing in critically ill adult and paediatric patients. J Anti Chemo 1991; 28:753-764.
14.   ***Marik PE***, Katzew R. Ventricular septal rupture complicating delayed thrombolytic therapy. Cardiovasc J Southern Afr 1991; 4:168-169.
15.   ***Marik PE***. Hypoalbuminemia in the critically ill patient. Heart & Lung 1993; 22:166-170.
16.   ***Marik PE***. Low-Dose dopamine in critically ill oliguric patients: The influence of the renin-angiotensin system. Heart & Lung 1993; 22:171
17.   ***Marik PE***. Aminoglycoside volume of distribution and illness severity in critically ill septic patients. Anaes & Intens Care 1993; 21:172-173.
18.   ***Marik PE***, Sribante J, Lipman J. Candidiasis in an intensive care unit. S Afr J Surg 1993; 31:24-27.

19. ***Marik PE***. Reducing the risk of aminoglycoside nephrotoxicity. S Afr J Cont Med Education 1993; 11 (5): 915-917.

20. ***Marik PE***, Sibbald WJ. Effect of stored-blood transfusion on oxygen delivery in patients with sepsis. JAMA 1993; 269:3024-3029.

21. ***Marik PE***. Gastric intramucosal ph is a better predictor of multi-organ dysfunction syndrome and death than oxygen-derived variables in septic patients. Chest 1993; 104:225-229.

22. ***Marik PE***, Kraus P, Sribante J, Havlik I, Lipman J, Johnson DW. Hydrocortisone and tumor necrosis factor in severe community acquired pneumonia. A randomized controlled study. Chest 1993; 104:389-392.

23. ***Marik PE.*** The systolic blood pressure variation as an indicator of preload in critically ill ventilated patients. Anaes & Intens Care 1993; 21:404-408.

24. ***Marik PE***, Kraus P, Lipman J. Intensive care utilization: the Baragwanath experience. Anaes & Intens Care 1993; 21:396-399.

25. ***Marik PE***. Description and clinical utility of gastric mucosal pH measurement. Pathways in Critical Care 1994; 1:6-8.

26. ***Marik PE***, Mohedin M. The contrasting effect of  dopamine and norepinephrine on systemic and splanchnic oxygen utilization in hyperdynamic sepsis. JAMA 1994; 272:1354-1357.

27. ***Marik PE.*** The Cost of Dying. Am J Crit Care 1995; 4:56-58.

28. Vyskocil JJ, ***Marik PE***, Greville HW. Survival with tuberculosis pneumonia necessitating mechanical ventilation. Clin Pulm Med 1995; 2:152-156.

29. ***Marik PE***, Brown W. A comparison of bronchoscopic versus blind protected specimen brush sampling in patients with suspected ventilator associated pneumonia. Chest 1995; 108:203-207.

30. ***Marik PE***, Kaufman D. The effects of neuromuscular paralysis on systemic and splanchnic oxygen utilization in mechanically Ventilated patients. Chest 1996; 109:1038-1042.

31. ***Marik PE.*** Doxacurium-corticosteroid acute myopathy: Another piece to the puzzle. Crit Care Med 1996; 24:1266-1267.

32. ***Marik PE.*** The Cuff Leak Test as a Predictor of Post-extubation Stridor: a Prospective Study. Resp Care 1996; 41:509-511.

33. ***Marik PE***, Lorenzana A. The effect of tube feeding on the measurement of gastric intramucosal pH. Crit Care Med 1996; 24:1498-1500.

34. ***Marik PE***, Mohedin B. Alcohol-related admissions to an inner city hospital Intensive Care Unit. Alcohol and Alcoholism 1996; 31:393-396.

35. ***Marik PE***, Bedigian MK. The refeeding syndrome in critically ill ICU patients: A prospective study. Arch Surg 1996; 131:1043-1047.

36. Islam S, Counihan T, ***Marik PE.*** Duodenal perforation caused by nasogastric intubation. Am J Gastroenterology 1996; 91:2439-2440.

37. ***Marik PE***, Janower ML. The impact of routine chest radiography on ICU management decisions. Am J Crit Care 1997; 6:95-98.

38.    *Marik PE*, Andrews L, Maini B. The incidence of deep venous thrombosis in ICU patients. Chest 1997; 111:661-664.

39.    *Marik PE*, Rakusin A, Sandhu SS. The Impact of the Accessability of Cranial CT Scans on Patient Evaluation and Management Decisions. J  Intern Med 1997; 241:237-243.

40.    *Marik PE*, Iglesias J. A "Prone Dependent" Patient With Severe ARDS. Crit Care Med 1997; 25:1085-1087.

41.    *Marik PE*, Iglesias J. Severe Community Acquired Pneumonia, Shock and Multiorgan Dysfunction Syndrome Caused by Chlamydia pneumoniae. J  Intern Med 1997; 241:441-444.

42.    *Marik PE*, Iglesias J, Maini B. Comparison of hydroxyethyl starch and crystalloid  for volume replacement in patients undergoing elective abdominal aortic surgery. J Critical Care 1997; 12:51-55.

43.    *Marik PE*, Pendelton JE, Smith R.  A Comparison of Hemodynamic Parameters Derived from Transthoracic Electrical Bioimpedance with Those Obtained by Thermodilution and Ventricular Angiography. Crit Care Med 1997; 25: 1545-1550.

44.    Varon J, *Marik PE.* Critical Care Resources on the Internet. A clinicians guide to the information superhighway. J Critical Illness 1997; 12;525-527.

45.    *Marik PE*, Krikorian J.  Pressure Controlled Ventilation in ARDS: A Practical Approach. Chest 1997; 112:1102-1106.

46.    *Marik PE*, Craft M. An Outcomes Analysis of  In-Hospital Cardiopulmonary Resuscitation: The Futility Rationale For DNR Orders. J Critical Care 1997; 12:142-146.

47.    *Marik PE*, Ferris N. The Vancomycin Hypersensitivity Syndrome. Pharmacotherapy 1997;17:1341-1344.

48.    Varon J, *Marik PE.* Intensive care management of the morbid obese patient. BioMedicina 1998; 1:65-68.

49.    *Marik PE*, Varon J. The Obese Patient in the Intensive Care Unit. Chest 1998;113:492-498.

50.    *Marik PE*, Varon J, Fromm RE. Cardiopulmonary Resuscitation: A Review For Clinicians". Resuscitation 1998; 36:133-145

51.    *Marik PE.*  Gastric Tonometry: The Canary Sings Once Again.[Editorial] Crit. Care Med 1998; 26: 809-810.

52.    *Marik PE.* Vancomycin dosing regimens: failure of once-daily therapy for Staphylococcal endocarditis. Pharmacotherapy 1998; 18: 650-652.

53.    Varon J, Walsh G, *Marik PE*, Fromm RE. Should a Cancer Patient be Resuscitated Following an In-Hospital Cardiac Arrest? Resuscitation 1998; 36:165-168.

54.    *Marik PE*, Careau P.  A Comparison of mini-BAL and blind-PSB Sampling in Ventilated Patients With Suspected Pneumonia.  J Critical Care 1998; 13:67-72.

55.    Varon J, Chen K, *Marik P*, Gibbs L, Fromm R: Management of the critically ill asthmatic patient. BioMedicina 1998; 1: 231-235.

56.    *Marik PE*, Varon J. The Management of Sepsis; A Practical Review. J Intensive Care Med 1998; 13: 229-240.

57.    *Marik PE*, Krikorian J. Advantages of Pressure-controlled Ventilation in Acute Respiratory Distress Syndrome. Cardiology Review 1998; 15: 28-31

58.   *Marik PE*, Fromm L. An Analysis of a Cohort of Patients with High Digoxin Levels. Am J Med 1998; 105:110-15.
59.   *Marik PE*, Varon J. The Hemodynamic Derangements in Sepsis. Implications for treatment strategies. Chest 1998; 11:854-860.
60.   *Marik PE*, Wardeh, A. Acute Lung Injury Due to Parvovirus Pneumonia.  J Intern Med 1998; 244:257-260.
61.   Wardeh A, *Marik P*. ARDS in a patient with ovarian torsion. J Intern Med 1997; 216:168-170.
62.   *Marik PE.* Keeping Up-to-Date in the Electronic Age. New Horizon 1998:6:307-312.
63.   Polansky M, Varon J, *Marik P*. Tracheostomy adapter for fibreoptic bronchoscopy in critically ill patients. Intensive Care World 1998; 15:121-124.
64.   *Marik PE*, Careau P. The Role of Anaerobes in Patients with Ventilator-associated Pneumonia and Aspiration Pneumonia: a Prospective Study. Chest 1999; 115:178-183.
65.   *Marik PE.* Stress Ulcer Prophylaxis: A Practical Approach.  J Intensive Care Med 1999; 14:1-8.
66.   *Marik PE*, Varon J, Fromm RE. Carbon Monoxide Poisoning: A Review For Clinicians. J Emerg Med 1999; 17:87-93
67.   *Marik PE.* Total splanchnic Resuscitation (TSR), SIRS, and MODS. [Editorial]. Crit Care Med 1999; 27:257-258.
68.   *Marik PE.* Anticonvulsant Hypersensitivity Syndrome Presenting as Septic Shock and Multi-System Organ Failure. Pharmacotherapy 1999;19:346-348.
69.   *Marik PE*, Krikorian J, Hogan J. The bioavailability of albuterol in mechanically ventilated patients using different delivery devices. Chest 1999; 115: 1653-1666.
70.   Sathiraju S, Iglesias J, *Marik, PE.* Severe SIRS with Shock and ARDS resulting from Stills disease: Clinical response with high dose pulse methylprednisolone therapy. Chest 1999; 115:1738-1740.
71.   *Marik PE*, Abraham G, Careau P. The ex-vivo Antimicrobial activity and colonization rate of two antimicrobial bonded central venous catheters. Crit Care Med 1999; 27:1128-1131.
72.   *Marik PE*, Chen K, Varon J, Sternback GL, Fromm R. Management of Increased Intracranial Pressure: A Review for Clinicians. J Emerg Med 1999; 17:711-719.
73.   *Marik PE*, Iglesias J. Intestinal Mucosal Permeability: Mechanisms and Implications for Treatment.[Editorial] Crit Care Medicine 1999; 27:1650-1651.
74.   *Marik PE.* Varon J. Severity Scoring and Outcome Assessment: Computerized Predictive Models and Scoring Systems. Crit Care Clinics 1999; 15(3):633-646.
75.   Varon J, *Marik PE.* Critical Care and the World Wide Web. Crit Care Clinics1999; 15(3): 593-604.
76.   *Marik PE,* Varon J. Steroids in acute exacerbation of asthma. How do we grade the evidence? Chest 1999; 116:273-275.
77.   Varon J,. Sternback GL, *Marik PE*, Fromm RE. Automatic External Defibrillators: Past, Present and Future. Resuscitation 1999;41: 219-223.
78.   *Marik PE.* Pulmonary artery catheterization and esophageal Doppler monitoring in the ICU. Chest 1999; 116:1085-1091.

79. *Marik PE*, Iglesias J. Low-dose Dopamine Fails to Prevent Acute Renal Failure while High-Dose Dopamine Increases Mortality in Oliguric Septic Shock Patients. Am J Med. 1999; 107:387-389.

80. *Marik PE*, Haupt HT*.* Dopexamine and the splanchnic paradox. Crit Care Med 1999: 27:2301-2303.

81. *Marik PE*, Lisbon A, Varon J, Reich HS. Physicians Own Preferences to the Limitation and Withdrawal of Life Sustaining Therapy and Active Euthanasia. Resuscitation 1999; 42: 197-201.

82. *Marik PE*. Fever in the ICU. Chest 2000; 117:855-869

83. Mc Cowan C, *Marik PE.* Refractory Delirium Tremens Treated with Propofol: A Case Series. Crit Care Med 2000; 28:1781-1784.

84. *Marik PE*, Hedman L. What's in a Day? Determining ICU Length of Stay. Crit Care Med 2000; 28:2090-2093.

85. *Marik PE*, Varon J. The Diagnosis and Management of Hypertensive Crisis. Chest 2000; 118:214-227.

86. *Marik PE*, Iglesias J. would the colloid detractors please sit down! Crit Care Med 2000; 28:2652-2654.

87. Zaloga GP, *Marik PE.* Promotility agents in the ICU. Crit Care Med 2000; 28:2657-2658.

88. *Marik PE*, Zaloga GP. Hypothermia and Cytokines in Septic Shock. Intensive Care Med; 2000; 26:716-721

89. *Marik PE*, Zaloga GP. The Management of Atrial fibrillation/flutter in the ICU. J Intensive Care Med 2000; 15:181-190

90. *Marik PE*, Varon J. Steroids in asthma. Postgrad Med 2000; 107; 227.

91. *Marik PE*, Varon J. Adjunctive corticosteroids in the management of tuberculosis. Postgrad Med 2000; 10:102-103.

92. *Marik PE.* The Clinical Features of Severe Community Acquired Pneumonia Presenting as Septic Shock. J Crit Care 2000; 15(3); 85-90.

93. *Marik PE.* Leptin, obesity and sleep apnea syndrome. Chest 2000; 118; 569-571.

94. *Marik PE*, Lynott J, Croxton M, Palmer E, Miller L, Zaloga GP. The Effect of Blind-Protected Specimen Brush Sampling on Antibiotics Usage in Patients with Suspected Ventilator Associated Pneumonia. J Intensive Care Med 2001;16:42-46.

95. Zalogo GP, *Marik PE.* Hypothalamic-Pituitary-Adrenal Insufficiency. Crit Care Clin 2001;17:25-42.

96. Zalogo GP, *Marik PE.* Lipid modulation and systemic inflammation. Crit Care Clin 2001;17:201-218.

97. *Marik PE*, Varon J. Management of the critically ill obese patient. Crit Care Clin 2001;17:187-200.

98. *Marik PE*. Aspiration pneumonitis and aspiration pneumonia. **N Engl J Med.** 2001; 344:665-672

99. *Marik PE*, Weinmann A. Cytomegalovirus in "immunocompetent" critically ill, intensive care patients. Crit Care Med 2001; 29:681-682.

100.    ***Marik PE***, Zaloga GP. The effect of Aging on Circulating Levels of Proinflammatory Cytokines During Septic Shock. J Am Geriat Soc 2001;49:5-9.

101.    ***Marik PE***, Zaloga GP. CPR in terminally ill patients? Resuscitation 2001; 49:99-103.

102.    ***Marik PE,*** Oliveira EC. Influenza-Associated Pneumonia.: Description of an Outbreak. Chest 2001: 119:1717-1723.

103.    ***Marik PE.*** The assessment of intravascular volume: A Comedy of Errors. Crit Care Med 2001; 29:1635-1636.

104.    ***Marik PE.*** Sublingual capnography: A clinical validation study. Chest 2001;120 923-927.

105.    ***Marik PE***, Varon J*.* Ventilator Associated Pneumonia: Science and Hocus-Pocus. Chest 2001; 120;702-704.

106.    Varon J, ***Marik PE.*** Carbon Monoxide Poisoning and Gas Powered Equipment. J Emerg Med, 2001; 21:283-284.

107.    ***Marik PE***, Varon J. Sepsis - State of the Art. Dis Mon 2001; 47:462-532.

108.    Varon J, Sternbach JL, ***Marik PE.*** Cardiopulmonary Resuscitation: Current Status. Hosp Physician 2001; 37:33-40.

109.    ***Marik PE***, Varon J. The Management of Atrial Fibrillation in the ICU Patient. Crit Care Shock 2001; 4:171-181.

110.    ***Marik PE,,*** Zaloga GP. Early enteral nutrition in acutely ill patients: A systematic review. Crit Care Med 2001; 29:2264-2270.

111.    Jacobi J, Coursin D, Fraser G, Bjerke J, Chalfin D, Coplin W, Crippen D, Fontaine D, Fuchs B, Kelleher R, ***Marik PE,*** Mascia M, Riker R, Wittbrodt E, Nasraway S. Clinical practice guidelines for the sustained use of sedatives and analgesics in the critically ill adult. Crit Care Med 2002; 30:119-141

112.    ***Marik PE.*** The diagnosis of sepsis. Not quite ready to Dump SIRS?. Crit Care Med 2002;30:706-708.

113.    Varon J, Fromm RM, ***Marik PE***. Acupuncture for Asthma: Fact or Fiction? Chest 2002; 121:1387-1388.

114.    ***Marik PE***, Zaloga GP. Therapeutic sedation. Crit Care Med 2002; 30: 949-952.

115.    ***Marik PE***, Bowles S. Medical Aspects of Biological and Chemical Agents of Mass Destruction. J Intensive Care Med 2002; 17:147-161.

116.    ***Marik PE,*** Varon J. Oral versus Inhaled Corticosteroids following Emergency Department Discharge of Acute Asthma. Chest 2002; 121; 1735-1736.

117.    ***Marik PE***, Kiminyo K, Zaloga GP. Adrenal insufficiency in critically ill HIV infected patients. Crit Care Med 2002;30:1267-1273.

118.    ***Marik PE,*** Varon J*.* Loop Diuretics in Acute Oliguria and prerenal states. Crit Care Shock 2002;5:64-71.

119.    Tisherman SA, ***Marik PE,*** Ochoa,J*.* Promoting enteral feeding 101.Crit Care Med 2002; 30:1653-1654.

120.    ***Marik PE,*** Varon J, Trask T. The management of head trauma. Chest 2002; 122:699-711.

121.    ***Marik PE.*** Low-Dose dopamine: A systematic review. Intensive Care Med 2002; 28:877-883.

122.    Varon J, *Marik PE.* The management of head trauma in children. Crit Care Shock 2002; 5:133-143.

123.    *Marik PE,*  Karnack, C, Varon J. The addition of trickle feeds reduces the complications associated with parenteral nutrition. Crit Care Shock 2002;5:165-169.

124.    *Marik PE*, Fink MP. One good turn deserves another. Crit Care Med 2002;30:2146-2148.

125.    Varon J, *Marik PE*, Fromm RE. Intravenous 2β or No 2β - That is the Question! Chest 2002; 122:1116-1117.

126.    *Marik PE.* NF-κB inhibition in Sepsis: Steroids vs Specific NF-κB inhibitors?  Crit Care Med 2002;30:2393-2394.

127.    *Marik PE*, Zaloga GP. Adrenal Insufficiency in the Critically Ill: A New Look at an Old problem. Chest 2002; 122:1784-1796.

128.    *Marik PE*, Varon J, Fromm RM. The management of severe asthma. J Emerg Med 2002; 23:257-268.

129.    Varon J, *Marik PE*. Clinical Information Systems and the Electronic Medical Record in the Intensive Care Unit. Curr Opin Crit Care 2002; 8:616-624.

130.    *Marik PE.* Pharmacologic Strategies for the Treatment of ARDS: The Horizon is getting closer. J Intensive Care Med 2002; 17:326-328.

131.    *Marik PE,*  Zaloga GP. Adrenal insufficieny in septic shock. Crit Care Med 2003; 31:141-145.

132.    *Marik PE.* The Optimal End Point of Resuscitation in Trauma Patients. Crit Care 2003;7:19-20.

133.    *Marik PE.* The Cardiovascular Dysfunction of Sepsis: A NO• and L-arginine Deficient State?. Crit Care Med 2003; 31: 971-973.

134.    *Marik PE*, Bankov A. Sublingual Capnometry Versus Traditional Markers of Tissue Oxygenation in Critically Ill Patients. Crit Care Med 2003; 31:818-822.

135.    Zaloga GP, *Marik PE*. Sulfite-Induced Propofol Oxidation: A Cause For Radical Concern. Crit Care Med 2003; 31:981-983.

136.    Sternbach GL, Varon J, *Marik PE.* Defibrillation. Crit Care Shock 2003;6:50-54.

137.    *Marik PE*,  Zaloga GP. Gastric vs Jejunal Feeding? A systematic Review. Critical Care; 2003;7:R46-R51.

138.    Varon J, Gonzalez A, Sternbach GL, **Marik PE.** Tracheal rupture: Airway catastrophe associated with intubation. Crit Care Shock 2003;6: 163-166.

139.    *Marik PE*, Pinsky, MR. Death by total parenteral nutrition. Intensive Care Med 2003; 29:867-869.

140.    *Marik PE*, Kaplan D. Aspiration pneumonia and dysphagia in the elderly. Chest 2003; 124:328-336.

141.    Varon J, *Marik PE.* The management of hypertensive crisis. Critical Care 2003; 7:374-384.

142.    *Marik PE.* Aliens, Anaerobes and the lung. Intensive Care Med 2003; 29: 1035-1037.

143.    *Marik PE*, Doyle H, Varon J. Is obesity protective during critical illness. Crit Care Shock 2003;6:156-162.

144.    Zaloga GP, Roberts P, *Marik PE.* Feeding the hemodynamically unstable patient: A critical evaluation of the evidence. Nutr Clin Pract 2003;18:285-293.

145. Iglesias JI, **Marik PE**, Levine JS. Elevated Serum Levels of the Type I and Type II Receptors for TNF-a as Predictive Factors for Acute Renal Failure in Patients with Septic Shock. Am J Kidney Dis 2003; 41:62-75.

146. Varon J, **Marik PE**. Treatment of Cardiac Arrest with Automatic External Defibrillators: Impact on Health Outcomes. Am J Cardiovasc Drugs 2003; 3:265-270.

147. Varon J, From m RE, **Marik PE.** "Hearts in the Air: The Role of Aeromedical Transport". Chest 2003; 124:1636-1637.

148. **Marik PE.** Unraveling the Mystery of Adrenal Failure in the Critically Ill. Crit Care Med 2004: 32:596-597.

149. **Marik PE**, Raghavan M. Stress-Hyperglycemia, Insulin and Immunomodulation in Sepsis. Intensive Care Med 2004; 30:748-756.

150. **Marik PE,** Zaloga GP. A meta-analysis of Parenteral Nutrition vs Enteral Nutrition in Acute Pancreatitis. BMJ 2004, 328:1407-1409.

151. Zaloga GP, Siddiqui R, Terry C, **Marik PE.** Arginine: Mediator or modulator of sepsis? Nutr Clin Pract 2004; 19:201-215.

152. **Marik PE**, Varon J. Management of status epilepticus. Chest 2004; 126:582-591.

153. **Marik PE.** Renal dose norepinephrine!.Chest 2004; 126:335-337.

154. **Marik PE.** Propofol: Therapeutic indications and side effects. Curr Phar Design 2004; 10: 3639-3649.

155. **Marik PE.** Monitoring Therapeutic Interventions Critically Ill Patients. Nutr Clin Pract 2004; 19:423-432.

156. Wood, KA, **Marik PE.** ICU Care at the End of Life. Chest 2004; 126:1403-1405.

157. Huerta-Alardín AL, Varon J,  **Marik PE.** Rhabdomyolysis: An  Overview for Clinicians. Critical Care 2004; 9; 158-169.

158. Raghavan M, **Marik PE.**  Anemia, Allogenic Blood Transfusion, and Immune-modulation in the Critically Ill. Chest 2005; 127:295-307.

159. Campbell R, Lopez, **Marik PE**, Severe Autoimmune Hemolytic Anemia Treated by Paralysis, Induced Hypothermia and Splenic Embolization. Chest 2005; 127:678-681.

160. Murray H, **Marik PE.** Etomidate, Sepsis and Stress Steroids: The Dilemma. Chest 2005; 127:707-709.

161. **Marik, PE.** Propofol: An Immuno-modulating Agent. Pharmacology 2005;25:28S-33S.

162. **Marik PE.** Regional Carbon Dioxide Monitoring to Assess the Adequacy of Tissue Perfusion. Current Opinion in Critical Care 2005; 11: 245-251.

163. Wood K, **Marik PE.** The genetics of pneumonia. Current Respiratory Medicine Reviews 2005;1: 159-163.

164. **Marik PE**, Gayowski T, Starzl TE. The Hepato-Adrenal Syndrome: A Common yet Unrecognized Condition. Crit Care Med 2005;33:1254-1259.

165. Beaulieu Y, **Marik PE.** Bedside ultrasonography in the ICU. Part 1.Chest 2005; 128:881-895.

166. Beaulieu Y, **Marik PE.**  Bedside ultrasonography in the ICU. Part 2.Chest 2005; 128: 1766-1781.

167. Raman T, **Marik PE.** Fungal infections in Hematopoietic Stem Cell Transplant Recipients. Expert Opinion on Pharmacotherapy 2006; 7: 307-315.

168.    *Marik PE.* Dyslipidemia in the Critically Ill. Crit Care Clin 2006;22: 151-159.

169.    *Marik PE.* Fungal infections in solid organ transplant recipients. Expert Opinion on Pharmacotherapy 2006; 7:297-305.

170.    Varon J, *Marik PE.* Complete Neurological Recovery Following Delayed Initiation of Hypothermia in a Victim of Warm Water Near-Drowning. Resuscitation 2006;68: 421-423.

171.    *Marik PE.* The Adrenal Exhaustion Syndrome in Patients with Liver Disease. Intensive Care Med 2006; 32:275-280.

172.    *Marik PE.* The paradoxal effect of obesity on outcome in critically ill patients. Crit Care Med 2006; 34:1251-1253.

173.    *Marik PE*, Wood K, Starzl TE. The Course of Type 1 Hepato-Renal Syndrome Post Liver Transplantation. Nephrol. Dial. Transp 2006; 21:478-482.

174.    Raghavan M, *Marik PE.* Therapy of Intracranial Hypertension in patients with Fulminant Hepatic Failure. Neurocritical Care 2006; 4:179-189.

175.    *Marik PE.* Sublingual Capnometry: A non-invasive measure of microcirculatory dysfunction and tissue dysoxia. Physiol Meas 2006; 27: R37-R47.

176.    Vahid B, Wildemore B, Nguyen C, *Marik P*. Positive C-ANCA and Cavitary lung lesion: Recurrence of Wegener's granulomatosis or aspergillosis. South Med J 2006; 99:753-756.

177.    Raghavan M, *Marik PE.* Management of Sepsis during the early Golden hours. J Emerg Med 2006; 31:185-199.

178.    Raghavan M, *Marik PE.* Endocrine issues in Critical Care. Semin Resp Crit Care Med 2006; 27:274-285.

179.    *Marik PE*, Stauffer R, Anto S, McNichol M, Feldman A, Riggio J. An Intranet-based system for inpatient billing in an Academic Medical Center. Am J Med 2006; 119:647-650.

180.    *Marik PE.* Management of the Critically Ill Geriatric Patient. Crit Care Med 2006;34 [Suppl]:S176-S182.

181.    Vahid B, Wildemore B, *Marik PE.* Multiple venous thromboses in a young man with sarcoidosis. Is there a relation between sarcoidosis and venous thrombosis? South Med J 2006; 99:998-999 .

182.    Haas AR,  *Marik PE.* Current Diagnosis and Management of Hypertensive Emergency. Semin Dialysis 2006; 19:502-512.

183.    *Marik PE.* The management of patients with  metastatic malignancy in the ICU. Am  J Hosp  Palliative Med 2006;23 :479-482.

184.    Vahid B, Mendoza V, Arfai N, *Marik PE.* Cardiopulmonary emergencies in Sarcoidosis. Crit Care Shock 2006: 9: 102-105.

185.    *Marik PE.* Arginine: To much of a good thing may be bad! Crit care Med 2006; 34:2844-2847.

186.    Vahid B, *Marik PE.* Recurrent episodes of dermatomyositis-associated pneumonia masquerading as hypersensitivity pneumonitis. Mt Sinai J Med 2006; 73:895-897.

187.    *Marik PE.* The diagnosis of adrenal insufficiency in the critically ill patient. Does it really matter? Crit Care 2006; 10:175. (doi:10.1186/cc5105)

188. Vahid B, *Marik PE.* Clinical Pearls. An 18 year old woman with fever, diffuse pulmonary opacities and respiratory failure. Chest 2006; 130:1938-1941.

189. Vahid B, *Marik PE.* Fatal massive hemoptysis in a patient on low-dose oral prednisone: Chronic necrotizing pulmonary aspergillosis. Resp Care 2007;52:56-58.

190. *Marik PE*, Varon J. Intensive Insulin Therapy in the ICU: Is it now time to jump off the bandwagon? Resuscitation 2007; 74:191-193.  DOI  10.1016/j.resuscitation.2007.01.023.

191. Vadid B, Wildmore B, *Marik P.* Extranodal Marginal Zone B-cell Lymphoma of Mucosa Associated Lymphoid Tissue Presenting as Multiple Pulmonary Lesions: Case Report and Review of the Literature. Current Respiratory Medicine Reviews 2007; 3:53-56.

192. *Marik PE.* Tissue hypercarbia: A non-invasive measure of microcirculatory dysfunction in sepsis. Crit Care Shock 2007; 10:11-19.

193. *Marik PE.* Should age limit admission to the ICU? Am J Hosp Palliative Care 2007; 24:1:63-66. DOI 10.1177/1049909106295385

194. Varon J, *Marik PE.* Steroid in cardiac arrest; Not ready for prime time? Am J Emerg Med 2007; 25:376-377.

195. Aleyas S, Vahid B, *Marik P.* A 53 year old man with fever, clubbing, hemoptysis and rapid onset respiratory failure. Chest 2007; 131:1974-1977.

196. Salerno D, Vahid B, *Marik PE.* Methicillin-resistant Staphylococcus aureus pneumonia: Successful treatment with linezolid after vancomycin therapy failure. Ann Thorac Surg 2007; 83;1888-1891

197. *Marik PE*, Lipman J. The Definition of Septic Shock: Implications for Treatment. Crit Care Resus 2007; 9:101-103.

198. Vukcevic Z, *Marik PE.* Critical care of the liver transplant ICU patient: A Pittsburgh "point of view". Crit Care Shock 2007; 10:44-52.

199. *Marik PE*, Varon J. Hypertensive Crises: Challenges and Management. Chest 2007; 131: 1949-1962.

200. Vahid B, Bibbo M, *Marik PE.* Role of CD8 lymphocytes and neutrophilic alveolitis in *Pneumocystis jiroveci* pneumonia. Scand J Infect Dis 2007; 39:612-614.

201. Varon J, *Marik PE.* Cardiopulmonary resuscitation in cancer patients. Am J Hosp Palliative Care 2007; 24:224-229.

202. *Marik PE.* Mechanisms and clinical consequences of critical illness associated adrenal insufficiency. Curr Opin Crit Care 2007;13:363-369.

203. *Marik PE*, Varon J. The hemodynamic management of elderly septic patients. J Geriatr Cardiol 2007; 4:120-126.

204. Vahid B, *Marik PE.* Respiratory Failure in Cancer Patients: Non-Infectious Complications of Antineoplastic Agents for Solid Tumors. Current Respiratory Medicine Reviews 2007; 3:229-232.

205. Vahid B, E Machare, *Marik PE.* Pulmonary Manifestations of Peripheral T-Cell Lymphoma: Case Report and Review of the Literature. Clin Resp J 2007; DOI:10.1111/j.1752-699X.2007.

206. Vahid B, Kotiah S, *Marik P.* Malposition of Central Venous Catheter in Left Superior Intercostal Vein in a Patient with Superior Vena Cava. Radiography 2007;13:307-309.

207.  *Marik PE.* Maximizing efficiency from parenteral nutrition in critical care: Appropriate patient populations, supplemental PN, glucose control, use of alternative fat sources and use of parenteral glutamine. Current Gastroenterol Rep 2007;9; 345-353.

208.  Vahid B, Awsare B, *Marik, PE.* Respiratory disease and fiberglass exposure: report of a case and review of the literature. Clin Pulm Med 2007; 14; 296-301.

209.  *Marik PE,* Baram M. Non-invasive hemodynamic monitoring. Crit Care Clin 2007; 23:383-400.

210.  Critchell CD, *Marik PE.*  Should family members be present during cardiopulmonary resuscitation? A review of the literature. Am J Hosp Palliative Care 2007; 24:311-317.

211.  *Marik PE.* Noninvasive positive-pressure ventilation in patients with malignancy. Am J Hosp Palliative Care 2007; 24:417-421

212.  Vahid B, *Marik PE,* Varon J. Risk Factors and Natural History of the "Non-obstructive Cholestatic Syndrome" Post Cardiac Surgery. Crit Care Shock 2007; 10:122-130.

213.  Vahid B, *Marik PE.* A case in point. Severe emphysema associated with cocaine smoking. J Resp Dis 2007;28:485-488.

214.  Critchell CD, Savarese V, Callahan A, Aboud C, Jabbour S, *Marik PE.* Accuracy of Bedside Capillary Blood Glucose Measurements in Critically Ill Patients. Intensive Care Med 2007; 33:2079-2084.

215.  Vahid B, Machare-Delgado E, *Marik PE.* Acute unilateral pneumonitis in a patient with polymyositis: a unique presentation of polymyositis associated pneumonitis. Resp Care 2007; 52:1774-1778

216.  Meduri GU, *Marik PE,* Chrousos GP, Pastores,SM, Arlt W, Besihuizen A, Bokhari F, Zaloga G, Annane D. Steroids in late ARDS: a critical appraisal of the ARDS network trial and the recent literature. Intensive Care Med 2008; 34:61-69.

217.  *Marik PE*, Mayo P. Certification and Training in Critical Care Ultrasound, Intensive Care Med 2008; 34:215-217.

218.  Vahid B, *Marik PE.* Pulmonary Complications of Novel Antineoplastic Agents for Hematological Malignancies. Clin Pulm Med 2008; 15:71-80.

219.  Vahid B, *Marik PE.* Pulmonary complications of novel antineoplastic agents for solid tumors. Chest 2008, 133:528-538.

220.  *Marik PE*, Pastores SM, Annane D, Arlt W, Sprung CL, Keh D, Briegel J, Beishuizen A, Meduri GU, Dimopoulou I, Tsagarakis S, Singer M, Chrousos GP, Zaloga G, Bokhari F, Vogeser M. Recommendations for the diagnosis and management of corticosteroid insufficiency in critically ill adult patients: Consensus statements from an international task force by the American College of Critical Care Medicine. Crit Care Med 2008; 36: 1937-1949.

221.  Varon J, *Marik PE.* Perioperative hypertension management. Vasc Health Risk Management 2008; 4:615-627.

222.  *Marik PE.* Death by TPN... the final Chapter?. Crit Care Med 2008; 36:1964-1965.

223.  Mendoza V, Lee A, *Marik PE.* The outcome and prognostic factors of patients with solid tumors admitted to an ICU.  Am J Hosp Palliative Care 2008; 25:240-243

224.  *Marik PE.* The diagnosis of corticosteroid insufficiency (CIRCI) during critical illness. Neth J Crit Care 2008; 12:123-125.

225.  *Marik PE*, Baram M, Vahid. Does the Central Venous Pressure Predict Fluid Responsiveness? A Systematic Review of the Literature and the Tale of Seven Mares. Chest 2008;34:172-178.

226.  *Marik PE*, Corwin HL.  Do any patients benefit from a blood transfusion? A systematic review. Crit Care Med 2008; 36: 2667-2674.

227.  Spivack T, Chawla R, *Marik PE.* Epstein-Barr virus-associated hemophagocytic syndrome  mimicking severe sepsis:  A Case Report. J Emerg Shock Trauma 2008; 1:119-122.

228.  *Marik PE*, Zaloga GP. Immunonutrition in Critically Ill Patients: A Systematic review and analysis of the Literature. Intensive Care Med 2008;34:1980-1990.

229.  *Marik PE*, Corwin HL.  Acute lung injury following blood transfusion: An Expanded definition. Crit Care Med 2008; 36:3080-3084.

230.  *Marik PE*, Plante L. Pregnancy and Venous-thromboembolic Disease: A clinical review. N  Eng J Med 2008; 359:2025-2033.

231.  Pachinburavan M, *Marik PE.*  Bovine blood and neuromuscular paralysis as a bridge to recovery in a patent with severe autoimmune hemolytic anemia.. Clin Trans Sci 2008; 1:172-173.

232.  *Marik PE.* Hazards of red blood cell transfusions. Br J Hosp Med 2008; 69:234-238.

233.  Cavallazzi R, Nair A, Vasu T, *Marik PE.* Brain Natriuretic Peptide in Acute Pulmonary Embolism: A Systematic Review. Intensive Care Med 2008; 34:2147-2156.

234.  Nair A, Salman S, *Marik PE.*  56 year old man with history of multiple airway procedures with fever cough and shortness of breath. Chest 2008; 134;1332-1335.

235.  *Marik PE*, Varon J. Perioperative corticosteroids. Are they required? A Systematic Review of the Literature. Arch Surg 2008; 143:1222-1226.

236.  Hirani A, Cavallazzi R, Shnitser A, *Marik PE.* Airway Pressure Release Ventilation (APRV) for the treatment of severe life-threatening ARDS in a morbidly obese patient. Crit Care shock 2008; 11:132-136.

237.  Vahid B, *Marik PE.* Infiltrative Lung Diseases: Complications of Novel Antineoplastic Agents in Patients With Hematological Malignancies. Can Resp J 2008; 15:211-216.

238.  *Marik PE.* Critical Illness Related Corticosteroid Insufficiency. Chest 2009;135: 181-193.

239.  Vahid B, *Marik PE.* Lymphomatoid granulomatosis. A rare cause of multiple pulmonary nodules. Resp Care 2008;59:1227-1229

240.  Annane D. Meduri GU*, Marik P.* CIRCI and community acquired pneumonia; back to the future. Eur Resp J; 2008; 38:1-3

241.  Machare Delgado, E, Baram M, Gradwell G, Dutill B, *Marik PE.* Airway pressure release ventilation improves oxygenation and dead space in refractory Acute Respiratory distress syndrome. Crit Care Shock 2009; 12:43-48.

242.  Chawla R, Smith D, *Marik PE.* Near fatal PRES complicating chromic liver failure treated by induced hypothermia and dialysis. J Med Case Rep 2009; 3:6623.

243.  *Marik PE.* What is the best way to feed a critically ill patient with pancreatitis? Curr Opin Crit Care 2009; 15:131-138.

244.  *Marik PE.* Hypertension in pregnancy. Post Grad Med 2009; 121:69-76.

245. Meduri GU, **Marik, PE**, Annane, D. Prolonged glucocorticoid treatment in ARDS: Evidence supporting effectiveness and safety. Crit Care Med 2009; 37:1800-1803.

246. **Marik PE**, Varon J. Perioperative Hypertension - A Review of Current and Emerging Therapeutic Agents. J Clin Anes 2009; 21:220-229.

247. Machare Delgado, E, Baram M, Gradwell G, Dutill B, **Marik PE.** Airway pressure release ventilation improves oxygenation and dead space in refractory Acute Respiratory distress syndrome. Crit Care Shock 2009; 12:43-48.

248. Gilbert C, **Marik PE,** Varon J. Acute lobar atelectasis during mechanical ventilation: to beat, suck, or blow?  Crit Care Shock 2009; 12:67-84.

249. **Marik PE**, Varon J. Omega-3 dietary supplements and the risk of Cardiovascular Events: A Systematic Review. Clin Cardiol 2009; 32:365-372.

250. Briegel J, Vogeser M, **Marik P**. Kortikosteroidinsuffizienz bei kritisch Kranken. Pathomechanismen und Empfehlungen zur Diagnose und Behandlung. Anaesthesist 2009; 58:122-133.

251. **Marik PE**, Fromm R. The Efficacy and Dosage Effect of Corticosteroids for the Prevention of Atrial Fibrillation after Cardiac Surgery: A Systematic Review. J Critical Care; 2009 ; 24:458-463.

252. Vasu T, Hirani A, Cavallazzi R, **Marik PE.** A 64 year old male with fever and persistent lung infiltrate. Resp Care 2009; 54: 1263-1265.

253. **Marik PE**, Cavallazzi R, Vasu T, Hirani A. Dynamic changes in arterial waveform derived variables and fluid responsiveness in mechanically ventilated patients. A Systematic Review of the literature. Crit Care Med 2009; 37:2642-2447.

254. Hirani A, Plante L, **Marik PE.** Airway pressure release ventilation in pregnant patients with ARDS: a novel strategy. Resp Care 2009; 54:1405-1408.

255. Yong SL, **Marik P**, Esposito M, Coulthard P. Supplemental perioperative steroids for surgical patients with adrenal insufficiency. Cochrane Database Syst Rev 2009; 4: CD005367.

256. **Marik PE.** An evidence based approach to the  diagnosis of ventilator associated pneumonia. Resp Care 2009; 54:1446-1448.

257. **Marik PE.** Glycemic Control in Critically ill Patients- What to do post-NICE-SUGAR . World J Gastro Surg 2009;1, 30-5.

258. **Marik PE.** Techniques for assessment of intravascular volume in critically ill patients. J Intensive Care Med 2009; 24:329-337.

259. Cavallazzi R, Vasu TS, **Marik PE.** Aspiration Pneumonitis and Aspiration Pneumonia. Perspectives on Swallowing and Swallowing Disorders (Dysphagia) 2009 18: 25-33

260. Meduri GU, Annane D, Chrousos GP, **Marik PE**, Sinclair SE. Activation and Regulation of Systemic Inflammation in ARDS: Rationale For Prolonged Glucocorticoid. Chest 2009; 136:1631-1643.

261. Salerno D, Leone F, Kolm P, Daskalakis C, **Marik P**. Head computer tomography in the medical intensive care unit: Description of a cohort and factors that correlate with a new finding on the head computer tomography. J Intensive Care Med 2009; 37:372-375.

262. Machare Delgado E, Callahan A, Paganelli G, Reville B, Parks S. *Marik PE.* Multi-disciplinary family meetings in the ICU facilitate end-of-life decision making. Am J Hosp Palliative Care 2009; 26:295- 302.

263. *Marik PE.* Varon J. Prolonged and profound therapeutic hypothermia for the treatment of "brain death" following a suicidal intoxication. Challenging conventional wisdoms. Am J Emerg Med 2010; 28: 258.e1-258.e4.

264. *Marik PE*, Varon J. Early Goal Directed Therapy (EGDT): On Terminal Life Support? Am J Emerg Med 2010; 28: 243-245.

265. *Marik PE.* Aspiration syndromes: Aspiration pneumonia and pneumonitis. Hospital Practice 2010; 38:35-42.

266. *Marik PE.* Stress Ulcer Prophylaxis in the new Millennium! ICU Director 2010; 1:12-16.

267. *Marik PE,* Preiser JC. Towards Understanding Tight Glycemic Control in the ICU: A Systematic Review. Chest  2010; 137:544-551.

268. Cavallazzi R, Hirani A, Vasu TS, Pachinburavan M*, Marik PE.* Association between time of admission to the intensive care unit and mortality: a systematic review and meta-analysis. Chest 2010; 138:68-75.

269. Pedraza-Rosales R, *Marik PE*, Varon J. Posterior Reversible Encephalopathy Syndrome: A Review. Crit Care Shock 2009; 12:135-143.

270. *Marik PE.* What defines an Intensive Care Unit? Implications for organizational structure. ICU Dir 2010; 1: 175-180.

271. *Marik PE*, Zaloga GP. Immunonutrition in Elective Surgical Patients: A Systematic review and analysis of the Literature. JPEN 2010; 34:378-386.

272. *Marik PE*, Levitov A. The "Koala stress syndrome" and adrenal responsiveness in the critically ill.  Intensive Care Med 2010; 36:1805-1806.

273. *Marik PE,*, Hirani A, Vasu TS, Pachinburavan M. Stress Ulcer Prophylaxis in the New Millennium: A Systematic Review and Meta-analysis. Crit Care Med 2010;38: 2222-2229.

274. *Marik PE.* Venous Thromboembolis in Pregnancy. Clin Chest Med 2010; 31:731-740.

275. *Marik PE.* Hemodynamic Parameters to Guide Fluid Therapy.  Transfusion Alternatives in Transfusion Medicine 2010; 1:102-112m

276. Cavallazzi R, Bennin CL, Hirani A, *Marik PE.* Is the Band Count useful in the diagnosis of sepsis: An Accuracy Study in Critically Ill Patients. J Intens care Med 2010; 25:353-357.

277. Moore FA, Ziegler TR, Heyland DK, *Marik PE*, Bistrian BR. Developing research programs in clinical and translational nutrition. JPEN 2010 34 (suppl 1): 97S-105S

278.  Kushner, R, Hegazi R, Jensen G, *Marik P*, Merritt R. Optimizing integration of nutrition into patient care through physician leadership. JPEN 2010; 34 (suppl 1): 30S-39S

279. Fleming P, *Marik PE.* The Red DRESS syndrome. The great clinical mimicker. Pharmacotherapy 2011; 31:332.

280. Machare-Delgado E, Decaro M,  *Marik PE.* Inferior Vena Caval Variability Compared to Pulse Contour Analysis as Predictors of Fluid Responsiveness.  A Prospective Cohort Study. J Intens Care Med 2011; 26:116-124.

281. *Marik PE*. Pulmonary aspiration syndromes. Curr Opin Pulm Med 2011; 17:148-154

282. Vaid U, Baram M, *Marik PE.* Thrombolytic therapy in a patient with suspected pulmonary embolism and a negative CTPA. Resp Care 2011;56:336-338.

283.  Grooms DA, Sibole, Tomlinson JR, *Marik PE.* Bedside Customization of an Alternative Ventilation Strategy to Treat a Case of Life Threatening Acute Respiratory Distress Syndrome. Resp Care 2011; 56; 514-519.

284. *Marik PE*, Teboul JL, Monnet X. Hemodynamic parameters to guide fluid therapy. Ann Crit Care Med 2011; 1:1.

285. *Marik PE*. Corticosteroids in sepsis: Dissecting facts from fiction. Crit Care 2011; 15:158

286. Okabe T, Shah G, Mendoza V, Hirani A, Baram M, *Marik PE.* Case series: What intensivists need to know about hemophagocytic syndrome, an under-recognized cause of death in adult intensive care units. J Intens Care Med 2011; (in press).

287. *Marik PE.* Surviving Sepsis Guidelines and Scientific Evidence?  J Intens Care Med 2011; 26: 201-202.

288. Shander A, Fink A, Javidroozi M, Erhard J, Farmer SL, Corwin H, Goodnough LT, *Marik PE*, et al. Appropriateness of red blood cell transfusion based on outcomes: Report of an International Consensus Conference. Trans Med rev 2011; 25: 232-246.

289. *Marik PE*. Death by TPN; the saga continues. Crit Care Med 2011;39:1536-1537.

290. *Marik PE,* Rivera R. Hypertensive crisis. Curr Opin in Crit Care 2011; 17:569-580.

291. *Marik PE,* Meduri GU, Annane D. Coricosteroids in acute respiratory distress syndrome. Crit Care Clin 2011; 27:589-607.

292. *Marik PE.* Surviving Sepsis: Going Beyond the Guideline. Ann Crit Care 2011; 1:17

293. Vaz de Mello RC, Sad EF, Andrade BC, Neves SP, Santos SM, Sarquis MM, *Marik PE*, Dias EP. Serum and salivary cortisol in the diagnosis of adrenal insufficiency and as a predictor of outcome in patients with severe sepsis. Arq Bras Endocrinol Metab 2011; 55: 455-459.

294. Varon J, *Marik PE,* Einav S. Therapeutic Hypothermia: An Emergency Medicine Perspective. Am J Emerg Med 2012; 30:800-810.

295. Salerno D, *Marik PE.* Brain Natriuretic Peptide measurement in Pulmonary Medicine. Resp Medicine 2011; 105:1770-1775.

296. *Marik PE*, Flemmer M. Do Dietary Supplements Have Beneficial Health Effects: What the evidence? JPEN 2012; 36:159-168

297. Okabe T, Shah G, Mendoza V, Hirani A, Baram M, *Marik P*. What intensivists need to know about hemophagocytic syndrome: an under-recognized cause of death in adult intensive care units. J Intens Care Med 2012; 27:58-64.

298. *Marik PE*. Etomidate in critically ill patients. Is it safe? Crit Care Med 2012;40:301-302.

299. Levitov AB. *Marik PE*. Echocardiographic assessment of preload responsiveness in critically ill. Cardiology Research and Practice 2012, 819696; doi:10.1155/2012/8196961.

300. *Marik PE*, Flemmer, M. Immunonutrition in surgery. Minerva Anestesiologica 2012;78:336-342.

301.   Summerfield D, Dedsai H, Levitov A, Grooms D, *Marik PE*. Inhaled Nitric Oxide as salvage therapy in massive Pulmonary Embolism:  A case series. Resp Care 2012; 57:444-448.

302.   Vasu T, Cavallazi R, Hirani A, Kaplan G, Leiby B, *Marik PE.* Norepinephrine or Dopamine for Septic Shock: A Systematic Review of Randomized Clinical Trials. J Intens Care Med 2012; 27:172-178.

303.   Hooper M, *Marik PE*. *Clostridia Difficille* colitis. Hosp Pract 2012;40:119-129.

304.   Desai H., *Marik PE*. Goal Directed Fluid Therapy. Recent Advances in Perioperative Anesthetic Management. Current Pharmaceutic Design  2012; 18:6215-6224.

305.   *Marik PE*, Fuller C, Levitov A, Moll E. Neonatal Incubators: A Toxic Sound Environment for the Preterm Infant? Ped Crit Care Med 2012; 13:685-689.

306.   *Marik PE*, Harrison W, Flemmer MC. The risk of catheter related blood stream infection with femoral vein catheters: A systematic review of the literature and meta-analysis. Crit Care Med 2012; 40:2479-2485.

307.   *Marik PE*, Flemmer MC. The Immune response to surgery and trauma. J Trauma 2012; 73:810-808.

308.   Nickerson A*, Marik PE.*  Life-threatening ANCA positive vasculitis associated with Rickettsial infection. BMJ Case Reports 2012; 2012; doi:10.1136/bcr.03.2012.5993.

309.   *Marik PE*. Immunonutrition in the critically ill. Immuno-gastroenterology 2012; 1:7-17.

310.   *Marik PE*, Flemmer MC. The management of acute decompensated heart failure. J Intens Care Med 2012;  27:343-353.

311.   *Marik PE*. Colonic flora, Probiotics, Obesity and Diabetes. Frontiers in Diabetes 2012; 3: 87. doi: 10.3389/fendo.2012.00087

312.   Nordstrom O'Brien M, Hooper, M, Flemmer MC, *Marik PM*. Chronic acetaminophen ingestion resulting in severe anion gap metabolic acidosis secondary to 5-oxoproline accumulation: an under diagnosed phenomenon. BMJ Case Reports 2012; doi:10.1136/bcr.bcr.03.2012.6020

313.   *Marik PE*. The malignant obesity hypoventilation syndrome. Obesity Reviews 2012; 13:902-909.

314.   Gonzales M, *Marik PE*. A pituitary abscess masquerading as recurrent hypernatremia and aseptic meningitis. BMJ Case reports 2012; doi:10.1136/bcr-2012-006436

315.   Mulla C, *Marik PE.*  Pheochromocytoma presenting as acute decompensated heart failure reversed with medical therapy. BMJ Case Reports 2012; 2012; doi:10.1136/bcr-2012-006319

316.   *Marik PE*, Young A, Sibole S, Levitov A. The effect of APRV ventilation on ICP and cerebral hemodynamics. Neurocritical Care 2012;17: 219-223. DOI 10.1007/s12028-012-9739-4

317.   Cavallazzi R, Saad M, *Marik PE*. Delirium in the ICU: An overview. Ann Crit Care 2012; 2:49.

318.   Parekh P, *Marik PE*. Life-threatening piperacillin- induced immune hemolysis in a patient with cystic fibrosis. BMJ Case reports 2013. doi:10.1136/bcr-2012-007801

319.   *Marik PE*. Non-invasive cardiac output monitors: A state-of-the art review. J Cardiothorac Vasc Anesth 2013; 27:121-134

320.  *Marik PE*, Riviera R.  The therapeutic effect of Conivaptan bolus dosing in the neurointensive care unit. Pharmacotherapy 2013; 33:51-55.

321.  *Marik PE,* Levitov A, Young, A, Andrews L. The use of Bioreactance and Carotid Doppler to determine fluid responsiveness and blood flow redistribution during shock. Chest 2013; 143:364-370.

322.  *Marik PE,* Bellomo R. Stress hyperglycemia: an essential survival response! Crit Care 2013; 7:305

323.  *Marik PE,* Cavallazzi R. Does the Central Venous Pressure (CVP) Predict Fluid Responsiveness: An updated Meta-Analysis and a plea for some common sense. Crit Care Med 2013; 41:1774-1781.

324.  Young, A, *Marik PE*, Grooms, D, Sibole S, Levitov A.  Changes in End-Tidal Carbon Dioxide (PetCO$_2$) and volumetric CO$_2$ as predictors of volume responsiveness in hemodynamically unstable patients. J Cardiothorac Vasc Anesth 2013;27:681-684.

325.  *Marik PE,* Raghunathan K, Bloomstone J.Counterpoint: Are the best patient outcomes achieved when ICU bundles are rigorously adhered to? No. Chest 2013; 144:374-387.

326.  *Marik PE,* Raghunathan K, Bloomstone J. Are the best patient outcomes achieved when ICU bundles are rigorously adhered to? No. Rebuttal from Marik et al. Chest 2013; 144: 379-380..

327.  *Marik PE,* Desai H. Malignant Obesity Hypoventilation Syndrome. J Intens Care Med 2013; 28:124-130.

328.  Bagga S, Paluzzi D, Chen C, Riggio JM, *Marik PE*, Baram M. Improved compliance to lower initial tidal volume supported via a computerized clinical decision tool. Resp Care 2014;59:1172-1177.

329.  Tagami T, Sawabe M, Kushimoto S, *Marik PE,* Mieno MN, Kawaguchi T, Kusakabe,T. Quantitative diagnosis of diffuse alveolar damage using extravascular lung water. Crit Care Med 2013;41:2144-2150.

330.  Minvaleev RS, Bogdanov AR, Bogdanov RR, Bahner,DP, **Marik PE.** Hemodynamic observations of Tumo yoga practitioners in a Himalayan environment. Journal of Alternative and Complementary Medicine 2014; 20:295-279.

331.  *Marik PE*, Bellomo R. Lactate clearance as a target of therapy in Sepsis:  A flawed paradigm. OA Critical Care 2013; Mar 01;1(1):3

332.  Parekh P, Oldfield EC, *Marik PE*. Progressive outer retinal necrosis: a missed diagnosis and a blind, young woman. BMJ Case Reports; 2013 doi:10.1136/bcr-2013-009333.

333.  *Marik PE.* Obituary: Pulmonary artery catheter: 1970-2013. Ann Intens Care 2013; 3:38.

334.  Parekh P, Boggs JP, Silverberg M*, Marik P*. Seizure as an Initial Presentation of Human Immunodeficiency Virus: Acute Toxoplasmosis Mimicking Glioblastoma Multiforme. BMJ Case Reports 2013;  doi:10.1136/bcr-2013-200795.

335.  Mclaughlin M, *Marik PE*. Spontaneous Subclavian Artery Dissection: A pain in the neck diagnosis. BMJ Case reports 2013; doi:10.1136/bcr-2013-201223.

336.  *Marik PE*. Myths and misconceptions associated with enteral feeding. Crit Care Med 2014; 42:962-969.

337.  *Marik PE,* Lemson J. Assessment of fluid responsiveness. Br J Anaesth 2014 2014; 112:617-620.

338. Garcia-Alvarez M, *Marik PE,* Bellomo R.  Stress hyperlactemia. Lancet: Diabetes and Endocrinology 2014; 2:339-347.

339. *Marik PE*. Early Management of Severe Sepsis: Concepts and Controversies. Chest 2014; 145:1407-1418

340. Kaukonen KM, Bailey M, Egi M, Orford N, Glassford N, *Marik PE,* Bellomo R. Stress hyperlactatemia modifies the relationship between stress hyperglycemia and outcome. Crit Care Med 2014: 42:1379-1385.

341. Garcia-Alvarez M, *Marik PE,* Bellomo R.  Sepsis associated hyperlactemia. Crit Care 2014; 18:503.

342. *Marik PE*. Perioperative Hemodynamic Optimization: A Revised Approach. J Clin Anesth 2014; 26:500-505.

343. Parekh P, Shams R, Challapalli V, *Marik P*. Successful Treatment of Salmonella Aortitis with Endovascular Aortic Repair and Antibiotic Therapy. BMJ Case Reports 2014; doi:10.1136/bcr-2014-204525.

344. *Marik PE*. Iatrogenic Salt Water Drowning and the Hazards of a High Central Venous Pressure. Ann Intens Care 2014; 4:21

345. *Marik PE,* Egi M. Treatment thresholds for hyperglycemia in critically ill patients with and without diabetes. Intensive Care Med 2014; 40:1049-1051.

346. Meyfroidt G, Bollaert PE*, Marik PE.* Acute ischemic stroke in the ICU: to admit or not to admit? Intensive Care Med 2014; 40:749-751.

347. *Marik PE.* Don't miss the diagnosis of Sepsis! Crit Care 2014;18:529

348. *Marik PE*. The physiology of volume resuscitation. Current Anesthesiology Reports 2014; 4: 353-359.

349. Garcia RM, *Marik PE*, Varon J. The obesity supine sudden death syndrome in the perioperative patient. Cri Care Shock 2014;4:82-84.

350. Malbrain ML, *Marik PE*, Witters I, Cordemans C, van Regenmortel N.  De-resuscitation in the critically ill: What, why, when and How?. Results of a meta-analysis and systematic review on the impact of fluid overload on morbidity and mortality. Anesthesiology Intensive Therapy 2014; 46;361-380.

351. Monnet X, *Marik P*. What's new with hypertensive crisis? Intensive Care Med 2015; 41:127-130.

352. Hooper MH, *Marik PE.* Controversies and Misconceptions in ICU Nutrition. Clin Chest Med 2015; 36:409-418.

353. *Marik PE*. The Demise of Early Goal Directed Therapy for Severe Sepsis and Septic Shock? Acta Anesthesiol Scand 2015; 59:561-567.

354. *Marik PE*. The bacterial pneumonia. A new treatment paradigm. Hospital Practice 2015; 43:46-55.

355. *Marik PE.* The Cost of Inappropriate Care at the End-of life: Implications for an Aging population. Am J Hospice Palliative Care 2015:32:703-708.

356. *Marik PE,* Varon J. Malignant obesity hypoventilation syndrome. Curr Resp Med Rev 2015; 10:197-205.

357. *Marik PE*. Feeding Critically Ill Patients the Right "Whey": Thinking Outside of the Box. Ann Intens Care 2015; 5:11.

358.  **_Marik PE_**, Varon J**.** Nitroglycerin, stroke and hypertension: a word of caution. Crit Care Shock 2015; 18:59-60

359.  **_Marik PE._** Fluid Therapy in 2015 and beyond: The Mini-Fluid Challenge and Mini-Fluid Bolus Approach. Br J Anesth 2015;115:347-349.

360.  **_Marik PE._** Self-plagiarism: The perspective of a convicted plagiarist! Eur J Clin Invest 2015;45:883-887.

361.  Frankel H, Kirkpatrick, AW, Elbarbary M, Blaivas M, Desai H, Evans D, Summerfield DT, Levitov A, **_Marik PE_**, et al. Guidelines for the appropriate use of bedside general and cardiac ultrasonography by the intensivist in the evaluation of critically ill patients— Part I: general ultrasonography. Crit Care Medicine 2015; 43:2479-2502.

362.  Frankel H, Kirkpatrick, AW, Elbarbary M, Blaivas M, Desai H, Evans D, Summerfield DT, Levitov A, **_Marik PE_**, et al. Guidelines for the appropriate use of bedside general and cardiac ultrasonography by the intensivist in the evaluation of critically ill patients- Part II: cardiac ultrasonography. Crit Care Medicine 2016:44:1206-1227.

363.  **_Marik PE._** Bellomo R.  A Rational Approach to Fluid Therapy in Sepsis. Br J Anesth 2016;  116:339-349.

364.  **_Marik PE._** Is early starvation beneficial for the critically ill patient? Curr Opin Clin Nutr Metabolic Care 2016; 19:155-160.

365.  Girbes AR, Robert R, **_Marik PE._**  More protocols: beware of regression to the mean and mediocrity.  Intensive Care Med 2015; 41:2218-2220.

366.  Meduri GU, Bridges L, Shih MC, **_Marik PE,_** Siemienuk RA, Kocak M. Prolonged methylprednisolone treatment is associated with improved ARDS outcomes; analysis of individual patients data from four randomized trials and trial-level meta-analysis of the updated literature. Intensive Care Med 2016; 42:829-840.

367.  Xavier M, **_Marik PE_**, Teboul JL. Passive leg raising for predicting fluid responsiveness: a systematic review and meta-analysis. Intensive Care Med 2016; 42:1935-1947.

368.  **_Marik PE_**, Calalazzi R. Extended anticoagulant and aspirin treatment for the secondary prevention of idiopathic thromboembolic disease: a systematic review and meta-analysis. PLOS One 2015; 10(11): e0143252. doi:10.1371/journal.pone.0143252

369.   *Marik PE,* Hooper MH. Normocaloric versus hypocaloric feeding on the outcomes of ICU patients: A systematic review and meta-analysis. Intensive Care Med 2016; 42:316-323.

370.  **_Marik PE._**  Dopamine increase mortality in pediatric septic shock. J Pediatrics 2016;168:254-255

371.  Liggett A, **_Marik PE_**.  Fatal acute complete inferior vena cava thrombosis after inferior vena cava filter placement: Role of autopsy in elucidating the diagnosis. International Journal of Case Reports and Images 2016; 7:43-47.

372.  **_Marik PE_**. Fluid responsiveness and the Six guiding principles of fluid resuscitation. Crit Care Med 2016; 44:1920-1922.

373.  Enrique MZ, Carlos Alfredo GM, Heriberto RG, Marik PE. Trying to get out of the box. Crit Care Shock  2016; 19;4-7.

374.  **_Marik PE,_** Varon J. Precision Medicine and the Federal Sepsis Initiative! Crit Care Shock 2016; 19; 1-3.

375. *Marik PE*, Chen C.  The Clinical Characteristics and Hospital and Post-hospital survival of patients with the Obesity Hypoventilation Syndrome: Analysis of a large cohort. Obesity Science and Practice 2016; 2:40-47.

376. *Marik PE*. Precision Glycemic Control in the ICU. Crit Care Med 2016;44:1433-1434.

377. *Marik PE.* "Vitamin S" (steroids) and Vitamin C for the Treatment of Severe Sepsis and Septic Shock! Crit Care Med 2016; 44:1228-1229.

378. McLaughlin M, *Marik PE*. Dexmedetomidine and delirium in the ICU. Ann Trans Med 2016; 4(11):224: doi:10.21037/atm.2016.05.44

379. *Marik PE*. Glycemic control in acutely ill patients: low evidence of benefit, high evidence of harm. Intensive Care Med 2016; 42:1475-1477.

380. *Marik PE*.  Stress Ulcer Prophylaxis De-adoption:  What's the barrier? Crit Care Med 2016;44:1939-1941.

381. Girbes AR, Zilstra JG, *Marik PE*. The burden caused by administrators and managers. A Euro-American Jumble. ICU Management Practice 2016; 3 182-185..

382. Xavier M, *Marik PE*, Teboul JL. Prediction of preload responses: New advances. Ann Int Care 2016; 6:111.

383. *Marik PE*, Rice TW. Feeding the critically ill. More Questions than Answers!. Am J Resp Crit Care Med 2017; 195:555-556.

384. Ranjit S, Natraj R, Kandath,SK,Kissoon N, Ramakrishnan B, *Marik PE.* Early norepinephrine decreases fluid and ventilatory requirements in pediatric vasodilatory septic shock. Indian J Crit Care 2016; 20:561-569.

385. *Marik PE*, Linde-Zwirble WT, Sahatjian J, Hansel D.  Fluid Administration is Sepsis and Septic shock, Patterns and Outcomes. An Analysis of a Large National Database. Intensive Care Med 2017; 43:625-632.

386. *Marik, PE*, Khangoora V, Riviera, R, Hooper MH, Catravas J.  Hydrocortisone, Vitamin C and Thiamine for the Treatment of Severe Sepsis and Septic Shock: A Retrospective Before-After Study. Chest 2017; 151;1229-1238.

387. Arabi Y, Casaer M, Chapman M, Heyland D, Ichai C, *Marik PE*, Martindale RG, McClave SA, Preiser JC, Reignier J, Rice T, van Zanten AR, van Den Berghe G, Weijs P. The Intensive Care Medicine Research Agenda in Nutrition and Metabolism. Intensive Care Med 2017;43:1239-1256.

388. Taeb A, Hooper MH, *Marik PE.* Sepsis: Current Definition, Pathophysiology, Diagnosis, and Management. Nutr Clin Pract 2017; 32:296-308.

389. Jalil B, Cavallazzi R, *Marik P*, Mann J, El-Kersh K, Guardiola J, Saad M. Comparing carotid flow time and stroke volume variation by FloTrac/Vigileo to detect changes in stroke volume induced by passive leg raising. Am J Med Sci 2018; 355:168-173.

390. *Marik PE*. Glucocorticosteroids as adjunctive therapy for ARDS and Sepsis? Yes, But Not as Monotherapy. Crit Care Med 2017; 45:910-911.

391. *Marik PE,* Taeb AM. SIRS, qSOFA, and the New Sepsis Definition. J Thoracic Dis 2017; 9:943-945.

392. Girbes A, *Marik PE*. Protocols for the obvious: where does it start, and stop? Ann Intensive Care 2017; 7:42.

393. Barabutis N, Khangoora V, **Marik PE**, Catravas JD. Hydrocortisone and Ascorbic Acid synergistically protect against LPS-induced pulmonary endothelial barrier dysfunction. Chest 2017; 152;954-962.

394. Annane D, Pastores SM, Rochwerg B, Arlt W, Briegel J, Beishuizen A,Balk RA, Carcillo J, Christ-Crain M,Cooper MS, **Marik PE,** Meduri GU, Olsen KM,Rogers SC, Russell JA, van den Berghe G. Guidelines for the diagnosis and management of critical illness related corticosteroid insufficiency (CIRCI) in critically ill patients (Part I): Society of Critical Care Medicine (SCCM) and the European Society of Intensive Care Medicine (ESICM): 2017. Crit Care Med 2017;45:2078-2088.

395. Annane D, Pastores SM, Rochwerg B, Arlt W, Briegel J, Beishuizen A,Balk RA, Carcillo J, Christ-Crain M,Cooper MS, **Marik PE**, Meduri GU, Olsen KM,Rogers SC, Russell JA, van den Berghe G. Guidelines for the diagnosis and management of critical illness related corticosteroid insufficiency (CIRCI) in critically ill patients (Part II): Society of Critical Care Medicine (SCCM) and the European Society of Intensive Care Medicine (ESICM): 2017. Crit Care Med 2018;46:146-148.

396. Annane D, Pastores SM, Rochwerg B, Arlt W, Briegel J, Beishuizen A,Balk RA, Carcillo J, Christ-Crain M,Cooper MS, **Marik PE,** Meduri GU, Olsen KM,Rogers SC, Russell JA, van den Berghe G. Guidelines for the diagnosis and management of critical illness related corticosteroid insufficiency (CIRCI) in critically ill patients (Part 1): Society of Critical Care Medicine (SCCM) and the European Society of Intensive Care Medicine (ESICM): 2017. Intensive Care Med 2017; 43:1751-1763.

397. Annane D, Pastores, SM, J, Christ-Crain M,Cooper MS, **Marik PE**, Meduri GU, Olsen KM,Rogers SC, Russell JA, van den Berghe G. Guidelines for the diagnosis and management of critical illness related corticosteroid insufficiency (CIRCI) in critically ill patients (Part II): Society of Critical Care Medicine (SCCM) and the European Society of Intensive Care Medicine (ESICM): 2017. Intensive Care Med 2017; (in press).

398. Annane D, Pastores SM,  Christ-Crain M,Cooper MS, **Marik PE**, Meduri GU, Olsen KM,Rogers SC, Russell JA, van den Berghe G. Critical Illness-Realted Corticosteroid Insufficiency (CIRCI): A narrative review from a multispeciality task force of the Society of Critical care Medicine (SCCM) and the European Society of Intensive Care Medicine (ESICM). Crit Care Med 2017; 45:2089-2098.

399. Annane D, Pastores SM,  Christ-Crain M,Cooper MS, **Marik PE**, Meduri GU, Olsen KM,Rogers SC, Russell JA, van den Berghe G. Critical Illness-Realted Corticosteroid Insufficiency (CIRCI): A narrative review from a multispeciality task force of the Society of Critical care Medicine (SCCM) and the European Society of Intensive Care Medicine (ESICM). Intensive Care Med 2017; 43:1781-1792.

400. **Marik PE**, Malbrain ML. The SEP-1 quality mandate may be harmful. How to drown a patient with 30ml/kg Fluid. Anesthesiology Intensive Therapy 2018. (in press)

401. **Marik PE**, Long A. ARDS complicating Pustular Psoriasis: Treatment with Low-dose Corticosteroids, Vitamin C and Thiamine. BMJ Case reports 2018; 2018. doi:10.1136/bcr-2017-223475

402. Cheta J, Long A, **Marik PE.** Tachycardia as a parameter for risk-stratification of pulmonary embolism. J High-Impact Case Reports 2017 Dec 11;5(4): 2324709617744232. doi: 10.1177/2324709617744232.

403.     *Marik PE,* Hooper MH. Doctor. Your patients with sepsis have acute scurvy. Crit Care 2018;22:23

404.     *Marik PE.* Steroids for sepsis. Yes, No or Maybe. J Thoracic Disease 2018;10 (Suppl 9):s1-70-1073.

405.     *Marik PE.* Corticosteroids for Septic Shock: What to do now?" J Emerg. Crit. Care Med 2018;2:34.

406.     *Marik PE.* Vitamin C for the treatment of sepsis: The Scientific rationale. Pharmacol Therapeut 2018; 189:63-70.

407.     *Marik PE.* The role of glucocorticoids as adjunctive treatment for sepsis in the modern era. A narrative review. Lancet Resp Med 2018; (in press)

408.     *Marik PE,* Varon J. Sepsis, delirium and long-term cognitive dysfunction: Prevention with the combination of Vitamin C, hydrocortisone and thiamine. Current Resp Med Reviews 2018; 14;23-28.

409.     *Marik PE.* Patterns of death in patients with sepsis and the use of Hydrocortisone, Ascorbic acid and Thiamine (HAT therapy) to prevent these deaths. Surgical Infections 2018; 19:812-820.

410.     *Marik PE,* Varon J. The optimal ICU organizational structure. Crit Care Shock 2018; 21:148-150

411.     *Marik PE,* Farkas JD. The changing paradigm of Sepsis: Early diagnosis, Early antibiotics, Early pressors and Early adjuvant treatment. Crit Care Med 2018; 46; 1690-1693.

412.     *Marik PE.* Thiamine: an essential component of the metabolic resuscitation protocol. Crit Care Med 2018; 46; 1869-1870.

413.     Spiegel R, Farkas JD, Rola P, Kenny JE, Olusanya S, *Marik PE,* Weingart SD. The 2018 Surviving Sepsis Campaigns Treatment Bundle: When Guidelines Outpace the Evidence Supporting Their Use. Ann Emerg Med 2019; 73:356-358.

414.     *Marik PE,* Spiegel R, Farkas JD, Weingart S. Is it time to retire the Surviving Sepsis Campaign Guidelines; YES. Chest 2019 ;155:12-14.

415.     Farkas J, *Marik PE,* Weingart S, Spiegel R. Is it time to retire the Surviving Sepsis Campaign Guidelines; Rebuttal. Chest 2019; 155:19-20.

416.     *Marik PE.* SEP-1: The Lactate Myth and other Fairytales. Crit Care Med 2018; 46; 1689-1690

417.     *Marik PE.* Hydrocortisone, Ascorbic acid and Thiamine (HAT therapy) for the treatment of sepsis. A focus on vitamin C. Nutrients 2018; 10; 1762.

418.     Gurganus MM, **Marik PE.** The successful treatment of severe aspiration pneumonitis with the combination of hydrocortisone, ascorbic acid and thiamine. Crit Care Shock 2019; 22:57-61.

419.     Moskowitz A, Anderson LW, Huang D, Berg KM, Grossesteuer A, *Marik P,* Sherwin R. Hou P, Becker LB, Donnino MW for the ACTS Clinical Trial Group. Ascorbic Acid, Corticosteroids, and Thiamine in Sepsis: A review of the biologic rationale and the present state of clinical evaluation. Crit Care 2018; 22:283.

420.     *Marik PE,* Weinmann M. Optimizing fluid management in sepsis. Curr Opin Crit Care 2019; 25:246-251.

421.   Long E, *Marik PE*. Can the brain predict fluid responsiveness? Anesthesiology 2019; 130:674-676.

422.   *Marik PE,* Patel MP, Varon J. Corticosteroids and Gastrointestinal Bleeding in Critical Care: A Systematic Review and Meta-Analysis. Crit Care Shock 2019; 22:701-712.

423.   Patel M, Khangoora V, *Marik PE.* A Review of the Pulmonary and Health impact of Hookah Use. Annals American Thoracic Society 2019; 10:1215-1219.

424.   *Marik PE*, Liggett A. Putting the Orange into the Banana Bag: Vitamin C deficiency is common in alcohol use disorders. Crit Care 2019; 23:165

425.   *Marik PE*.  Is intravenous Vitamin C contraindicated in patients with G6PD deficiency? Crit Care 2019; 23:109.

426.   Chan ED, Chan MM, Chan MM, *Marik PE*. Use of glucocorticoids in the acute and critical care setting: science and clinical evidence. Pharmacol Therapeutics 2020; 206;107428.

427.   Middendorf M, Busaileh A, Babakhani A, *Marik PE*. Stevens-Johnson syndrome/toxic epidermal necrolysis: Treatment with low dose corticosteroids, vitamin C, and thiamine. BJM Case reports 2019;12**:** e230538.

428.   Martin G, Kaufman D, *Marik P*, Shapiro N, Levett D, Whittle J for the Perioperative Quality Initiative (POQI) 5 workgroup. Perioperative Quality Initiative (POQI) consensus statement on fundamental concepts in perioperative fluid management: fluid responsiveness and venous capacitance. Perioperative Medicine 2019; (in press).

429.   *Marik PE*. Lactate guided resuscitation- Nothing is more dangerous than conscientious foolishness. J Thoracic Dis 2019; http://dx.doi.org/10.21037/jtd.2019.07.67

430.   Varon, J, *Marik PE*. Predatory Journals. Beware on who you trust. Curr Resp Med Reviews 2019; 15:2.

431.   *Marik PE*. Nutritional support in hospitalized pateins. Feed the cold (and malnourished) and starve the febrile. JAMA Network Open 2019;2:e1915707..

432.   Biancatelli RC, Berrill M, *Marik PE*. Antiviral properties of Vitamin C. Expert Review of anti-infective therapy 2020;18:99-101.

433.   *Marik PE.* The Management of Sepsis: Science & Fiction.  J Thorac Dis 2020; 12(Suppl 1): S1-S4.

434.   *Marik PE.*  Vitamin C:  An Essential "stress hormone" during sepsis. J Thorac Dis 2020;12(Suppl 1):S84-S88.

435.   Spiegel R, Gordon, D, *Marik PE.* Sepsis and the lactate myth. J Thorac Dis 2020;12(Suppl 1):S48-S53.

436.   *Marik PE,* Payen D. CITRIS-ALI*:*  How statistics were used to obfuscate the true findings.  Anesth Crit Care Pain Med 2019;38: 575-577.

437.   *Marik PE,* Van Haren F, Byrne L.Fluid resuscitation in sepsis: The 30ml/kg hoax. J Thorac Dis 2020; 12(Suppl 1):S37-S47.

438.   Colunga Biancatelli RM, Berrill M, Mohammed YH, *Marik PE*. Melatonin for the treatment of sepsis: the scientific rationale. J Thorac Dis 2020:12 (Suppl 1):S54-S65.

439.   *Marik PE,* Varon J, Surani S. Hydrocortisone, ascorbic acid and thiamine (HAT Rx) for sepsis. Is the jury out? World J Diabetes 2020;11:90-94.

440.   Honore PM, *Marik PE*, Oudermans-van Straaten, et al. Dosing vitamin C in critically ill patients with special attention to renal replacement therapy. Ann Intens Care 2020;10:23.

441.   *Marik PE,* Shankaran S, King L. The effect of Copper-Oxide treated soft and hard surfaces on the incidence of Hospital Acquired Infections:  A two-phase study. J hosp Infection 2020; 105:265-271.

442.   Long A, *Marik PE.* Poorly Differentiated Breast Adenocarcinoma as a Rare Cause of Right Ventricular Outflow Tract Compression: Case Report and Review of the Literature. **J**ournal of Investigative Medicine High Impact Case Reports 2020; 8:1-4.

443.   *Marik PE,* Kory P, Varon J. Does vitamin D status impact mortality from SARS-CoV-2 infection? Medicine in drug Discovery 2020; (ePub)

444.   Colunga Biancatelli RM, Berrill M, Catravas JD, *Marik PE*. Quercetin and Vitamin C: experimental therapy for prevention and treatment of SARS-CoV-2 via synergistic action. Fronteirs Immunol 2020; 11:1451.

445.   Reiter RJ, Abreu-Gonzalez P, *Marik PE*,Dominguez-Rodriguez A. Therapeutic algorithm for use of melatonin in patients with COVID-19. Frontiers Medicine 2020; 7:226.

446.   Reiter RJ, Sharma R, Ma Q, Dominquez-Rodriguez A, *Marik PE,* Abreu-Gonzalez P. Melatonin inhibits COVID-19 induced cytokine storm by reversing aerobic glycolysis in immune cells: A mechanistic analysis, Medicine in Drug Discovery; 2020; ePub.

447.   Abouleish Y, Oldfield EC, *Marik PE.* Comparison of central-line associated bloodstream infections between central venous catheters lined by combined chlorhexidine and silver sulfadiazine versus silver ionotrophes alone: A Before-After-Before Retrospective Study. Infection Control and Hospital Epidemiology 2020; (ePub).

448.   *Marik PE,* Stephenson E. The ability of procalcitonin, lactate, white blood cell count and Neutrophil-Lymphocyte count ratio to predict blood stream infection. Analysis of a large database. J Crit Care 2020; 60:135-139.

449.   *Marik PE,* Kory P, Varon J, Iglesias J. Meduri GU. MATH+ Protocol for the treatment of SARS-CoV-2 infection: The Scientific Rationale.Expert Review of anti-infective therapy 2020; ePub.

450.   Arvinte C, Singh M, *Marik PE*. Serum levels of vitamin C and vitamin D in a cohort of critically ill COVID-19 patients of a North American Community Hospital Intensive Care Unit in May 2020. A Pilot study.Medicine in Drug Discovery 2020; (in press)

451.   Kory P, Meduri GU, Varon J, *Marik PE*. Scientific Review of the Evidence Supporting a Proposed COVID-19 Treatment Protocol. J Intensive Care Med 2020; (ePub).

452.   *Marik PE,* Varon J. Kory P. The treatment of COVID-19 is critically phase specific. Crit Care Shock 2020;23: 10-12.

453.   Ahmad Q, DePerrior SE, Dodani S, Edwards JF, *Marik PE*. Role of inflammatory biomarkers in the prediction of ICU admission and mortality in patients with COVID-19. Medical Research Archives 2020; 8:1-10.

454.   Reiter RJ, Sharma R, Castillo R, *Marik PE*, Rodriguez AD, Cardinalli DP. Coronavirus-19, monocyte/macrophage glycolysis and inhibition by melatonin. J SARS-CoV-2 COVID 2021;2:29-31.

455.   Ngo BT, *Marik P,* Kory, P.; Shapiro L. et al. The Time to offer treatments for COVID-19. Expert Opinion on investigational drugs 2021; in press.

456.   *Marik PE,* DePerrior SE, Ahmad Q, Dodoan S. Gender-based disparities in COVID-19 patient outcomes. Journal of Investigative Medicine 2021;69:814-818.

457.   Kory P, Meduri GU, Iglesias J, Varon J, Berkowitz K, Kornfeld H,Vinjevoll E, Mitchell S, Wagshul F, **Marik PE.** Review of the emerging evidence demonstrating the efficacy of ivermectin in the prophylaxis and treatment of COVID-19. American Journal of Therapeutics 2021; 28:e299-e318.

458.   Griffin DO, Brennan-Reider D, Ngo B, Kory P, Confalonieri M, Shapiro L, Iglesias J, Dube M, Nanda N, **Marik P.** The importance of understanding the stages of COVID-19 in treatment and trials. AIDS Reviews 2021; 23:1-8.

459.   Colunga Biancatelli R. Solopov P, Sharlow E,  Lazo J, **Marik PE**, Catravas J. The SARS-CoV-2 spike protein subunit 1 induces COVID-19-like acute lung injury in K18-hACE2 transgenic mice and barrier dysfunction in human endothelial cell. Am J Physiol-Lung Cellular and Molecular Physiology 2021; in press.

460.   Araiza A, Duran M, Patino C, **Marik P,** Varon J. The Ichikado CT score as a prognostic tool for coronavirus disease 2019 pneumonia: a retrospective cohort study. J Intensive Care 2021;9:51.

461.   **Marik PE**, Iglesias J, Varon,J,  Kory P. COVID-19 in-hospital mortality: A concise Worldwide Review. J Community Medicine and Public Health Reports, 2021; 2.

462.   **Marik P**, Iglesias J, Varon J, Kory P. A scoping Review of the pathophysiology of COVID-19. Internation Journal of Immunopathology and Pharmacology 2021; in press.

## II.     *Online, Electronic and Other Publications*

1.     Varon J, **Marik P.** Carbon Monoxide Poisoning. The Internet Journal of Emergency and Intensive Care Medicine 1997 Vol1N2: [http://www.icaap.org/iuicode?89.1.2.2]

2.     **Marik P**. Stroke Patients in the ICU: Is There Any Benefit?. The Internet Journal of Emergency and Intensive Care Medicine 1997 Vol1N2: [http://www.icaap.org/iuicode?89.1.2.4]

3.     **Marik P**, Varon  J. Do We Need More ICUs?. The Internet Journal of Emergency and Intensive Care  Medicine 1997 Vol1N3: [http://www.icaap.org/iuicode?89.1.3.1]

4.     **Marik PE**. Splanchnic resuscitation. First International Congress of Critical Care on the Internet. November 17, 1999. [http://www.uninet.edu/cimc99/seminarios/marik/tsr_archivos/v3_document.htm]

5.     Varon J, **Marik PE**. Self-assessment in Critical Care Medicine. Sepsis: review questions. Hospital Physician 2000; 36; 51-52.

6.     Zaloga GP, Todd N, Levit P, **Marik P**. Propofol-induced bronchodilation in patients with status asthmaticus.. The Internet Journal of Emergency and   Intensive Care Medicine 2001, Vol 5, No 1   [http://www.icaap.org/iuicode?89.5.5.5]

7.     Varon J, **Marik PE**. Self-assessment in Critical Care Medicine. Pulmonary review questions. Hospital Physician 2002; June, pg 33-34.

8.     **Marik P**, Varon J, Fromm RE. Goal-directed therapy in sepsis: Fact or fiction. Crit Care Shock 2002;5:31-32

9.     Chanin K, Fong E, **Marik P**, Fromm RE, Varon J. Neurologic Outcome after Cardiac Arrest With The Use of Mild Therapeutic Hypothermia. Crit Care Shock 2002; 5:190-192.

10.    Aran F, Varon J, **Marik PE**. Hyperbaric oxygen therapy in carbon monoxide poisoning: How far out? Crit Care Shock 2003;6:65-66.

11.    Varon J, **Marik PE**. Managing acute severe asthma: What therapies to try and when. J Resp Dis 2003;24:67-76.

12.    Neubert P, Gonzalez A, Varon J, **Marik PE**. Pulmonary-Artery Catheters: A time for Reevaluation. Crit Care Shock 2003;6:65-66.

13.    Varon J, **Marik PE**. Traumatic brain in children: Self assessment in Critical Care Medicine. Hospital Physician, January 2004, 17-18

14.    Varon J, **Marik PE**. Hypertensive Crisis. Critical Care Medicine Board Review Manual, Volume 7 Part 2, Postgraduate Medicine, 2004, p32-10

15.    Varon J, **Marik PE**. Noninvasive positive pressure ventilation. Critical Decisions in Emergency Medicine 2005; 19: 12-16.

16.    Vahid B, Bosanac A, **Marik PE**. Spontaneous rupture of a normal spleen: A case report. Surgery on-line, ISSN 1471-5287August 2005

17.    Vahid B, Wildmore B, Nguyen C, Sistrun N,  **Marik PE**. Pulmonary blastomycosis masquerading as metastatic disease in the lung. Medsacpe General Medicine; 2006:8:31. [http://www.medscape.com/viewarticle/520788_4]

18. ***Marik PE***. Adrenal failure in the Critically ill. In; Braunwald E, Eds. Harrison's Online Textbook of Medicine, 2006.

19. Vahid B, ***Marik PE***. Herbal Medicine Toxicology. Emergency Medicine and Critical Care Review, 2006, Issue 2.

20. Vahid B, Aleyas S, ***Marik PE***. The etiology of nonspecific interstitial pneumonitis in acquired immunodeficiency syndrome. Respiratory Medicine Extra, 2006.

21. Varon J, ***Marik PE***. Managing acute severe asthma, part 1: What therapies to try, and when. J Resp Dis 2007; 28:57-64

22. Varon J, ***Marik PE.*** Managing acute severe asthma, part 2: What therapies to try. J Resp Dis 2007; 28:113-116.

23. Vahid B, Wildmore B,  ***Marik PE***. Nitrofurantoin pulmonary toxicity: A brief review. Medscape General Medicine; 2007.

24. ***Marik PE***. Anemia in the ICU. To transfuse or not transfuse. Pulmonary and Critical Care Medicine (PCCU),  Chestnet.org, Volume 21, lesson 24, 2007. http://www.chestnet.org/education/online/pccu/vol21/lessons23_24/index.php

25. Young SL, Coulthard P, Esposito M, ***Marik P.*** Cochrane Collaborative Review. Supplemental perioperative steroids for surgical patients with adrenal insufficiency. Version 2, Review # 97, ID # 547503112316012746. Protocol first published, Issue 3, 2005. Date of last substantive update 03/27/2007.

26. ***Marik PE.*** Aspiration Pneumonia. Encyclopedia of Intensive Care Medicine. Eds JL Vincent, J Hall. Springer, 2011.

27. ***Marik PE***. Adrenal Failure. Clinical Decision Support in Medicine: Critical Care Medicine, 2011.   http://www.decisionsupportinmedicine.com

### III.     *Books Authored*

1. *Marik PE*. The ICU Therapeutic Handbook. St Louis. Mosby Year Book Inc, 1996. ISBN 0-8151-5698-7. Translated into Spanish, Portugese & Hungarian
2. *Marik PE*. Handbook of Evidence Based Critical Care. New-York, Springer-Verlag, 2001, ISBN 0-387-95153-9. Translated into Spanish, French & Portugese.
3. *Marik PE*. The Handbook of Evidence Based Critical Care, Second Edition, Springer, New York, 2010, ISBN 978-1-4419-5922-5.
4. *Marik PE*. Evidence Based Critical Care, Third Edition, Springer, New York, 2015, ISBN-13: 978-3319110196.

Chapter from these books have been downloaded over 120 000 times since 2010

  



To date 274,667 individual chapter downloads: Data from Springer

### IV.     Books Edited

1.  Levitov A, Slonim A, **Marik PE**. Point of Care Medical Guide. McGraw-Hill, New York, 2013, ISBN 978-0-07-176298-4.
2.  Varon J, **Marik P**, Iglesias J, de Souza C (Chief Editors). Challenges in the pandemic: A multidisciplinary approach. Thieme, Newy York, 2022

### V.      Book Section Editor

1.  Guest Editor, Critical Care Clinics 17:1; January 2001
2.  5min Critical Care Consult. Eds, J Yunen, V Kvetan. Section Editor, Endocrinology. Lippincott, Williams and Wilkens, NY, 2009

### VI.     Electronic Books Authored (for Palm OS).

1.  **Marik PE**. Current Medical Therapeutics, 2000
2.  **Marik PE**. Marik's Primer of Differential Diagnoses, 2000
3.  **Marik PE**, Beruti D. The Interns Survival Guide, 2001.
4.  **Marik PE**. ICU Protocols, 2001.
5.  **Marik PE.** Current Medical Therapeutics, Version 2, 2001.
6.  **Marik PE.** Evidence Based Critical Care Medicine, 2003

### VII.    Book Reviews .

1.  **Marik PE.**  Cardiac and Pulmonary Management.  Kahn MG, Marino PL, Pingleton SK, Saksena S. eds. Lea & Febiger, Philadelphia, 1993. Chest 1994; 106:24.

## VIII.  Book Chapters.

1.  *Marik PE*.  Chest Radiography in the ICU. In: Kruse JA, Parker MA, Carlson RW, and Geheb MA, eds. Pocket Companion to Principles and Practice of Medical Intensive Care. Chapter 5. Philadelphia. W.B Saunders 1995.

2.  *Marik PE*, Kruse JA. Endotracheal intubation in the ICU. In: Kruse JA, Parker MA, Carlson RW and Geheb MA, eds. Pocket Companion to Principles and Practice of Medical Intensive Care. Chapter 7. Philadelphia. W.B Saunders 1995.

3.  *Marik PE*, Kruse JA. Pulmonary artery catheterization and hemodynamic monitoring. In: Kruse JA, Parker MA, Carlson RW and Geheb MA, eds. Pocket Companion to Principles and Practice of Medical Intensive Care. Chapter 9.  Philadelphia. W.B Saunders 1995.

4.  *Marik PE*.  Bronchoscopy in the ICU. In: Kruse JA, Parker MA, Carlson RW, and Geheb MA, eds. Pocket Companion to Principles and Practice of Medical Intensive Care. Chapter 14.  Philadelphia. W.B Saunders 1995.

5.  *Marik PE.* Contributing Editor: CCSAP: Self-Assessment in Multidisciplinary Critical Care: A Comprehensive Review. Society of Critical Care Medicine, 1997.

6.  Varon J, *Marik PE.* Cardiopulmonary Resuscitation: Techniques, Pharmacotherapy and Controversies. In Jerjes-Sanchez, C (Ed). Selected Topics in Cardiovascular Emergencies. McGraw-Hill, 1998.

7.  Varon J, *Marik PE*. Multi-organ Dysfunction Syndrome. In: Irwin RS, Rippe JM, Cerra FB, eds. Intensive Care Medicine. 4th edition. Lippincott-Raven Publishers, Philadelphia, 1999, p2044-2047.

8.  *Marik PE*, Varon J. Sepsis. In: Irwin RS, Rippe JM, Cerra FB, eds. Intensive Care Medicine. 4th edition. Lippincott-Raven Publishers, Philadelphia, 1999, p 2031-2043.

9.  Varon J, Fromm RE, *Marik PE*. In Feeley, TW (ed). International Anesthesiology Clinics. Anesthesia and the Cancer Patient. ARDS in the Postoperative Cancer Patient. Volume 36 Number 3, Lippincott-Raven Publishers, Philadelphia, 1988, pages 61-70.

10. *Marik PE*, Varon J. Cardiopulmonary resuscitation. In: Vincent J-L Ed. 2000 Yearbook of Intensive Care and Emergency Medicine, Springer-Verlag, 2000.

11. Varon J, *Marik PE*. Multi-organ Dysfunction Syndrome. In: Irwin RS, Rippe JM. Eds. Manual of Intensive Care Medicine. 3th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2000, Chapter 154, pages 759-761.

12. *Marik PE*. Varon J.   Sepsis.  In: Irwin RS, Rippe JM. Eds. Manual of Intensive Care Medicine. 3th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2000, Chapter 155, pages 762-765.

13. Zaloga GP, Bhatt B, *Marik PE*. Critical illness and systemic inflammation. In: Becker K, Nylen E Eds. Practice and Principles of Endocrinology and Metabolism. 3rd edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2001, Chapter 227, pp 2068-2076.

14. Zaloga GP, *Marik PE*. Adrenal Insufficiency. Surgical Intensive Care Medicine Handbook. eds, O'Donnell, Nacul & Thompson. Kluwer Academic Publishers, Norwell, MA, 2001, Chapter 32.

15. Varon J, *Marik PE*, Fromm RM. Hypertensive Crisis. In: Vincent J-L Ed. 2002 Yearbook of Intensive Care and Emergency Medicine, Springer-Verlag, Pg 863-876, 2002.

16. *Marik P,* Varon J: Sepsis. In Irwin RS, Rippe, KM (Eds). Manuel de Cuidados Intensivos. Marban, Spain, 2002:762-765.

17. Varon J, *Marik P.* Sindrome de Disfuncion Multiorganica. In Irwin RS, Rippe, KM (Eds). Manuel de Cuidados Intensivos. Marban, Spain, 2002:759-761.

18. *Marik PE*. Varon J. Sepsis. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 5th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2003; Chapter 173, pp1822-1833.

19. Varon J, *Marik PE*. Multi-organ Dysfunction Syndrome. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 5th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2003, Chapter174, pp 1834-1837.

20. *Marik PE*, Bowles S. Medical Aspects of Biological and Chemical Agents of Mass Destruction. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 5th Edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2003. Chapter 70; pp823-836.

21. Varon J, *Marik PE*, Fromm RM. Carbon Monoxide Poisoning: An Emergency and Critical Care Medicine Approach. In: Vincent J-L Ed. 2003 Yearbook of Intensive Care and Emergency Medicine, Springer-Verlag, Pg 800-810, 2003

22. *Marik PE*. Nutritional support in the septic patient  In: Rolandelli, Bankhead, Boullata, Compher,  Eds. Clinical Nutrition: Enteral and Tube Feeding, 4th Edition, Elsevier Saunders, Philadelphia, Pg 373-380, 2004.

23. Fam E, *Marik PE*. Obesity and the respiratory system. In: Alvarez A Brodsky J, Alpert M, Cowan G, Eds. Morbid Obesity. Perioperative Management. Cambridge University Press, Cambridge, 353-362, 2004.

24. *Marik PE*, Brun F.  ICU management of the obese patient.. In: Alvarez A, Brodsky J, Alpert M, Cowan G. Eds. Morbid Obesity. Perioperative Management. Cambridge University Press, Cambridge, 363-370, 2004.

25. Varon J, *Marik PE*. Post-operative ventilator weaning. In Jaffe MB, Gravenstein JS, Paulus D. Capnography: Clinical Aspects. Cambridge University Press, Cambridge, UK, Chap 17, pp 149-160, 2004.

26. *Marik PE*. Gastrointestinal hemorrhage. In Abraham E, Vincent JL, Kochanek P, Fink MP.  Textbook of Critical Care Medicine, Fifth Edition,  Elsevier Saunders, Philadelphia, Chapter 10, pp 101-108, 2005.

27. *Marik PE*. Aspiration pneumonia and pneumonitis. In Abraham E, Vincent JL, Kochanek P, Fink MP.  Textbook of Critical Care Medicine, Fifth Edition,  Elsevier Saunders, Philadelphia, Chapter 76, pp 581-586, 2005.

28. *Marik PE*, Zaloga GP. Hypothalamic-Pituitary-Adrenal Failure in the Critically Ill. In Schmidt G, Hall J. Principles of Critical Care. MaGraw Hill, 2006 .

29. *Marik PE.* Nutritional Support in the Critically Ill Patient. In Mohsenifar Z, SooHoo GW. Practical Pulmonary and Critical Care Medicine. Lung Biology in Health and Disease, Volume . Taylor and Francis, New York, Chapter 14, pp 479-508, 2006

30. Btaiche I, *Marik PE*, Ochoa J, Martindale RG, Salon JE.  Nutrition in the critical illness, including immunonutrition. In Merritt R. ASPEN Nutrition Support Practice Manual. 2nd Edition. ASPEN Publications, Silver Spring, MD, Chapter 20, pp 263-270, 2006.

31. Varon J, *Marik PE*. The Critically Ill Obese Patient: A Management Challenge. In: Vincent J-L Ed. 2005 Yearbook of Intensive Care and Emergency Medicine, Springer-Verlag, 2005; 737-744.

32. Varon J, *Marik PE*, Bisbal ZJ. Restrictive diseases: fibrotic diseases, traumatic diseases and infectious diseases. In: Papadakos & Lachman: Mechanical Ventilation: Clinical Applications and Pathophysiology. First edition. Elsevier, 2005.

33. *Marik PE*. Varon J. Sepsis. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 6th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2007; Chapter 163, pp 1855-1869.

34. Varon J, *Marik PE*. Multi-organ Dysfunction Syndrome. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 6th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2007; Chapter 164, pp 1870-1873.

35. Haas A, *Marik PE*. Pneumonia. In: Waldman S, Terzic A, Eds. Pharmacology and Therapeutics, Principles to Practice. Elsevier, 2008; Chapter 78, pp1081-1087.

36. *Marik PE*. Endocrinology of the stress response during critical illness.  In: Ronco C, Bellomo R, Kellum J. Critical Care Nephrology. 2nd Edition. Elsevier, Philadelphia, 2008; Chapter 137, pp 711-716.

37. *Marik PE*, Baik S. Omega-3 dietary supplements and the risk of Cardiovascular Events: A Systematic Review. In: Gagne GP, Medrano RH, Eds. Fish Consumption and Health, Nova Science Publishers, Inc. Hauppauge, NY, 2009, Chapter 6, ISBN: 978-1-60741-151-2.

38. *Marik PE.* Diagnosis and management of critical illness related corticosteroid insufficiency. In: Ronco C, Bellomo R, Kellum J, Eds. Critical Care Nephrology. 2nd Edition. Elsevier, Philadelphia, 2008; Chapter 139; pp 720-726.

39. *Marik PE*. Management of the critically ill geriatric patient. In: O'Donnell JM, Nacul FE, Eds. Surgical Intensive Care Medicine, 2nd Edition. Springer, New York, 2010, Chapter 55, pg 649-458.

40. Mushlin N, *Marik PE*. An approach to the febrile ICU patient. In: Gabrielli A, Layon J, Yu M. Eds. Civetta, Taylor and Kirby's Critical Care. 4th Edition. Lippincott Williams & Wilkins, Philadelphia, 2009; Chapter 105, pp1553-1563.

41. *Marik PE*. Adrenal failure and CIRCI. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

42. Gilbert C, *Marik PE*. Neurolept malignant syndrome. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

43. Cavallazzi R, *Marik PE*. Sick euthyroid Syndrome. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

44. Vaid U, *Marik PE*. Hypocalcemia. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

45. Vaid U, *Marik PE*. Hyercalcemia. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

46.     *Marik PE*. Stress Hyperglycemia. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

47.     Vasu T., *Marik PE.* Serotonin-Syndrome. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

48.     Hirani A. , *Marik PE*. Myxoedema coma. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

49.     Vasu T,  *Marik PE*. Diabetic ketoacidosis. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

50.     Hirani A,  *Marik PE*. Hyperosmolar non-ketotic coma. 5min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

51.     Pachiburavan M, *Marik PE*. Phaeochromocytoma. 5 min Critical Care Consult. Eds, J Yunen, V Kvetan. Lippincott, Williams and Wilkens, NY, 2009

52.     *Marik PE*.  The Management of Sepsis. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 7th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2011.

53.     Varon J, *Marik PE*. Post-operative ventilator weaning. In Jaffe MB, Gravenstein JS, Paulus D. Capnography: Clinical Aspects. Cambridge University Press, Cambridge, UK, Chap 16, 2011

54.     *Marik PE*. Aspiration pneumonia and pneumonitis. In Abraham E, Vincent JL, Kochanek P, Fink MP.  Textbook of Critical Care Medicine, Sixth Edition,  Elsevier Saunders, Philadelphia, Chapter 76,  2011.

55.     *Marik PE*. ABG interpretation. In Abraham E, Vincent JL, Kochanek P, Fink MP. Textbook of Critical Care Medicine, Sixth Edition,  Elsevier Saunders, Philadelphia, Chapter 62,  2011.

56.     Desai H, *Marik PE.* Respiratory Tract Infections. In Linden P. Infection and Sepsis in the ICU. Oxford University Press, NY, 2011

57.     Desai H, *Marik PE.* Mediators and mechanisms of sepsis. In Linden P. Infection and Sepsis in the ICU. Oxford University Press, NY, 2011

58.     *Marik PE.* Pituitary, Adrenal and Thyroid Diseases in the Critically Ill. In. Comprehensive Critical Care. Eds Roberts PR, Todd SR. Society of Critcal Care Medicine, 2012

59.     *Marik PE*.  In Annane D. ESICM Systematic Review Group. Clinical Evidence in Intensive Care. ESICM, Brussels, 2011

60.     Ryszkiewicz R, *Marik PE*. Bedside ultrasound in the critically ill patient. Critical Care Medicine: Principles of diagnosis and management in the adult. In eds, Parrillo JE, Dellinger PR. Elsevier, Philadelphia, 2013.

61.     Hooper M, *Marik PE.*   Nutritional Requirements and Implications for Critically Ill Patients with Sepsis. Ed Farber P, Siervo M. Nutrition in Critical Care, Cambridge University Press. 2012

62.     *Marik PE*.  The Stress Response and Endocrine Disorders during Critical Illness. In Ashley SW, Ed. ACS Surgery; Principles and Practice. Decker Intellectual Properties, ON, Canada, Chapter 13, 2012. DOI 10.2310/7800.2157

63.     *Marik PE*. Critical Illness related Corticosteroid Insufficiency. Encyclopedia of Trauma Care, edited by Peter Papadakos and Mark Gestring, Springer, 2012.

64.     *Marik PE*, Grooms D, Columb M. Mechanical ventilation, in eds van de Velde M, Scholefled H, Plante L. Maternal Critical Care, Chapter 17, Cambridge University Press, Cambridge, 2013

65.     *Marik PE.* Thromboembolic complication of pregnancy. In Cohen WR, August P. Obstetric Medicine, 6th Edition, Chapter 10, Peoples Medical Publishing House-USA, Shelton, CT, 2013

66.     *Marik PE*. Invasive hemodynamic monitoring systems. Chapter 15, Pg 132- 145,  in Eds, Cannesson M and Pearse R. Perioperative hemodynamic monitoring and goal directed therapy.  Cambridge University Press, Cambridge, 2014

67.     *Calvo*-Alyas E, *Marik PE.* Malignant Obesity hypoventilation syndrome*.*  Chapter 13, Pg 109-114. In Watson R. Sleep modulation by obesity, diabetes, age and diet. Elsevier, 2014.

68.     Levitov A, *Marik PE*. Echocardiographic evaluation of preload responsiveness. Chapter 10. In Eds, Levitov AB, Mayo PH, Slonim A. Critical Care Ultrasonography, 2nd Edition, McGraw Hill, New York, 2014

69.     *Marik PE.* Aspiration syndromes. In  Grippi M, Elias J, Fishman J, et al. *Fishman's Pulmonary Diseases and Disorders, 5th ed.* Chapter 69, Pages *1018-1028,* New York; McGraw-Hill, 2015.

70.     *Calvo*-Alyas E, *Marik PE.* Non-invasive ventilation after extubation in obese critically ill subjects: key topics, in Esquinas AM, Noninvasive mechanical ventilation in difficult weaning in critical care. Key topics and practical approaches, Chapter 31, pg 241-246. Springer, 2015.

71.     *Marik PE.* Critical illness-related corticosteroid insufficiency. In  Hall JB, Schmidt GA, Kress JP. Principles of Critical Care, Fourth Edition, Chapter 102, Pg 980, McGraw Hill, New York, 2015.

72.     *Marik PE*. Aspiration pneumonia and pneumonitis. In Abraham E, Vincent JL, Kochanek P, Fink MP.  Textbook of Critical Care Medicine, Seventh Edition,  Elsevier Saunders, Philadelphia, 2015.

73.     *Marik PE*. An approach to the febrile ICU patient. In: Gabrielli A, Layon J, Yu M. Eds. Civetta, Taylor and Kirby's Critical Care. 5th Edition. Lippincott Williams & Wilkins, Philadelphia, 2015.

74.     Marik PE. Management of the critically ill geriatric patient. In O'Donell JM, Nacul FE, EDS. Surgical Intensive Care Medicine, 3rd Edition, Chapter 54, Pg 743-758, Springer, New York, 2016.

75.     *Marik PE*. Techniques for goal directed fluid management. In:  Farag E, Kurz A. Perioperative Fluid Management, Springer Publications, 2016.

76.     *Marik PE*. Adrenal function. In Preiser JC. The stress response of critical illness: metabolic and hormonal aspects. Springer 2016.

77.     *Marik PE*. Current Concepts and Controversies in Hemodynamic Monitoring. In, Current Concepts in Critical Care; Society of Critical Care Medicine, 2016.

78.     *Marik PE*. Controversies: Corticosteroids for ARDS—friend or foe?. In Eds Oropello J, Kvetan V, Pastores S. Critical Care Medicine. McGraw-Hill, New York, 2016

79.   ***Marik PE.***  Controversies: Is cardiac output important? In Eds Oropello J, Kvetan V, Pastores S. Critical Care Medicine, McGraw-Hill, New York, 2016

80.   ***Marik PE***. Endocrinology of the stress response during critical illness.  In: Ronco C, Bellomo R, Kellum J. Critical Care Nephrology. 3 rd Edition. Elsevier, Philadelphia, 2017.

81.   ***Marik PE.*** The Management of Sepsis. In: Irwin RS, Rippe JM. Eds. Intensive Care Medicine. 8th edition. Lippincott Williams & Wilkins Publishers, Philadelphia, 2018.

82.   ***Marik PE.*** Heart rate. In Eds Pinsky M, Teboul JL, Vincent JL. Hemodynamic Monitoring. Chapter 7, pages 66-69. Springer, 2019.

83.   ***Marik PE***. Aspiration pneumonia and pneumonitis. In Eds. Vincent JL, Bellomo R, Marini J, Moore F. Textbook of Critical Care Medicine, 8th Edition, Elsevier Saunders, Philadephia 2020

84.   ***Marik PE***. Techniques for goal-directed fluid management. Chapter 4, Pages 119-152. In Eds. Farag E, Kurz A, Troianos. Perioperative fluid management. Second Edition. Springer Nature Switzerland, 2020.

85.   ***Marik PE***.  Aspiration syndromes. In  Grippi M, Elias J, Fishman J, et al. *Fishman's Pulmonary Diseases and Disorders, 6th ed.* Chapter 69,  New York; McGraw-Hill, 2021.

### IX. Abstracts/Posters Published in Peer Reviewed Journals.

1. *Marik PE*, Lipman J, Kobilski S, Scribante J. Once- versus twice-daily amikacin dosing in critically ill patients. A randomized controlled study. 17th International Conference of Chemotherapy, Berlin 1991. Abstract No 1762.
2. *Marik PE*, Kraus P, Sribante J, Havlik I, Lipman J, Johnson DW. Hydrocortisone and tumor necrosis factor in severe community acquired pneumonia. A randomized controlled study. Crit Care Med 1993; 21: S283.
3. *Marik PE*. The systolic blood pressure variation as an indicator of preload in critically ill ventilated patients. Crit Care Med 1993; 21: S201.
4. *Marik PE*. Renal dopamine in critically ill oliguric patients: The influence of the renin-angiotensin system. Crit Care Med 1993; 21: S172.
5. *Marik PE*, Abuhasna S, Brown W, Haupt M. Blind protective specimen brush (PSB) and ventilator associated pneumonia. Crit Care Med 1994; 22: A90.
6. *Marik PE*, Haupt M, Hardie D, Thill-Baharozian M. Norepinephrine (NE) in hyperdynamic sepsis: effects on hemodynamics and regional and systemic O2 utilization. Crit Care Med 1994; 22: A97.
7. *Marik PE*, Kraus P, Lipman J. Intensive care utilization: the Baragwanath experience. Crit Care Med 1994; 22: A41.
8. Korensky C, Haupt M, *Marik PE*. Research attitudes of fellows in Critical Care and other Medical Subspecialties. Crit Care Med 1994; 22: A59.
9. Vyskocil J, *Marik PE*, Greville HW. Survival with tuberculosis pneumonia necessitating mechanical ventilation. Am J Resp Crit Care Med 1994; 149: 4 (pt2):A706.
10. *Marik PE*, Brown WJ. Sputum Analysis and Ventilator Associated pneumonia diagnosed by protected brush specimen brush. 94th General Meeting of the American Society for Microbiology, Las Vegas, May 1994, Pg 614, L-30.
11. *Marik PE*, Mohedin B. Alcohol-related admissions to an inner city hospital ICU. Crit Care Med 1996; 24:A59.
12. *Marik PE*, Ortiz D, Craft M, Kaufman D. A comparison of standard and high dose epinephrine in in-hospital cardiac arrest. Crit Care Med 1996; 24:A114.
13. *Marik PE*. The cuff leak test as a predictor of post-extubation stridor: A prospective study. Crit Care Med 1996; 24:A104.
14. *Marik PE*, Lorenzana A. The effect of tube feeding on the measurement of gastric intramucosal pH. Crit Care Med 1996; 24:A84.
15. *Marik PE*, Kaufman D. The effects of neuromuscular paralysis on systemic and splanchnic oxygen utilization in mechanically ventilated patients. Crit Care Med 1996; 24:A103.
16. *Marik PE*, Bedigian MK. The refeeding syndrome in critically ill ICU patients. Crit Care Med 1996; 24:A84.
17. *Marik PE*, Craft M, Kaufman D. Intensive care for strokes - is there any benefit? Crit Care Med 1996; 24:A68.
18. *Marik PE*, Andrews L, Maini B. The incidence of deep venous thrombosis in ICU patients. Medical Updates on Therapy, Diagnosis and Prevention 1997.

19.   ***Marik PE***, Varon J. Physicians Preferences with Regards to the Limitation and Withdrawal of Life Support and Active Euthanasia. Crit Care Med 1998; 26: A70.

20.   ***Marik PE***, Careau P. The Incidence of Anaerobes in ICU Patients With Ventilator-associated Pneumonia And Aspiration Pneumonia. Crit Care Med 1998; 26: A106

21.   ***Marik PE***, Careau P. A Comparison of Mini-bronchoalveolar Lavage And Blind-protected Brush Sampling in Ventilated Patients With Suspected Pneumonia. Crit Care Med 1998; 26: A106.

22.   ***Marik PE***, Careau P, Abraham G. The Ex-Vivo Antibacterial Activity of Two Antimicrobial Bonded Central Venous Catheters. Crit Care Med 1998; 26: A126.

23.   Varon J, ***Marik PE***, Fromm RE. Patterns of pulmonary artery catheter utilization: An Internet based survey. Chest 1998; 114; 315S.

24.   ***Marik PE***. The Outcome and Clinical Features of Severe Community Acquired Pneumonia. Chest 1998; 114; 330S..

25.   ***Marik PE***, Careau P, Abraham G, Varon J. Fromm R. The Ex-Vivo Antibacterial Activity of Two Antimicrobial Bonded Central Venous Catheters. American College of Physician, Massachusetts Chapter, October 3-4, 1998, Brewster, MA. Prize for Best Poster/Presentation.

26.   ***Marik PE***. Low-dose Dopamine Fails to Prevent Acute Renal Failure  in Oliguric Septic Shock Patients. Crit Care Med 1999, 27(1); A61.

27.   ***Marik PE***. A Comparison of Bronchodilator Therapy Delivered by Nebulization and Metered Dose Inhaler in Mechanically Ventilated Patients. Crit Care Med 1999.27(1) A72.

28.   ***Marik PE***. What's in a Day? Crit Care Med 1999, 27(1), A155.

29.   ***Marik PE,*** Zaloga GP. Hypothermia and cytokines in septic shock. Crit Care Med 1999;27(Suppl):A136

30.   Todd N, ***Marik PE***, Zaloga GP. Bolus versus continuous gastric nutrient administration: efficacy and risk for pneumonia in critically ill patients. Crit Care Med 1999;27(Suppl):A119.

31.   ***Marik PE***, Kiminyo K, Olexo S, Zaloga GP. Occult adrenal insufficiency in critically ill patients; An underdiagnosed entity. Crit Care Med 1999;27(Suppl):A141

32.   ***Marik PE***, Lynott J, Croxton M, Palmer E, Miller LE, Zaloga GP. The effect of blind-protected specimen brush sampling on the antibiotic usage in patients with suspected ventilator associated pneumonia. Crit Care Med 1999;27(Suppl):A117

33.   Alexander MA, Strong M, He P, Lucey D, ***Marik P.*** Exchange transfusion in the therapy of severe malaria: Case report and controversies. ACP National Meeting, Philadelphia, Feb 2000.

34.   Kyttaris V, ***Marik PE***, Lucey D. Adrenal insufficiency in vivax malaria. ACP National Meeting, Philadelphia, 2000.

35.   Oliveira E, ***Marik PE***. Influenza-associated pneumonia. 66th Annual International Scientific Assembly of the American College of Chest Physicians, October 22, 2000, San Francisco. Chest  2000; 118(4):131S.

36.  *Marik PE*, Lynott J, Croxton M, Palmer E, Miller LE, Zaloga GP. The Effect of Blind-Protected Specimen Brush Sampling on Antibiotic Usage in Patients with Suspected Ventilator Associated Pneumonia.46th Annual International Respiratory Congress of the American Association of Respiratory Care, Cinincatti, Ohio, October 2000.

37.  *Marik PE*, Bankov A. Sublingual Capnometry. 38th Annual Petrozavodsk's Seminar for Continuing Medical Education of Specialists in Critical Care Medicine, Petrozavodsk, Russia, 15-17th October 2001, pp. 189-192.

38.  *Marik PE*, Bankov, A. An Evaluation of Sublingual Capnometry in Hemodynamically Unstable Patients. Crit Care Med 2001;29:A115.

39.  *Marik PE*,  Karnack, C. The Effect of Enteral Nutrition, Parenteral Nutrition and Parenteral  Nutrition together with "trickle" feeds on Mortality in Critically Ill ICU Patients. Crit Care Med 2001;29:A126.

40.  *Marik PE*, Rotella L, Zaloga GP. Secondary adrenal insufficiency is common in critically ill patients. Crit Care Med 2001;29:A163.

41.  Iglesias JI, *Marik PE*, Levine JS. Elevated Serum TNF-a Receptor Levels as a Predictive Factor for Acute Renal Failure in Septic Shock. ASN 35th Annual Meeting & Scientific Exposition, 11/01/2002, Abstract No F-FC025.

42.  Shaman z, Roach MJ, *Marik P*, Carson S, Garland A. Job Stress and Workload Among Intensivists. ATS 2005, San Diego.

43.  Salerno D, *Marik P*, Leone F, Daskalakis C. Head computer tomography in the medical intensive care unit: Description of a cohort and mortality correlations.American Thoracic Society International Meeting, 2008

44.  Critchell, CD, Callahan A, Aboud C, Jabbour S, *Marik PE*. Accuracy of Bedside Capillary Blood Glucose Measurements in Critically Ill Patients. Crit Care Med 2006; 34:A68.

45.  Zamfirescu I, Heller D, Brun F, *Marik PE*. Adrenal insufficiency in Vasopressor Dependant Patients Post Cardiac Surgery. Crit Care Med 2006; 34:A65.

46.  Raman T, *Marik PE.* A comparative study of the Tiger tube frictional nasal jejunal feeding tube and the Dubhoff gastric feeding tube. ATS 2007, San Francisco

47.  Ku B, Takakuwa KM, O'Connor T, Baram M, *Marik PE*.  Are glucose fingersticks using bedside glucometers on emergency department patients reliable? Ann Emerg Med 2008; 51:492.

48.  Machare E, Baram M, *Marik PE*. Bilevel ventilatory mode improves oxygenation and dead space ratio in medically critically patients with severe ARDS refractory to standard assist-control ventilation. Chest 2008.

49.  Gradwell G, Machare E, *Marik PE*. Tidal volume and minute ventilation assessment reliability with the 840 Puritan Bennett Ventilator and NICO monitor in two ventilation modes: Assis/Control (volume) and Bilevel. Resp Care 2008.

50.  Plante l, Hirani A, *Marik PE*. Airway pressure release ventilation: a novel ventilatory mode for management of the adult respiratory distress syndrome (ARDS) in pregnancy SMFM 29th Annual Scientific Meeting.

51. Vasu T, *Marik PE*. Hepatoadrenal Syndrome: Prevalence and Factors Predicting Adrenal Insufficiency in Critically Ill Patients with Liver Disease. American Thoracic Society International Meeting, San Diego, May, 2009

52. Machare-Delgado,E, Cavvallazzi R, Owen A, Decaro M, *Marik PE*. Performance of stroke volume variation and inferior vena cava variation in predicting fluid responsiveness. American Thoracic Society International Meeting, San Diego, May, 2009

53. Vaid U, Cavallazzi R, Baram M, *Marik PE*. Hemodialysis in critically ill patients with end stage liver disease in acute renal failure. American Thoracic Society International Meeting, New Orleans, May 2010. Am J Resp Crit Care Med 2010;181:A1669

54. Presier JC, *Marik PE*. The influence of the route of nutrition on the effect of tight glycemic control. Abstract No ESPEN2010-ABS-PP024. 32nd ESPEN Congress, Nice, France, 5-8 September 2010.

55. Nickerson A, *Marik PE*. A Rickettsia Run Around: A Case of Near Death, ANCA Positive Vasculitis and Rocky Mountain Spotted Fever". American College of Physicians Virginia Chapter Associates' Program, Saturday, January 21, 2012 at the Eastern Virginia Medical School Medical Education and Research Building in Norfolk.

56. Mulla C, *Marik PE*, Aloi, J. Pheochromocytoma presenting as decompensated heart failure. AACE 21st Annual Scientific and Clinical Congress in Philadelphia, PA, May 23-27, 2012

57. Baram M. Restrepo R, *Marik PE*. Blood transfusion- Who knows what to do? A Survey of Medical House-staff. American College of Chest Physicians Annual Meeting, October, 2012.

58. Toxey CS, *Marik PE.* Cerebral venous sinus thrombosis secondary to NuvaRing Use. ACP National Meeting, April 12th 2013, San Francisco.

59. Monnet X, *Marik PE*, Teboul J. Passive lego raising for predicting fluid responsiveness: a systematic review and meta-analysis*.* ESICM, 28th Annual Congress, Berlin, Germany, 3 October-7  2015.

60. Calvo-Ayala E, Dave K, **Marik P.** Esophageal pressure and achievement of adequate transpulmonary pressure in critically obese subjects.  Crit Care Med 2015 ; 43, Suppl ; A 692. Presented at the 45th Society of Critical Care Medicine Congress,  February 2016, Orlando, Florida.

61. *Marik PE*, Bittner E, Hansell D, Sahatjian J, Linde-Zwirble W. Fluid administration in sepsis/septic shock, patterns and outcomes : Large National Database Analysis. Presented at the 46th Society of Critical Care Medicine Congress, February 2016, Honolulu, Hawaii. Critical Care Medicine 2016; 44:12 (suppl):1341.

62. Garcia I, Mendez Y, Surani S, *Marik PE,* Varon J. Religion as a factor when treating homosexual patients : Results of a large International Multi-Center study. Chest Annual Meeting, October 28-Novemebr 1 2017, 835A

63. Almaguer A, Garcia I, Yamley A, Surani S, *Marik PE*, Einav S, Varon J. Are we prepared to give bad news : An international survey analysis. Chest Annual Meeting, October 28-Novemebr 1 2017,836 A.

64. Stephenson E, Hooper MH, **Marik PE**. Vitamin C and point of care glucose measurements : A retrospective, observational study. Chest, October 2018, San Antonia Texas. Chest 2018 ; Suppl 154 ; 255a.

65. Harris-Goodrich A, Patel M, **Marik PE.** The indolent sandstorm. A rare case of mutlifocal disseminated coccidiodomycosis. CHEST 2019, New Orleans, presented 23rd October 2019.

66. Colunga Biancatelli, R, Solopov P, **Marik PE**, Catravas JD. Hydrocortisone, Ascorbic Acid And Thiamine (HAT) Treatment Modulates Intracellular HSP90 And HSP70 Levels And Reduces Peripheral Blood Mononuclear Cell (PBMNC) Death In Septic Patients. ATS Conference, Philadelphia May 15-20, 2020.

67. Islam MI, Swiacki NL, Patel MP, **Marik PE**. Hemophagocytic lymphohistiocytosis: A rare overlooked entity and the role of plasmapharesis. Chest 2020, Philadelphia


## X.  *Letters Published in Peer Reviewed Journals*


1. **Marik PE**,  Shem M. The "clenched fist" sign of myocardial ischaemia. S Afr Med J 1989; 75:451-452.

2. **Marik PE**. Antibiotic deficiency syndrome. S Afr Med J 1990; 78:111-112.

3. **Marik PE**. Dispensing doctors - a recipe for exploitation. S Afr Med J 1990; 78:166.

4. **Marik PE**, Van Heerden W, Veronica Steenkamp. Fluoxetine-induced syndrome of inappropriate antidiuretic hormone excretion. S Afr Med J 1990; 78:760-761.

5. **Marik PE**, Ballhausen V. Aspiration of a mercury thermometer. Chest 1991; 100:592.

6. **Marik PE**. Pneumo-pyopericardium following a penetrating chest injury. Am J Clin Radiol 1992; 158:687-688.

7. **Marik PE**. Candidiasis in an intensive care unit. S Afr J Surg, January 1994.

8. **Marik PE**. The Part II examination: more thoughts. Can Med Assoc J 1994; 150: 1540-1541.

9. **Marik PE,** Kraus P, Havlik I. Hydrocortisone and tumor necrosis factor in severe community acquired pneumonia. A randomized controlled study. Chest 1994; 106:645.

10. **Marik PE**, Kaufman D. Teaching Medical Students In the Intensive Care Unit: Building Houses With No Foundation. Crit Care Med 1995;12:1933-1934.

11. **Marik PE**, Kaufman D. Teaching Medical Students In the Intensive Care Unit: Building Houses With No Foundation (reply). Crit Care Med 1996; 24:1276.

12. **Marik PE**, Patel, S. Anaphylactic Reaction to Oral Contrast Agent.  Am J Radiol 1997; 168:1623-1624.

13. **Marik PE**, Varon J. Identifying the causative organism in patients with ventilator-associated pneumonia. JAMA 1997; 278:24-25.

14. Varon J, **Marik PE**. Cardiac arrest in the elderly: CPR or No CPR, that is the question!. Chest 1997; 112:1147.

15.     *Marik PE.* The Failure of a Once-Daily Vancomycin Dosing Regimen in Patients with Normal Renal Function. J Anti Chemo 1997;40:745-746.

16.     *Marik PE*, Varon J. A complete World-Wide Web without Chest. Chest 1997; 112: 1712-1713.

17.     Varon J, *Marik PE*. Etomidate and Propylene Glycol Toxicity. J Emerg Med 1998;16 485.

18.     *Marik PE*, Varon J. Acid-Base. Myths and misconceptions. N Engl J Med 1988; 338:1626-1627.

19.     *Marik PE*, Varon J. Sucralfate vs Ranitidine in Preventing Stress Ulceration. N Engl J Med 1988; 339:267.

20.     *Marik PE*,  Pendelton JE. A Comparison of Hemodynamic Parameters Derived from Transthoracic Electrical Bioimpedance with Those Obtained by Thermodilution and Ventricular Angiography. Crit Care Med 1998; 26:1460-1461.

21.     *Marik PE*, Heard SO, Varon J. Interpretation of the Pulmonary Artery Occlusion (Wedge) Pressure: Physicians' Knowledge versus the Experts' Knowledge. Crit Care Med 1998;26;1761-1763.

22.     *Marik PE*. Digitalis and DLIS. Am J Med 1999; 106:489.

23.     Marik PE, Varon J. Midazolam or no midazolam. That is the question. Crit Care Med 1999; 27:1403.

24.     Varon J, *Marik PE*. Obesity, Preoperative Evaluation, Surgical Risk and Postoperative Complications. N Engl J Med 1999; 341:613-614.

25.     *Marik PE*. Gastrointestinal PiCO2 monitoring. Crit Care Med 1999;27:1694.

26.     Fromm R, Varon J, *Marik PE*, Sternbach, G. Carbon monoxide poisoning: Weasels or ostriches? Ann Emerg Med 1999; 1069-1071.

27.     Zaloga GP, *Marik PE*. Immune-enhancing diets. Crit Care Med 2000; 28: 904-906

28.     *Marik P.* Zaloga G. Prognostic value of cortisol response in septic shock. JAMA 2000; 284(3):308-9.

29.     *Marik PE*. pHi Titrated therapy: Jumping to conclusions? Crit Care Med 2001; 29:465.

30.     Zaloga GP, *Marik PE.* All propofol's are not created equal. Crit Care Med 2001; 29:460-461.

31.     *Marik PE*. Aspiration pneumonia. N Engl J Med 2001;344:1869.

32.     *Marik P.* Zaloga G. The CNS hypothalamic-pituitary adrenal axis. Crit Care Med 2002 30:490-491.

33.     *Marik PE*, Varon J. Goal-directed therapy for sepsis. N Engl J Med; 2002; 346: 1025.

34.     *Marik PE*, Weinmann M. Captain of the Ship. Chest 2002;121:1382.

35.     *Marik PE*: Where health care is not a right. Lancet 2002; 360:954.

36.     Zaloga GP, *Marik PE*. Diagnosis of adrenal failure. Crit Care Med 2003; 31:995-997.

37.     Varon J, Fromm FE,  *Marik PE*. Missing the Acupoint. Chest 2003; 123.1313.

38.     Dacey MJ, Weaver M, Moore J, *Marik PE*. Refractory pulmonary embolism and right atrial thrombus despite treatment with 3 thrombolytic regimens. South Med J 2003; 96:115-116

39.     Zaloga GP, *Marik PE.* Diagnosis and Treatment of Adrenal Insufficiency During Septic Shock. Crit Care Med 2003;31:2252-2253.

40.     *Marik PE*. Open vs closed units: Chaos vs a Well Oiled Machine. Crit Care Med 2003; 31:2567-2568.

41.     *Marik PE*, Zaloga GP. Steroids and Drotrecogin alpha (activated) for Severe Sepsis. Chest 2003; 124:2033-2034.

42.     *Marik PE*, Pinsky M. Death by TPN - Editorial response. Int Care Med 2003; 29:2104.

43.     *Marik PE*. Aspiration pneumonia. Mixing apples with oranges and tangerines. Crit Care Med 2004; 32:1236.

44.     *Marik PE*. Does the age of blood matter? Crit Care Med 2004;32:1442-1443.

45.     *Marik PE*. Adrenal insufficiency: The link between low Apolipoprotein A-1 levels and poor outcome in the critically ill? Crit Care Med 2004; 32:1977-1978.

46.     *Marik PE*. Why professors are not professing, JAMA 2004; 292:2971.

47.     *Marik PE*, Wood, KA. ICU care at the end of life. Chest 2005;128:466.

48.     *Marik PE*, Annane D, Pastores S. Corticosteroids in ARDS. N Engl J Med 2006; 355:316.

49.     *Marik PE*, Annane D, Sprung CL, Keh D, Arlt W. Corticosteroid Use in the Intensive Care Unit. Arch Surg 2006; 141:946-947.

50.     *Marik PE*. Death by TPN; Part Deaux. Crit Care Med 2006; 34:3062.

51.     Vahid B, Salerno D, *Marik P*. Osborn Wave in Hypothermia from Vibrio vunificus Sepsis Unrelated to Exposure. Internat J Cardiol 2007; 114:e124-125.

52.     Baram M, *Marik PE*, Diagnosis of ventilator associated Pneumonia. N Engl J Med 2007; 356: 1470.

53.     Meduri GU, *Marik PE*, Pastores S, Annane D. Corticosteroids in ARDS: a counterpoint. Chest 2007; 132:1093-1094.

54.     Meduri GU, *Marik PE*, Pastores S, Annane D. Prolonged glucocorticoid treatment in ARDS: a more complete picture. Lancet 2007;370:384.

55.     *Marik PE*, Emery S. Is it now time to promote mixed enteral and parenteral nutrition for the critically ill patient?  No. Intensive Care Med 2007;33:1855

56.     *Marik PE*, Pastores SM, Kavanaugh BP. Selection bias negates conclusions from the CORTICUS study. N Engl J Med 2008; 358:2069-2070.

57.     *Marik PE*, Annane, D, Keh D. The diagnosis of adrenal insufficiency. Crit Care Med 2008; 36:3282.

58.     *Marik PE*, Myburgh J, Annane D, Vincent JL, Pastores S, Meduri, GU, Beishuizen A. Association between Critical Care Physician Management and Patient Mortality. Ann Intern Med 2008;149:771.

59.     Baram M, *Marik PE*. The central venous pressure. A useless clinical measurement? Chest 2008; 134:1352-1353.

60.     *Marik PE*, Dellinger RP. Is Cortrosyn test necessary in high basal corticoid patients with septic shock? Crit Care Med 2009; 37:386.

61.     *Marik PE*, Plante LA. Thromboembolic disease in pregnancy. N Engl J Med 2009; 360:639-640.

62.     *Marik PE*. Steroids in septic shock. Chest 2009136:324.

63.    Gilbert C, Baram M, **Marik PE**. Continuous venovenous hemodiafiltration in severe metabolic acidosis secondary to ethylene glycol ingestion. South Med J 2010; 103:846-847

64.    Meduri GU, Annane D, Marik PE. Evidence-based support for prolonged glucocorticoid treatment in acute lung injury/acute respiratory distress syndrome. Crit Care Med 2011; 39:225.

65.    Preiser JC, **Marik PE**. Hyperglycemia-related mortality in critically ill patients varies with admission diagnosis. Crit Care Med 2012.

66.    **Marik PE.** Is TPN safe? N Engl J Med 2012; 365:1840-1841.

67.    **Marik PE.**    Blood transfusion in patients with subarachnoid hemorrhage. Neurocrit Care; 2012; 16:343-345.

68.    **Marik PE,** Flemmer MC. Do Dietary Supplements Have Beneficial Health Effects In Industrialized Nations: What is the evidence? Response to letter from Mister and Hathcock. JPEN 2012; 36:266.

69.    Hooper HH, **Marik PE.** Transpulmonary thermodilution: The jury is out. Crit Care Med 2012; 40:3109

70.    **Marik PE.**  Drotrecogin alpha (activated) in severe sepsis. Lancet Infect Dis; 2013; 13:107.

71.    **Marik PE, Hooper M**. Parenteral versus enteral nutrition in the critically ill patient: a re-analysis of a flawed meta-analysis. Intensive Care Med 2013; 39:979-980

72.    **Marik PE.**  Reduced Cortisol Metabolism during Critical Illness. N Engl J Med 2013; 369:480.

73.    **Marik** PE, Desai H. The Emergent Malignant Obesity Hypoventilation Syndrome: A New Critical Care Syndrome. J Intensive Care Med 2013;28:200.

74.    **Marik PE,** Flemmer MC. Not all catheter-days are equal. Crit Care Med 2013; e34-35.

75.    **Marik PE.** Should you stop avoiding the femoral vein. Crit Care Med 2013; 41; e240..

76.    **Marik PE,** Bellomo R. Stress hyperglycemia. An Essential Survival Response. Crit Care Med 2013; 41:e93-e94.

77.    **Marik PE.** Surviving sepsis. Crit Care Med 2013; 41;e292-293.

78.    **Marik PE.** Supplemental parenteral nutrition in critically ill patients. Lancet 2013; 381:1716

79.    Harris WS, De Caterina R, **Marik PE**. Omega-3 fatty acids. Proceedings of the National Academy of Sciences 2013; www. pnas.org/cgi/doi/10.1073/pnas.1305038110

80.    **Marik PE,** Bellomo R. Re-thinking resuscitation goals: An alternative point of view. Critical Care 2013; 17:458.

81.    **Marik PE,** Bellomo R. Back to basics in sepsis treatment: Less may be more! Crit Care 2014;18:405.

82.    **Marik PE.** Should the term "systemic vascular resistance" be banned? Chest 2014; 146:e143-144.

83.    Bellomo R, **Marik PE,** Kellum J. Lactic Acidosis. N Engl J Med 2015; 372;1076.

84.    Peled H, **Marik PE**. Hyponatremia. N Engl J Med 2015; 372:1268-1269.

85.    **Marik PE,** Flemmer M, Shander A. Bood: The good, the bad and the ugly. N Engl J Med 2015;373: 190-191.

86. Polderman K, Varon J, **Marik PE.**  Fluid management decisions should not be guided by fixed central venous pressure targets. Am J Emerg Med 2015; 33:1311.

87. Berthelsen PG, **Marik PE.** Therapeutic hypothermia in deceased organ donors and kidney-graft function. N. Engl J Med 2015;373:2686

88. Girbes A, Robert R, **Marik PE**. The dose makes the poison.  Intensive Care Med 2016;42:632.

89. **Marik PE,** Hooper. Normocaloric versus hypocaloric feeding in ICU patients: response to comments by Bitzani. Intensive Care Med 2016;

90. **Marik PE.** Early Goal Directed Therapy (EGDT) for sepsis is dead and buried. BMJ Open 2016;6: 3 e008330

91. **Marik PE.** The Frank-Starling curve is not equivalent to the fluid responsive curve! Critical Care Medicine 2017;45:e336.

92. **Marik, PE**, Khangoora V, Riviera, R, Hooper MH, Catravas J.Letter in Response to Moller et al. Hydrocortisone, Vitamin C and Thiamine for the Treatment of Severe Sepsis and Septic Shock: A Retrospective Before-After Study.Chest 2017.

93. **Marik, PE**, Khangoora V, Riviera, R, Hooper MH, Catravas J.  Letter in Response to Flannery et al. Vitamin C in sepsis: When it seems too sweet, it might (literally) be. Chest 2017;

94. **Marik, PE**, Khangoora V, Riviera, R, Hooper MH, Catravas J. Letter in Response to Kalil et al .Vitamin C is not ready for prime time in sepsis but a solution is close. Chest 2017;

95. **Marik, PE,** Khangoora V, Riviera, R, Hooper MH, Catravas J. Letter in Response to Gritsenko et al. Chest 2017;

96. **Marik PE.** Glucometry and Vitamin C. Letter in response to Hager et al. Chest 2018.

97. Peled H, **Marik PE.** The Quadruple-Aim and Removing the Six-Hour Lactate from SEP-1. Ann Intern Med 2018.

98. **Marik PE**, Hooper MH. Adjuvant Vitamin C in critically ill patients undergoing renal replacement therapy: What's the right dose? Crit Care 2018; 22:230.

99. Hooper MH, Carr A, **Marik PE**. The adrenal-Vitamin C axis: from fish to guinea pigs and primates. Critil Care 2019; 23:29.

100. **Marik PE**.  Procalcitonin is an essential biomarker for Hydrocortisone, ascorbic acid, and Thiamine (HAT) Therapy in patients with sepsis. Crit Care 2019; 23:151.

101. Dominguez-Rodriguez A, Abreu-Gonzalez P, **Marik PE**, Reiter RJ. Melatonin, cardiovascular disease and COVID-19: A potential therapeutic strategy? Melatonin Res 2020; 3:318-321.

102. **Marik PE**, Kory P. Ivermectin, a reanalysis of the data. American Journal of Therapeutics 2021; 28: e579-80.

## XI.    *Published Journal Reviews*

**Intensive Care Monitor**

1. Volume 13, No 6,  November /December 2006, Page 109-110. Oral decontamination with chlorhexidine reduces the incidence of ventilator-associated pneumonia. Am J Resp Crit Care Med 2006; 173:1348-1355

2. Volume 13, No 6,  November /December 2006, Page 110-11. Clinical characteristics and treatment patterns among patients with ventilator-associated pneumonia. Chest 2006; 129:1210

3. Volume 14, No 1, January/February 2007, Pages 17-18, ICM # 14/014. Annane D, Maxime V, Ibrahim F, Alvarez JC, Abe E, Boudou P. Diagnosis of adrenal insufficiency in severe sepsis and septic shock. Am J Resp Crit Care Med 2006; 174: 1319-1326.

4. Volume 14, No 1, January/February 2007, Page 15-16. ICM # 14/012. The Canadian Critical Care trials group. A randomized trial of diagnostic techniques for ventilator-associated pneumonia. N Engl J Med 2006;355:2619-2930

5. Volume 14, No 1, January/February 2007, Pages 16-17. ICM # 14/013. Development and validation of a clinical prediction rule for severe community acquired pneumonia. Am J Resp Crit Care Med 2006; 174:1249-1256

6. Volume 14, No 2, March/April 2007, Pages 22-23, ICM #14/016. Intensive Gandhi GY, Nuttall,GA, Abel MD, et al. Intensive intraoperative insulin therapy versus conventional glucose management during cardiac surgery. A randomized trial. Ann Intern Med 2007; 146:233-243

7. Volume 14, No 3, May/June 2007, Pg 41. Glycemic Control in the ICU: Is it now time to change the target? (Editorial). Volume 14, No 3, May/June 2007.

8. Volume 14, No 3, May/June 2007, Pg 50-51. Oral decontamination for the prevention of pneumonia in mechanically ventilated adults: systematic review and meta-analysis. Chan EY, Ruest A, O'Mease M, Cook DJ. BMJ 2007.

9. Volume 14, No 3, May/June 2007. Statin use and hospitalization for sepsis in patients with chronic kidney disease. Gupta R, Plantiga LC, Fink NE, et al. JAMA 2007; 297:1455-1464.

10. Volume 14, No 4, July/August 2007, pg 74-75. Accuracy of procalcitonin for sepsis diagnosis in critically ill patients: systematic review and meta-analysis. Tang BM, Eslick GD, Craig JC, McLean AS. Lancet Infect Dis 2007; 7:210-217.

11. Volume 14, No 4, July/August 2007, pg 71-72. Humidification policies for mechanically ventilated intensive care patients and prevention of ventilator-associated pneumonia: a systematic review of randomized controlled trials. Niel-Weise BS, Wille JC, van den Broek PJ. J Hosp Infect 2007; 65:285-291.

12. Volume 14, No 5, September/October 2007, Pg 95-96. Norepinephrine plus dobutamine versus epinephrine alone for the management of septic shock: a randomized trial. Annane, D, et al. Lancet 2007;370:676-684.

13. Volume 14, No 6, November/December 2007, Pg 117-118.. Prophylactic Heparin in Patients with Severe Sepsis treated with Drotrecogen alpha (activated). Am J Resp Crit Care Med 2007; 176; 483-490

14. Volume 15, No 1, January/February 2008, Pg 9-10. Impact of introducing multiple evidence-based clinical practice protocols in a medical intensive care unit: a retrospective cohort study. Afessa B, Cajic O, Keegan MT, et al. BMC Emergency Medicine 2007;7:10

15. Volume 15, No 1, January/February 2008, Sprung CL, Annane D, Keh D et al. Hydrocortisone therapy for patients with septic shock. N Engl J Med 2008; 358:111-24.

16. Volume 15, No 2, March/April 2008. Implementation of an intensified infection control program to reduce MRSA transmissions in a German tertiary care hospital. Trautmann M, Pollitt A, Loh u, et al. Am J Infection Control 2007, 35: 643-649.

17. Volume 15, No 3, May/June 2008, Pg44-45. Vasopressin versus Norepinephrine infusion in patients with septic shock. Russell, JA, et al .N Engl J Med 2008; 358:877-887

18. Volume 15, No 4, July/August 2008, Pg 76-77. Improvement in the process of care and outcome after a multicenter severe sepsis educational program in Spain. Ferrer R, et al. JAMA 2008; 299:2294-2303.

19. Volume 15, No 5, Sept/Oct 2008, Pg97-98. Silver-coated endotracheal tubes and incidence of ventilator-associated pneumonia: The NASCENT randomized trail. Kollef et al. JAMA 2008; 300:805-813

20. Volume 15, No6. Nov/Dec 2008, Pg 113-114. Meta-analysis: antibiotics for prophylaxis against hemodialysis catheter-related infections. James MT, et al. Ann Intern Med 2008;148:596-605

21. Volume 16, No 1. Jan/Feb 2009, Pg 18-19. Effectiveness of a central line bundle campaign on line-associated infections in the intensive care unit. Galpern D, et al. Surgery 2008; 144:492-495.

22. Volume 16, No 2. March/April 2009. Point-of-use water filtration reduces endemic Pseudomonas aeruginosa infections on a surgical intensive care unit. Trautman M, et al. Am J Infect Control; 2008;36:421-429

23. Volume 16, No 2 March/April 2009, Pg 36-37. Decontamination of the digestive tract and oropharynx in ICU patients. De Smet AM, et al. NEJM 2009; 360:20-31

24. Volume 16, No 3, May/June, 2009. Pg 41. Tight glycemic control in the ICU. What to do now? (Editorial)

25. Volume 16, No 4, June/July 2009. Pg 77-78. Panchabhai TS, Dangayach NS, Krishnan A et al. Oropharyngeal cleansing with 0.2% chlorhexidine for prevention of nosocomial pneumonia in critically ill patients. Chest 2009; 135:1150-1156.

26. Volume 16, No 4, June/July 2009. Pg78-79.Sligl WI, Milner DA, Sundarr S et al. Safety and efficacy of corticosteroids for the treatment of septic shock: A systematic review and meta-analysis. CID 2009; 49:93-101.

27. Volume 16, No 5, Sept/Oct 2009, Pg 84-85. Corticosteroids in the treatment of severe sepsis and septic shock in adults: a systematic review Annane D, et al JAMA 2009; 301: 2362-23-75.

28.  Volume 16, No 6, Nov/Dec 2009. Pg 117-118. Procalcitonin to guide duration of antibiotic therapy in intensive care patients: a randomized prospective controlled trial. Hochreiter M, Kohler T, Schweiger AM, et al. Crit Care 2009; 13:R83

29.  Volume 17, No 1, January/February 2010, Pg. 15-16. International study of the prevalence and outcomes of infection in intensive care units. Vincent JL  *et al.* JAMA 2009; 302: 2323–2329.

30.  Volume 17, No 1, January/February 2010, Pg. 17-18. Management of the catheter in documented catheter-related coagulase-negative staphylococcal bacteremia: remove or retain? Raad I *et al.* Clin Infect Dis 2009; 49: 1187–1194.

31.  Volume 17, No 3, May/June 2010, Pg 42-43. Comparison of dopamine and norepinephrine in the treatment of shock. De Backer et al. N. Engl J Med 2010; 362:779-789.

32.  Volume 17, No 3, May/June 2010, Pg 43-44. Efficacy and safety of dopamine versus norepinephrine in the management of septic shock. Patel et al. Shock 2010; 33: 375-380.

33.  Volume 17, No 3, May/June 2010, Pg 57-58. Corticosteroid treatment and intensive insulin therapy for septic shock in adults: A randomized controlled trial. The COIITSS Investigators. JAMA 2010; 303:341-348.

34.  Volume 17, No 4, July/August 2010, Pg. 75-77. Lactate clearance vs. central venous oxygen saturation as goals of early sepsis therapy. A randomized clinical trial. Jones AE, et al. JAMA 2010:303:739-746.

35.  Volume 17, No 6, Nov/Dec 2010, Pg 116-117, Probiotic prophylaxis of ventilator-associated pneumonia: a blinded, randomized, controlled trial. Am J Resp Crit Care Med 2010;182.

36.  Volume 18.  Clinical outcomes of health-care-associated infections and antimicrobial resistance in patients admitted to European intensive care units: a cohort study. Lambert ML, Savey A, Palomar M, Hiesmayer M, et al. Lancet Infectious Disease 2011;11:30-38

37.  Volume 18, No 2, 28-31.  Infection acquisition following intensive care unit room privatization. Teltsch DY et al. Arch Intern Med 2011;171:32-38

38.  Volume 18, No 3, page 55-56. Intervention to reduce transmission of resistant bacteria in intensive care. Huskins et al. N Engl J med 2011; 364: 1407-1418

39.  Volume 18, No 4 page 77-78. Procalcitonin as an early indicator of outcome in sepsis: a prospective observational study. Giamarellos-Bourboulis, et al J Hospital Infection 2011; 77:58-63

41.  Volume 18, No 5. Sept/Oct 2011, Pg 95-96. Prevention of ventilator-associated pneumonia with oral antiseptics: a systematic review and meta-analysis. Labeau SO, et al. Lancet 2011;

42.  Volume 18, No 6, Nov-Dec 2011, Page 112-113. Randomized, placebo-controlled clinical trial of an aerosolized Beta-2 agonist for the treatment of acute lung injury. ARDS Clinical trials Network. Am J Resp Crit Care Med 2011.

43.  Volume 18. No 6, Nov-Dec 2011, Pgs 116-117.Fidaxomicin versus vancomycin for Clostridium difficile infection. Louie TJ, et al. N Engl J Med 2011; 364:422-31.

44.  Volume 19, No2, March/April, Pg35-36. Immunosuppression in patients who die of sepsis and multiple organ failure, Boomer JS, et al. JAMA 2011; 306:2594-2605

45. Volume 19, No 1, Jan-Feb 2012, page 4-5. Incident stroke and mortality associated with new-onset atrial fibrillation in patients hospitalized with severe sepsis. Walkey et al. JAMA 2011;306:

46. Volume 19, No 2, Pg 28-29. Screening, isolation and decolonization strategies in the control of Methicillin resistant Staphylococcus aureus in the intensive care units: cost effectiveness evaluation. Robotham et al. BMJ 2012

47. Volume 19, No 3. Rapid and reproducible surveillance for ventilator-associated pneumonia. Klompass M, et al.  CID 2012; 54: 370-370.

48. Volume 19, No 3, Pg 55-56  Association of body temperature and antipyretic treatments with mortality of critically ill patients with and without sepsis: multi-centered prospective observational study. Egi et al. Crit Care 2012; 16: R33

49. Volume 19, No 3, Pg 41-41. Editorial.  Fluid resuscitation in sepsis. The path to the holy grail.

50. Volume 19, No 4. Pg 65-66. Assessment of hemodynamic efficacy and safety of 6% hydroxyethyl starch 130/0.4 versus NaCl fluid replacement in patients with severe sepsis: The CRYSTMAS study. Guidet B, et al. Crit Care 2012;16 R94.

51. Volume 19, No 5. Pg98-99.  Effectiveness and safety of drotrecogin alfa (activated) for severe sepsis: a meta-analysis and meta-regression. Kalil AC, LaRosa SP. Lancet Infectious Dis 2012;12:678-86.

52. Vol2 20, No 2, Page 26-26. Hydroxyethyl starch or saline for fluid resuscitation in intensive care. Myburg JA et al NEJM 2012;367:1901-1911.

53. Volume 20, No 3, pg 46-48 Effect of daily chlorhexidine bathing on hospital-acquired infection. Climo et al. N. ENgl J Med 2013; 368:533-542

54. Volume 20, No 3, Page 41-42. Editorial. Ringer's Lite: A rational approach to fluid resuscitation of severe sepsis and septic shock.

55. Volume 20, No 3, Page 58-59.  Procalcitonin as a diagnostic marker for sepsis: a systematic review and meta-analysis.Wacker C, Prkno A, Brunkhorst FM, Schlattmann P. Lancet Inf Dis 2013; 13:426

55. Volume 20, No 4, Page 77-78. Effect of selective decontamination on antimicrobial resistance in intensive care units: a systematic review and meta-analysis. Daneman N, et al. Lancet 2013

56. Volume 20, No 4 Page 62-63. Targeted versus universal decolonization to prevent ICU infections. Huang SS, et al. NEJM 2013

57. Volume 20, No 5, Page 98-99. Recombinant human activated protein C for adults with septic shock. A randomized controlled trial. Annane D, et al. Am J Resp Crit Care Med 2013;187: 1091

58. Volume 20, No 6. Effect of Eritoran, an antagonist of MD2-TLR4, on moratlity in patients with severe sepsis. The ACESS randomized trial. Opal SM, et al. JAMA 2013;309;1154-1162.

59. Volume 20, No 7. Universal glove and gown use and acquisition of antibiotic-resistant bacteria in the ICU. A randomized trial. Harris AD, et al. JAMA 2013

60. Volume 21, No 1. Perioperative goal-directed hemodynamic therapy based on radial arterial pulse pressure variation and continuous cardiac index trending reduces postoperative complications after major surgery: a multi-center, prospective randomized study. Salzwedel C et al. Crit Care 2013;17:R191

61. Volume 21, No  2. Interventions to reduce colonization and transmission of antimicrobial-resistant bacteria in intensive care units: an interrupted time series study and cluster randomized trial. Derde et al. Lancet Infect Dis 2013.

62. Volume 21, No 2, Page 29-30. Jugular versus femoral short-term catheterization and risk of infection in intensive care unit patients. Causal analysis of two randomized trials. Timset JF. AJRCCM 2013;18:1232-1239

63. Volume 21, No 3, May/June 2014, page 43-44. Health Care-Associated infections.  A meta-analysis of costs and financial impact of the US Health Care System.  Zimlichman E, et al JAMA Intern Med 2013; 173:2039

64. Volume 21, No 3, May/June 2014, page 54-55. High versus Low Blood-Pressure Target in Patients with Septic Shock. N Engl J Med 2014; 370:1583-1593.

65. Volume 21, No 3, May/June 2014, page 55-57. Albumin replacement in patients with severe sepsis or septic shock.  Caironi P, et al. N Engl J Med 2014; 370:1412-1421

66. Volume 21, No 3, May/June 2014, page 57-59. A Randomized Trial of Protocol-Based Care for Early Septic Shock .The ProCESS Investigators. New Engl J Med 2014; 370:1683-1693.

67. Volume 21, No 4, July/August 2014, pages 62-63. Cardiac complications associated with goal-directed therapy in high-risk surgical patients: a meta-analysis. Arulkumaran N et al. Br J Anaesth 2014, 112, 648-659.

68. Volume 21, No 5. Sept/Oct 2014, Page 94-95. Pearse RM et al. Effect of a perioperative, cardiac output-guided hemodynamic therapy algorithm on outcomes following major gastrointestinal surgery. A randomized clinical trial and systematic review. JAMA 2014; 311:2181-2190

69. Volume 21, No 5. Sept/Oct 2014, Pg 97-98. Patel A., Laffan MA, Waheed U, Brett SJ. Randomised trials of human albumin for adults with sepsis: systematic review and meta-analysis with trial sequential analysis of all-cause mortality. BMJ 2014;349:g4561

70. Volume 21, No 5. Sept/Oct 2014. Page 81. Editorial.  Humans are not yeast and rarely become anaerobic.

71. Volume 21, No 6, November/December 2014, Page 18-19. Goal directed resuscitation for patients with early septic shock. N Engl J Med 2014; 371:1496-1506

72. Volume 22, No1, January/February 2015, Pg 15-16. Fluid resuscitation in sepsis. A systematic review and network meta-analysis. Ann Intern Med 2014; 161:347-355.

73. Volume 22,  No 3. May/June 2015, pg 41. Editorial. The end-of the road for EGDT.

75. Volume 22,  No 3. May/June 2015, Page 56-57. The End of goal direct therapy. Trial of Early, Goal-Directed Resuscitation for Septic Shock.  Mouncey PR, et al. N Engl J Med 2015;372:1301-11.

76. Volume 22, No  4, July/August 2015, Pg 76-77. Systemic inflammatory response syndrome criteria in defining severe sepsis. Kuukonen et al. N Engl J Med 2015.

77.    Volume 22, No 5.  Sept/October 2015, Pg 97-98. Vasopressors for the treatment of septic shock: Systematic review and meta-analysis. Avni T. et al. Plos One 2015.

78.    Volume 22, No 6  Nov/December 2015, pg 118-119. Determining the Ideal Strategy for Ventilator-associated Pneumonia Prevention: Cost–Benefit Analysis. Branch-Elliman W eta al. AJRCCM 2015.

79.    Volume 23, no 1, Jan/Feb 2016, pg 4-5. Decrease in pulse pressure and stroke volume variations after mini-fluid challenge accurately predicts fluid responsiveness. Mallet J. Br J Anesth 2015; 115:449.

80.    Volume 23, No 2. March/April 2016, pg 23-24. Pharmacodynamic analysis of a fluid challenge. Aya HD et al. Crit Care Med 2015

81     Volume 23, No 3, May/June 2016. Pg57-58. Effect of early goal-directed therapy on mortality in patients with severe sepsis and septic shock: a meta-analysis of randomised controlled trials. BMJ Open, Yu et al.

82.    Volume 23, No 6, Nov/Dec 2016, Pg 118-119. Incidence, risk factors and attributable mortality of secondary infections in the intensive care unit after admission for sepsis. Van Vught et al. JAMA 2016.

83.    Volume 23, No 6, Nov/Dec 2016, Pg114-115. Effect of Early Vasopressin vs Norepinephrine on Kidney Failure in Patients with Septic Shock. The VANISH Randomized Clinical Trial. Gordon AC et al. JAMA 2016

## XII. Lectures at National and International Meetings and Invited Grand Rounds.

1.  The pharmacokinetics of amikacin in critically ill adult and paediatric patients: Comparison of once- versus twice daily dosing regimens. Once Daily Aminoglycoside Symposium, Malaga, Spain. Sponsored by Bristol-Myers Squibb, 1990.
2.  Once- versus twice-daily amikacin dosing in critically ill patients. A randomized controlled study udy. 17th International Conference of Chemotherapy, Berlin,1991.
3.  Blood Replacement Therapy. Detroit Critical Care Mini-Symposium. September1992.
4.  Oxygen Delivery and Consumption,  Surgical Critical Care Conference, Wayne State University, November 1993.
5.  Ventilator Associated Pneumonia, Michigan Critical Care Society, May 1993.
6.  Ventilator Associated Pneumonia. Surgical Critical Care Conference, Wayne State University, November 1993.
7.  Sedation and Analgesia in the ICU, Bridgeport Hospital, Visiting Professor, Yale Medical School, August 1996.
8.  Fluid Resuscitation, Houston Critical Care Society, Houston, Texas, July 1997.
9.  Pulmonary Artery Controversy and The Sepsis Trials, University of Texas Medical Center, Visiting Professor, July 1997.
10. Pulmonary Artery Controversy and The Sepsis Trials, Society of Critical Care Medicine Controversy Conference, Boston, September 1997.
11. Total Splanchnic Resuscitation, SIRS, and MODS. New England Chapter ACCP, September 1998.
12. Sedation of Critically Ill Patients. Symposium Sponsored by John Hopkins University School of Medicine, at the American College of Chest Physicians Annual Symposium, Toronto, Canada, November 10th 1998.
13. Assessing left ventricular function at the bedside. Society of Critical Care Medicine 28th Educational and Scientific Symposium, Moscone Center, San Francisco, January 23 1999.
14. Surfing the web for Evidence Based Medicine. Society of Critical Care Medicine 29th Educational and Scientific Symposium, Orange County Convention Center, Orlando, February 11th - 15th 2000.
15. Ventilator Associated Pneumonia. Houston Critical care Society, Houston, TX, April 12th 2000.
16. Influenza-associated pneumonia. 66th Annual International Scientific Assembly of the American College of Chest Physicians, San Francisco, October 22, 2000.
17. Fluid Resuscitation. Pittsburgh Medical Center, Pittsburgh, Emergency Medicine Grand Rounds, January 5th 2001.
18. Anemia in the ICU. St Francis Medical Center, Pittsburgh, Medical Grand Rounds, May 30th 2001.
19. Anemia in the ICU, Naples Medical Center, Naples, FL, Medical Grand Rounds, July 26th 2001.
20. Tissue Oxygenation. Case Western and University Hospital, Cleveland, OH. Critical Care Grand Rounds. August 10th 2001.

21.  Blood: The good the bad and the Ugly. Methodist Hospital, Houston, TX. Critical Care Grand Rounds, August 30th 2001.

22.  Aspiration pneumonia and aspiration pneumonitis. Medical Grand Rounds, St Joseph Hospital, South Bend, IN, September 5th 2001.

23.  Blood the Good the bad and the Ugly. Rush Presbyterian St Luke's Hospital, Chicago, IL. Medical Grand Rounds, September 25th 2001.

24.  Tissue Oxygenation. Rush Presbyterian St Luke's Hospital, Chicago, IL. Critical Care Grand Rounds, September 25th 2001.

25.  Blood transfusion.. North Shore University Hospital, Long Island, NY. Grand Rounds, October 17th 2001.

26.  Blood and oxygen transport. Greenville Memorial Hospital, Greenville, SC. Medical Grand Rounds. October 27th 2001.

27.  Therapeutic and Diagnostic Aspects of Community and Ventilator Associated Pneumonia. Current Issue in the Management of Critically ill Patients, Mini-symposium presented by University of Southern California,, Omni William Penn Hotel, Pittsburgh, November 17, 2001.

28.  Management of Anemia in the ICU. Walter Reed Army Hospital, Washington, DC, Medical Grand Rounds, December 4th 2001.

29.  Management of Anemia in the ICU. Flushing Medical Center, NY. Medical Grand Rounds, 8th January 2002.

30.  Obesity in the Critically Ill. 31st Annual Congress of the Society of Critical Care Medicine, January 28th 2002.

31.  Moderator of Session; Obesity in the Critically Ill. 31st Annual Congress of the Society of Critical Care Medicine, January 28th 2002.

32.  Fever in the ICU. Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference, 21 - 24 February 2002.

33.  Sepsis; Round Table Discussion, Moderator, Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

34.  Blood Transfusion in the ICU. Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

35.  Diagnosis and management of VAP, Round Table Discussion, Moderator, Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

36.  MODS, Round Table Discussion, Participant, Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

38.  Tissue oxygenation. Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

39.  Death by Pulmonary Artery Catheterization. Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

40.  Aspiration Pneumonia and Pneumonitis, Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

41.  Nutritional Support in the ICU, Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002

42.   Adrenal Insufficiency in the ICU, Congreso Ecuatoriano De Medicina Critica (Ecuadorian International Critical Care Conference), 21 - 24 February 2002.

43.   Adrenal Insufficiency in the ICU, 16th Annual Critical Care Symposium, Susquenhanna Health System, Williamsport Hospital, May 10th 2002.

44.   Nutritional Support in the ICU, 16th Annual Critical Care Symposium, Susquenhanna Health System, Williamsport Hospital, May 10th 2002.

45.   Sepsis: State-of-the-Art. American College of Physicians, 4th Annual Lower Shore Symposium; Dewey Beach Delaware, May18[th] 2002.

46.   Risks and benefits of blood transfusion. Medical Grand Rounds, St Claire Hospital, New York, NY. July 19th 2002.

47.   Adrenal Failure in the ICU. Critical Care Grand Rounds, George Washington University, Washington DC, September 9th 2002.

48.   Blood transfusion in the ICU. Washington Chapter of American Thoracic Society, Annual Quarterly Meeting, Washington DC, September 9th 2002.

49.   Sepsis State of the Art; University of Pretoria and Elly-Lilly, Pretoria, South Africa, International speaker for launch of Xigris in South Africa, October 7th 2002.

50.   Sepsis State of the Art; University of Cape Town, Cape Town, South Africa. International speaker for launch of Xigris in South Africa. October 8th 2002.

51.   Sepsis State of the Art; University of Witwatersrand and Elly-Lilly, Johannesburg,  South Africa.  International speaker for launch of Xigris in South Africa, October 9th 2002.

52.   Aspiration Pneumonia and pneumonitis. University of Pittsburgh Medical Center, McKeesport, PA. Medical Grand Rounds, October 22nd 2002.

53.   Adrenal insufficiency in critical illness. Plenary Session. American College of Chest Physicians, Annual Conference, San Diego, CA, November 6th 2002.

54.   Early Goal Directed Therapy for Septic Shock. American College of Chest Physicians, Annual Conference, San Diego, CA, November 6th 2002.

55.   Adrenal insufficiency in critical illness. Critical Care Grand Rounds University of Pittsburgh, 27th November 2002.

56.   Adrenal insufficiency in critical illness. Anesthesia Grand Rounds University of Pittsburgh, 12th December 2002.

57.   Blood: the good the bad and the ugly.  Critical Care Grand Rounds University of Pittsburgh, 15th January 2003.

58.   Management of the hypoperfused patient. Sublingual CO2 and pulse oximetry.  32[st] Annual Congress of the Society of Critical Care Medicine, San Antonio, TX, January 28th - February 2, 2003.

59.   Empiric treatment of VAP. 32[st] Annual Congress of the Society of Critical Care Medicine, San Antonio, TX, January 28th - February 2, 2003.

60.   Is it necessary to provide coverage against obligate anaerobes. 32[st] Annual Congress of the Society of Critical Care Medicine, San Antonio, TX, January 28th - February 2, 2003.

61.   Controversies in head injury. 32[st] Annual Congress of the Society of Critical Care Medicine, San Antonio, TX, January 28th - February 2, 2003.

62.   Monitoring in the ICU. 32[st] Annual Congress of the Society of Critical Care Medicine, San Antonio, TX, January 28th - February 2, 2003.

63.   Blood: the good the bad and the ugly.  Thomas Jefferson University, Philadelphia, PA. Medial Grand Rounds, February 7th 2003.

64.   Adrenal failure in the critically ill.  Thomas Jefferson University, Philadelphia, PA. Critical Care Grand Rounds, February 7th, 2003.

65.   Adrenal failure in the critically ill. Akron General Medical Center, Medical Grand Rounds, March 5 2003.

66.   Assessment of tissue oxygenation. University of Pittsburgh Medical Center, Emergency Medicine Grand Rounds, March 6 2003.

67.   Adrenal Failure in the ICU. University of Cleveland and MetroHelath Medical Center. Medicine Grand Rounds. April 10th 2003.

68.   The risks of blood transfusion in the ICU. University of Cleveland and MetroHealth Medical Center. Critical Care Grand Rounds. April 11th 2003.

69.   Blood transfusion in the critically Ill. Mercy Hospital Medical Center. Medicine Grand Rounds. April 10th 2003.

70.   Blood transfusion in the critically Ill. University of West Virginia, Morgantown, Medical Grand Rounds, April 15 2003.

71.   Sepsis: Pathophysiology. ACCP First critical Care Fellows Sepsis Conference, Ft Lauderdale, Florida, 26-27 April 2003.

72.   Adrenal and insulin replacement in sepsis. ACCP First critical Care Fellows Sepsis Conference, Ft Lauderdale, Florida, 26-27 April 2003.

73.   Role of blood transfusions and blood conservation in the ICU, Susquehanna Health System Critical Care Symposium, Williamsport, PA, May 30th 2003.

74.   Death by TPN. University of South Carolina at Columbia, Medical Grand Rounds, June 23rd 2003.

75.   Blood transfusion in the critically ill. University of Wisconsin Medical School, Medical Grand Rounds, September 8th 2003.

76.   Adrenal failure in the ICU. University of Wisconsin Medical School, Critical Care Grand Rounds, September 8th 2003.

77.   Fluid resuscitation in sepsis. The 8th World Congress of Veterinary Anesthesia, Knoxville, TN, September 16-20, 2003.

78.   Sepsis: State of the Art. American College of Chest Physicians New England States Chapter and UMASS Memorial Medical Center Conference. Worcester MA, October 8th 2003.

79.   Risks and benefits of blood transfusion in the critically ill. American College of Chest Physicians New England States Chapter and UMASS Memorial Medical Center Conference. Worcester MA, October 8th 2003.

80.   Blood transfusion in the trauma patient. 9th Annual Trends in Trauma Conference. Barnes Jewish Hospital. St Louis Science Center, St Louis, MI, October 10th 2003.

81.   Aspiration pneumonia and pneumonitis revisited. American College of Chest Physicians (ACCP) Annual Meeting, CHEST 2003, Orlando, FL Oct 25-28 2003.

82.   Vasoactive Therapy Symposium. Treatment of Hypertensive Crisis. American College of Chest Physicians (ACCP) Annual Meeting, CHEST 2003, Orlando, FL Oct 25-28, 2003.

83.   Fluid resuscitation n sepsis. Rush-Presbyterian Medical Center, Chicago, Medical Grand Rounds, November 12th, 2003.

84.   Adrenal failure in the critically ill. American Thoracic Society Chicago Chapter Meeting, Chicago, November 12th, 2003.

85.   Management of anemia in the ICU. American Association of Critical Care Nursing Ohio Conference, Cincinnati, OH, November 13th 2003.

86.   The management of aspiration pneumonia and pneumonitis. American Speech-Language-Hearing Association National Convention, Chicago, November 14-15, 2003.

87.   Diagnosis of adrenal failure in sepsis. Society of Critical Care Medicine 33rd Critical Care Congress, Orlando, FL, February 21-25, 2004

88.   Hand Carried Ultrasound in the ICU. Society of Critical Care Medicine 33rd Critical Care Congress, Orlando, FL, February 21-25, 2004.

89.   Fluid resuscitation: Aggressive vs conventional. 2nd Fellows Conference on Critical Care and Sepsis. Marco Island, FL, March 13-14, 2004.

90.   Adrenal failure and glycemic control in sepsis. 2nd Fellows Conference on Critical Care and Sepsis. Marco Island, FL, March 13-14, 2004.

91.   Vasoactive therapy in the Critically ill. Emergency Medicine Grand Rounds, St Lukes Hospital, Bethlehem, PA, April 8th, 2004.

92.   Vasoactive therapy in the Critically ill. Emergency Medicine Grand Rounds. Leheigh Valley Hospital, Leheigh Valley, PA, April 8th 2004.

93.   Blood: The good, the Bad and the Ugly. Medical Grand Rounds, Bryn Mawr Hospital, Bryn Mawr, PA , April 22nd 2004.

94.   Blood: The good, the Bad and the Ugly. Medical Grand Rounds, Lankenau Hospital, Wynnewood, PA, April 23rd 2004.

95.   Sepsis: Management during the golden Hours. Walter Reed Medical Center, Washington DC, Grand Rounds, September 7th 2004.

96.   Steroids in Sepsis. Pennsylvania Thoracic Society, Pittsburgh, PA, September 10th 2004.

97.   Death by TPN. 30th  Annual Scientific Meeting, Australian and New Zealand Intensive Care Society, Melbourne, October 8-10, 2004

98.   Adrenal failure in the ICU. 30th Annual Scientific Meeting, Australian and New Zealand Intensive Care Society, Melbourne, October 8-10, 2004.

99.   Anemia, allogenic blood transfusion and immunomodulation.30th  Annual Scientific Meeting, Australian and New Zealand Intensive Care Society, Melbourne, October 8-10, 2004.

100.   The metabolic response to stress: Modualtion by insulin and diet.30th  Annual Scientific Meeting, Australian and New Zealand Intensive Care Society, Melbourne, October 8-10 2004.

101.   Using Sublingual Capnometry to Guide Resuscitation. 4th Annual Hobert Trauma Symposium, Methodist Medical Center, Dallas, October 16th 2004.

102.   Adrenal failure in the ICU: Pathogenetic mechanisms and implications for treatment. American College of Chest Physicians (ACCP) Annual Meeting, CHEST 2004, Seattle, WA, Oct 25-28.

103.    Hypertensive crisis. Current Issues in Surgical Anesthesia-Crisis Management. Cleveland Clinic Course. Naples, Fl, November 16th 2004.

104.    Sepsis: Management during the golden hours. Medical Grand Rounds, Thomas Jefferson University, December 16th, 2004.

105.    Pathophysiology of adrenal failure in sepsis and liver disease. Society of Critical Care Medicine 34th Critical Care Congress, Phoenix, AZ, January 15-18 2005.

106.    Does the age of blood matter? Society of Critical Care Medicine 34th Critical Care Congress, Phoenix, AZ, January 15-18 2005.

107.    Antibiotic coated central venous catheters. Pro-Con debate. Society of Critical Care Medicine 34th Critical Care Congress, Phoenix, AZ, January 15-18 2005.

108.    Vasoactive therapy in the critically ill patient. Lankenau Hospital, Medical Grand Rounds, January 21st, 2005

109.    The stress response and modulation by insulin and diet. ASPEN, Clinical Nutrition Week, Orlando, FL, January 29, 2005

110.    Sepsis and metabolism: Monitoring response to treatment. ASPEN, Clinical Nutrition Week, Orlando, FL, January 30, 2005

111.    Stress hyperglycemia, insulin and immunomodulation in sepsis. 10th Annual International Conference on Continuous Renal Replacement Therapies, San Diego, March 10-12, 2005

112.    Nutritional Support in the Critically ill. How much is enough. 10th Annual International Conference on Continuous Renal Replacement Therapies, San Diego, March 10-12, 2005

113.    Nutritional assessment and support 1. 10th Annual International Conference on Continuous Renal Replacement Therapies, San Diego, March 10-12, 2005

114.    Nutritional assessment and support. Workshop. 10th Annual International Conference on Continuous Renal Replacement Therapies, San Diego, March 10-12, 2005

115.    Sepsis: Management during the golden hours. Anesthesia Grand Rounds, Thomas Jefferson University, March 24th 2005

116.    Sepsis: Management during the golden hours. Medical Grand Rounds. Lakewood Hospital, Cleveland, March 30th 2005

117.    Fluid management in sepsis. ACCP 3rd Fellows Conference on Critical Care and Sepsis. Hilton Head, SC, April 9th 2005.

118.    Endocrine Issues in Critical Care. ACCP 3rd Fellows Conference on Critical Care and Sepsis. Hilton Head, SC, April 9th 2005.

120.    Nutritional support in the Critically ill. Surgical Grand Rounds. St Josephs Hospital, Pontiac, Michigan, April 18th 2005.

121.    Nutritional support in the Critically ill. Medical Grand Rounds. St Josephs Hospital, Pontiac, Michigan, April 18th 2005.

122.    Nutritional support in the Critically ill. Surgical Grand Rounds. William Beaumont Hospital, Detroit, Michigan, April 19th 2005

123.    Vasoactive therapy in the ICU. Cleveland University Hospital, Cleveland, OH, Surgery Grand rounds, April 29th 2005.

124.    Management of hypertensive crisis. COPICON 2005, South African Critical Care society Meeting, Sun City, July 22-26 2005.

125.   Hand-held ECHO in the ICU. COPICON 2005, South African Critical Care society Meeting, Sun City, July 22-26 2005.

126.   Adrenal failure in the ICU. COPICON 2005, South African Critical Care society Meeting, Sun City, July 22-26 2005.

127.   Blood: The good, the bad, and the ugly. COPICON 2005, South African Critical Care society Meeting, Sun City, July 22-26 2005.

128.    The Microcirculation in sepsis; The role of NO. COPICON 2005, South African Critical Care society Meeting, Sun City, July 22-26 2005.

129.   Feeding the hemodynamically unstable patient. Contemporary topics in Critical Care Nutrition. Michigan society for Parenteral and enteral Nutrition, Detroit, September 15, 2005.

130.   Role of immunomodulating diets in the critically ill. Contemporary topics in Critical Care Nutrition. Michigan society for Parenteral and enteral Nutrition, Detroit, September 15, 2005.

131.   Nutrition in the critically ill patient. Medical Grand rounds, Sparrow Hospital, Lansing, MI, September 14, 2005.

132.   Nutrition in the critically ill patient. Medical Grand Rounds, Mount Clemens General Hospital, Mount Clemens, Michigan, September 16, 2005.

133.   Critical Illness Related Corticoid Insufficiency. Medical Grand Rounds, Albert Einstein Hospital, Philadelphia, PA, October 14th, 2005.

134.   ARDS,  American College of Chest Physicians (ACCP) Annual Meeting, CHEST  2005, Montreal, Quebec, Canada, October 26-November 2nd, 2005.

135.   De-escalation Therapy: Current Concepts in the Management of Serious Bacterial Infections, American College of Chest Physicians (ACCP) Annual Meeting, CHEST 2005, Montreal, Quebec, Canada, October 26-November 2nd, 2005.

136.   Bedside Ultrasound, American College of Chest Physicians (ACCP) Annual Meeting, CHEST  2005, Montreal, Quebec, Canada, October 26-November 2nd, 2005.

137.   Early enteral nutrition, American College of Chest Physicians (ACCP) Annual Meeting, CHEST  2005, Montreal, Quebec, Canada, October 26-November 2nd, 2005.

138.   Hypertensive crisis, American College of Chest Physicians (ACCP) Annual Meeting, CHEST  2005, Montreal, Quebec, Canada, October 26-November 2nd, 2005.

139.   Pulmonary embolism in the ICU: Diagnosis and management. Community Medical Center Health Care system's Critical Care Symposium, Scranton, PA, November 12, 2005.

140.   The microcirculation is the motor of sepsis. Critical care Grand Rounds, North Shore and Jewish Medical Center, Long Island, NY, November 30, 2005

141.   De-escalation Therapy: Current Concepts in the Management of Serious Bacterial Infections, St Francis Medical Center, Wilmington, DE December 12, 2005.

142.   Hand held ultrasound. Society of Critical Care Medicine 35th Critical Care Congress, San Francisco, CA, January 7-11, 2006.

143.   The microcirculation is the motor of sepsis. Critical Care Grand Rounds. Hahnemann Hospital, Philadelphia, PA, January 13, 2006.

144.  The microcirculation is the motor of sepsis. University of Pennsylvania Veterinary Hospital, Philadelphia, PA, February 2, 2006.

145.  Sepsis: The Golden hours. Atlantic City Medical Center, Atlantic City, NJ, Medical Grand Rounds, February 13th, 2006.

146.  The microcirculation is the motor of sepsis. Mount Sinai Medical Center, NY, NY, Critical Care Grand Rounds, February 16th 2006.

147.  Management of sepsis. Christina Hospital, Wilmington, DE. Surgical Critical Care grand rounds. March 3rd 2006.

148.  Fluid management in sepsis. ACCP 4th Fellows Conference on Critical Care and Sepsis. Tuscon, AZ, March 23, 2006.

149.  Endocrine Issues in Critical Care. ACCP 4th Fellows Conference on Critical Care and Sepsis. Tuscon, AZ, March 23, 2006.

150.  Blood: The good, the Bad and the Ugly. Medical grand Rounds. University of Pennsylvania, Philadelphia, April 25th 2006.

151.  Controversies in Nutritional support in the ICU. Nutrition Support Grand Rounds. University of Pennsylvania, Philadelphia, April 26th 2006.

152.  The microcirculation is the motor of sepsis. Critical Care Grand rounds, Hershey Medical Center; Hershey PA,  May 12th 2006.

153.  The microcirculation is the motor of sepsis. Critical Care Grand rounds, University of West Virginia, Morgantown, WV, May 16th 2006.

154.  Sepsis: Pathophysiology. 25th Annual Sysquehanna Health System Critical Care Conference, Williamsport, PA, June 9, 2006

155.  Sepsis: Management. 25th Annual Sysquehanna Health System Critical Care Conference, Williamsport, PA, June 9, 2006.

156.  Steroids in sepsis. Pulmonary/Critical; Care Grand Rounds, University of Tennessee, Memphis, October 18th, 2006.

157.  Transfusion in the cardiac patient. American College of Chest Physicians, Annual Meeting, Salt Lake City, Utah, October 21 October 26, 2006.

158.  Adrenal insufficiency in the critically ill. American College of Chest Physicians, Annual Meeting, Salt Lake City, Utah, October 21 October 26, 2006.

159.  Evolving therapies for hypertensive crises. A broad view of malpractice in the US. American College of Chest Physicians, Annual Meeting, Salt Lake City, Utah, October 21 October 26, 2006.

160.  Death by blood transfusion. American College of Chest Physicians, Annual Meeting, Salt Lake City, Utah, October 21 October 26, 2006.

161.  Corticosteroids for sepsis. American College of Chest Physicians, Annual Meeting, Salt Lake City, Utah, October 21 October 26, 2006.

162.  Initial diagnostic approach to patients with hypertensive urgencies and emergencies. American Heart Association, Chicago, IL, November 12-15, 2006.

163.  Death by TPN. Medical grand Rounds, Reading Hospital, Reading PA, January 3rd, 2007.

164.  Management of sepsis during the golden hours. Geisinger Hospital and Medical Center. Medical Grand Rounds, Geisinger, Danville, PA, January 26, 2007.

165.  Adrenal insufficiency in critical illness. Society of Critical Care Medicine's 36th Annual Critical Care Congress, Orlando, Fl, Feb 17-21, 2007

166.  Death by blood transfusion. Society of Critical Care Medicine's 36th Annual Critical Care Congress, Orlando, Fl, Feb 17-21, 2007.

167   Nutritional support in the critically ill. Abbington Hospital Medical Grand Rounds. Abbington, PA, February 28th, 2007.

168.  Management of traumatic head injury. I Curso de Neuromonitoreo en Terapia Intensivia, San Jose, Costa Rico, Universidad de Iberoamerica, April 10, 2007

169   Status Epilepticus. Management of traumatic head injury. I Curso de Neuromonitoreo en Terapia Intensivia, San Jose, Costa Rico, Universidad de Iberoamerica, April 10, 2007

170.  Glycemic control in the ICU. ACCP 5th Fellows Conference on Critical Care and Sepsis. Marco Island, April 12, 2007.

171.  Assessment of adrenal function in the ICU. ACCP 5th Fellows Conference on Critical Care and Sepsis. Marco Island, April 12, 2007.

172.  Update on enteral and parenteral nutrition. St Margaret Mercy, Medical Grand rounds, Hammond, Indiana, July 26, 2007.

173.  Critical Care Nutrition. Texas Health and Methodist Hospital Critical Care Conference, Fort worth Texas, September 13th, 2007.

174.  Literature update. American College of Chest Physicians, Annual Meeting, Chicago, October 21-24, 2007.

175.  Steroids in Sepsis. American College of Chest Physicians, Annual Meeting, Chicago, October 21-24, 2007.

176.  Steroids in ARDS. American College of Chest Physicians, Annual Meeting, Chicago, October 21-24, 2007.

177.  Steroids. What the future holds. American College of Chest Physicians, Annual Meeting, Chicago, October 21-24, 2007.

178.  Hypertensive Crisis: Evolving tends. American College of Chest Physicians, Annual Meeting, Chicago, October 21-24, 2007

178.  Pulmonary Embolism: The Silent Killer. Chamberburg Hospital Medical Grand Rounds, Chamberburg PA, February 1st 2008.

180.  Management of Hypertension in Neurological Emergencies. Society of Critical Care Medicine's 37th Annual Critical Care Congress, Honolulu, Hawaii, February 2-5 2008.

181.  Pulmonary thromboembolism. Best Practice in Primary Care (2 day conference). St Louis, MO, February 8th 2008.

181.  Management of sepsis in the Golden 6 hours. Medical Grand Rounds, Rex Hospital, Raleigh, NC, February 12th 2008.

182.  The microcirculation is the motor of sepsis. Surgical grand rounds; University of Minnesota, Minneapolis, April 1st, 2008.

183.  Nutrition support in the ICU. Critical Care Grand Rounds, Memorial Sloan Kettering Cancer Center, New York, April 9th 2008.

184.  Critical illness related corticosteroid insufficiency. Definitions and epidemiology. 10th European Society Critical Care Meeting. Adrenal Failure in the ICU. Florence, Italy, April 18-20.

185.   Critical illness related corticosteroid insufficiency. Diagnoses and treatment. 10th European Society Critical Care Meeting. Adrenal Failure in the ICU. Florence, Italy, April 18-20.

186.   Bovine Blood as a bridge to blood transfusion in patients  with severe auto-immune hemolytic anemia. Presentation to the FDA advisory committee, April 29th 2008, Bethesda, MD.

187.   Steroids and ARDS. Medical Grand rounds, Portland University Medical Center, October 27th 2008, Portland, OR

188.   Literature update. American College of Chest Physicians, Annual Meeting, Philadelphia, October 25-30, 2008.

189.   Steroids in ARDS. American College of Chest Physicians, Annual Meeting, Philadelphia, October 25-30, 2008.

190.   Nutrition and ARDS. American College of Chest Physicians, Annual Meeting, Philadelphia,  October 25-30, 2008.

191.   Diagnostic dilemmas in adrenal insufficiency. American College of Chest Physicians, Annual Meeting, Philadelphia,  October 25-30, 2008.

192.   The use of the CVP if fluid resuscitation. Critical Care Canada Forum, Toronto, November 11-13, 2008

193.   APRV ventilation. Critical Care Canada Forum, Toronto, November 11-13, 2008

194.   Steroids in ARDS. Critical Care Canada Forum, Toronto, November 11-13, 2008

195.   Immunonutrition in ARDS and sepsis. Critical care Grand Rounds, Einstein Hospital, Philadelphia, PA, December 2nd 2008.

196.   Sepsis in patients with liver disease. Critical Care Grand rounds, Allegheny General Hospital, Pittsburgh, PA, December 4th, 2008.

197.   Management of Pulmonary Embolism. Medical Grand Rounds, East Virginia Medical School, Norfolk, VA. January 16th, 2009

198.   CIRCI. Endocrine Grand Rounds, East Virginia Medical School, Norfolk, VA.  January 16th, 2009

199.   Chest Ultrasound in the ICU. Society of Critical Care Medicine's 38th Annual Critical Care Congress, Nashville, TN, March 1-4, 2009

200.   Stress hyperglycemia; To treat or not to treat. Society of Critical Care Medicine's 38th Annual Critical Care Congress, Nashville, TN, March 1-4, 2009

201.   Stress hyperglycemia; To treat or not to treat. Critical Care Grand Rounds. Main Medical Center. April 2nd 2009.

202.   Stress hyperglycemia. How to treat post NICE-Sugar. Critical Care Grand Rounds, Memorial-Sloan Kettering cancer Center, NY, April 15th, 2009

203.   A nutrition strategy to improve outcome in sepsis, ARDS ans ALI. Medical Grand Rounds, Winthrop University Hospital, Mineola, NY, April 16th, 2009

204.   Death by Blood Transfusion. Virginia Chapter of the American Respiratory Society Meeting, Virginia Beach, VA, May 19th 2010.

205.   Stress hyperglycemia; an adaptive evolutionary response. Turning the tide on Diabetes. National Conference sponsored by EVMS, Virginia Beach, September 12th, 2010

206. Evidence based fluid resuscitation. SCCM Pharacotherapy Conference, Las Vegas, NV, September 19th 2010.
207. Fluid resuscitation. Critical Care Grand Rounds, Japan Medical School Chiba, Tokyo, Japan, October 8th 2010.
208. Does the CVP predict fluid responsiveness? The 38th Annual Meeting of the Japanese Association for Acute Medicine. Tokyo, Japan, October 11th 2010.
209. Fluid resuscitation. Critical Care Grand Rounds, Hyogo Emergency Medical Center, Shin-Kobe, Japan, October 12th 2010.
210. Fluid resuscitation. Critical Care Grand Rounds, Tokyo Medical and Dental University, Tokyo, Japan, October 12th 2010.
211. Stress Hyperglycemia. Virginia Society for Parenteral and Enteral Nutrition. Wintergreen Resort, Virginia, November 5th, 2010.
212. Aspiration Pneumonia and Oral Care, 8th Annual Meet the Masters Symposium, American Speech-Language Association, Philadelphia, November 17th, 2010
213. Use of extra-vascular lung water in patient resuscitation. Society of Critical Care Medicine's 40th Annual Critical Care Congress,  San Diego, CA, January 20-24th 2011.
214. Refeeding syndrome. Clinical Nutrition Week 2011, Vancouver, BC, January 29th - February 2nd 2011.
215. Evidence based medicine. Clinical Nutrition Week 2011, Vancouver, BC, 29th January – February 2nd 2011.
216. Fluid resuscitation. Thomas Iberti Memorial Lecture, Mt Sinai Medical Center, NY, NY, February 7th 2011.
217. Fluid Resuscitation.  Brown Memorial Lectureship.  Geisinger Medical Center, March 25th 2011.
218. Fluid resuscitation. Visiting Professor Program, Department of Anesthesiology, Mount Sinai School of Medicine, New York, May 4th
219. Fluid resuscitation, the CVP and lung water. The Critical Skills Symposium, Scarborough General Hospital, Toronto, May 7th 2011.
220. Fluid Resuscitation. Goal-Directed Therapy Symposium. Department of Anesthesiology, David Gefin School of Medicine at UCLA, Newport Beach, CA, June 4th 2011.
221. Fluid resuscitation. ISHM and SISS: International Joint Conference. International Symposium on Hemodynamics and Brain Multimodality Monitoring. Sept 2nd Seoul, Korea.
222. Corticosteroids in sepsis and head injury. ISHM and SISS: International Joint Conference. International Symposium on Hemodynamics and Brain Multimodality Monitoring. Sept 2nd 2011, Seoul, Korea.
223. Fluid resuscitation and multi-modality monitoring. Texas Health and Methodist Hospital Critical Care Conference, Fort Worth Texas, September 9th, 2011.
224. Death by blood transfusion.. Texas Health and Methodist Hospital Critical Care Conference, Fort Worth Texas, September 9th, 2011.
225. Enteral nutrition. Moses Cone Hospital, Greensbro, NC. November 15th, 2011
226. Immunonutrition. Greater Pittsburgh Association of Parenteral and enteral Nutrition. Pittsburgh, Nov 29th 2011

227. Nutrition in the Critically ill. Gastroenterology Grand Rounds. University of Pittsburgh, Pittsburgh, November 30th 2011.

228. Omega-3 fatty acids in critical illness. American Society of Enteral and Parenteral Nutrition (ASPEN) Annual Meeting, Orlando Florida, January 20th-24th, 2012

229. Immunonutrition in surgical patients. American Society of Enteral and Parenteral Nutrition (ASPEN) Annual Meeting, Orlando Florida, January 20th-24th, 2012

230. The hazards of TPN. American Society of Enteral and Parenteral Nutrition (ASPEN) Annual Meeting, Orlando Florida, January 20th-24th, 2012

231. A rational approach to fluid resuscitation. Society of Critical Care Medicine, Annual Meeting, Houston TX, Feb 4-8, 2012

232. Fluid resuscitation. The Greater New York Hospital Association, STOP Sepsis Collaborative, New York, NY, March 1st, 2012

233. Fluid resuscitation in sepsis. Advances in pulmonary and critical care medicine. Inova Fairfax Hospital, Fairfax, VA March 16th 2012.

234. Critical Care Nutrition. Mt Sinai and Detroit Medical Center, Grand Rounds, April 12th 2012.

235. Hypertension Management in acute ischemic stroke. Sentara 2012 Stroke Conference. Flounders Inn, Virginia Beach, VA, May 11th 2012.

236. Probiotics: the cure for obesity and diabetes. Turning the tide on diabetes. Strelititz Diabetes Center and EVMS. Hilton Conference Center, Virginia Beach, VA, May 12th 2012.

237. Fluid resuscitation. The Critical Skills Symposium, Montreal, Canada, 26th May, 2012.

238. Extra-vascular lung water. Montreal, Canada, 26th May, 2012.

239. Fluid resuscitation: state of the art. Henrico Doctors Hospital, Medical Grand rounds, Richmond, VA, May 29th.

240. Stress and the HPA axis. American College of Veterinary Internal Medicine (ACVIM) Annual Meeting, New Orleans, June 1, 2012

241. Critical Illness Related Corticosteroid Insufficiency, American College of Veterinary Internal Medicine (ACVIM) Annual Meeting, New Orleans, June 1, 2012

242. Fluid resuscitation in the New Millennium. The Third Annual State of the Science Symposium, June 9th 2012, Miami FL.

243. Enteral and parenteral nutrition in the critically ill. Medical Grand rounds. University Hospital, Angusta, GA, June 19th 2012

244. Fluid responsiveness. Department of Anesthesia. Naval Hospital Portsmouth, VA, September 2nd 2012

245. Hypertensive crisis: Medical Grand Rounds, Assessment and management. Sentara Process Ann Hospital, September 12th 2012.

246. Goal directed fluid therapy, American Association Anesthesiology National Meeting, Washington DC, Oct 13-15, 2012

247. Fluid resuscitation: State of the art. American Association Anesthesiology National Meeting, Washington DC, Oct 13-15, 2012

248. Nutrition in the critically ill; going beyond TPN. University of Alabama at Birmingham, Nutritional and Surgery Grand rounds, October 18th, 2012

249.    Fluid resuscitation: state of the art. 21st Annual Critical Concepts Conference, Norfolk, VA. October 23rd, 2012

250.    Fluid resuscitation: State of the art. Combined Emergency Medicine and Critical Care Ground Rounds. Medical College of Virginia, Richmond, VA. October 30th 2012.

251.    Fluid loading and assessment in anesthesia and Intensive Care (Plenary Session). Annual Scientific Meeting in Anesthesiology 2012, Hong Kong, Hong Kong Convention Center, November 24th 2012.

252.    Cardiac Output Monitoring in the ICU (Plenary Session). Hong Kong Society of Critical Care Meeting Annual Meeting, Eaton Hotel, Kowloon, 2nd December 2012.

253.    Fluid responsiveness and fluid resuscitation. Baptist Hospital Miami, Anesthesiology Grand Rounds, January 16th 2013.

254.    Immunonutrition. Clinical Nutrition Week (ASPEN), Phoenix AZ, Feb 1-13, 2013

254.    The role of parenteral nutrition in the critically ill patient. Clinical Nutrition Week (ASPEN), Phoenix AZ, Feb 1-13, 2013.

255.    Fluid responsiveness. 33rd International Symposium of Intensive Care and Emergency Medicine. Brussels, Belgium, 19th -22nd March 2013.

256.    The benefits of early enteral nutrition. 33rd International Symposium of Intensive Care and Emergency Medicine. Brussels, Belgium, 19th -22nd March 2013

257.    Death by blood transfusion. 33rd International Symposium of Intensive Care and Emergency Medicine. Brussels, Belgium, 19th -22nd March 2013

258.    Blood transfusions in the septic patient. NATA International Conference, Vienna, Austria, April 17-18, 2013.

259.    Techniques of hemodynamic assessment in the critically ill. NATA International Conference, Vienna, Austria, April 17-18, 2013.

260     Dartmouth-Hitchcock Medical Center, Lebanon, NH, Visiting Professor. Anesthesia Grand Rounds, Assessing Fluid Responsiveness. May 9-10, 2013

261.    Dartmouth-Hitchcock Medical Center, Lebanon, NH, Visiting Professor. Anesthesia Grand Rounds, Which Fluid? May 9-10, 2013

262.    Dartmouth-Hitchcock Medical Center, Lebanon, NH, Visiting Professor. Medical Grand Rounds, Assessing Fluid Responsiveness. May 9-10, 2013

263.    Why should we predict fluid responsiveness. 3rd Paris Internation Conference on Intensive Care. Advances in Hemodynamics. Paris, June 6-7th, 2013

264.    My fluid of choice in sepsis. Thai Society of Critical Care Medicine Annual Conference, All About Shock, June 27-29, 2013, Pattaya, Thailand

265.    Assessing fluid responsiveness vs. old fashioned pressure parameters. Thai Society of Critical Care Medicine Annual Conference, All About Shock, June 27-29, 2013, Pattaya, Thailand.

266.    Updates in cardiac output monitoring. Thai Society of Critical Care Medicine Annual Conference, All About Shock, June 27-29, 2013, Pattaya, Thailand

267.    Blood transfusion. Thai Society of Critical Care Medicine Annual Conference, All About Shock, June 27-29, 2013, Pattaya, Thailand

268.    Techniques for hemodynamic assessment. Chesapeake General Hospital, Medical Grand Rounds, July 11th 2013.

269.  Benefits of Early Enteral Nutrition. Staten Island University, Staten Island, NY, Medical Grand Rounds, July 24th 2013.

270.  Fluid therapy. Potato starch, abnormal saline and other silliness. Department of Anesthesia. Naval Hospital Portsmouth, VA, September 10th, 2013

271   Approach to fluid resuscitation. University of Colorado, Denver, Medical Grand rounds, September 18th 2013.

272.  Perioperative Fluid Management. Ohio Anaesthesia Association Meeting and Cleveland Clinic Department of Anesthesiology Annual Meeting, Cleveland, September 21st 2013.

273.  Hemodynamic parameters to guide fluid responsiveness. St. Luke's-Roosevelt Hospital Center, Columbia University College of Physicians and Surgeons, October 10th 2013.

274.  Peri-operative fluid optimization. Department of Anesthesia. Naval Hospital Portsmouth, VA, October 15th, 2013

275.  Fluid resuscitation in sepsis. The Greater New York Hospital Association, STOP Sepsis Collaborative, New York, NY, November 8th 2013.

276.  Alice in Bundleland: Death by Surviving Sepsis Campaign. New York State Thoracic Society Annual Scientific Assembly January 31 - February 1, 2014 Weill Cornell Medical Center – New York, NY

277.  Assessing fluid responsiveness. New York State Thoracic Society Annual Scientific Assembly January 31 - February 1, 2014 Weill Cornell Medical Center – New York, NY

278.  Blood transfusion. Why. American College of Physicians, Virginia Chapter Annual Meeting, Richmond, VA, March 8th 2014.

279.  Alice in Bundleland: Death by Surviving Sepsis Campaign. Medical Grand Rounds, Tulane University, New Orleans, April 9th 2014

280.  Assessing fluid responsiveness. Critical Care Rounds, Tulane University, New Orleans, April 9th 2014

281.  Alice in Bundleland: Death by Surviving Sepsis Campaign. Critical Care Grand Rounds. Medical College of Virginia, Richmond, VA, May 14th 2014

282.  Alice in Bundleland: Death by Surviving Sepsis Campaign. Portsmouth Naval Hospital, Emergency Medicine Grand Rounds, Portsmouth, VA, May 28th 2014

283.  Assessing fluid responsiveness. Portsmouth Naval Hospital, Emergency Medicine Grand Rounds, Portsmouth, VA, May 28th 2014

284.  Alice in Bundleland: Death by Surviving Sepsis Campaign. Univeristy of Vermont, Emergency Medicine Grand Rounds, 8th July 2014.

285.  Alice in Bundleland: Death by Surviving Sepsis Campaign. Sentara 23rd Annual Critical Care Concepts. Sheraton Waterside, Norfolk, October 16th 2014

286.  The hemodynamic management of patients with severe sepsis.  International Fluid Academy Day, Antwerp, Belgium, 28-29 November 2014

287.  The future of hemodynamic monitoring. International Fluid Academy Day, Antwerp, Belgium, 28-29 November 2014.

288.  Nutrition support in the critically ill. Medical Grand Rounds, Good Samaritan Hospital, Long Island NY, December 9th 2014.

289.  Nutrition support in the critically ill. Medical Grand Rounds, Richmond University Medical Center, Staten Island, NY, December 10th 2014.

290. The future of hemodynamic monitoring. Mount Sinai Institute of Critical Care, Grand Rounds, December 10th 2014.
291. Hemodynamic parameters to assess fluid responsiveness. Medical Grand Rounds. Brook Army Medical Center, San Antonio, Jan 16th 2015.
292. Alice in Bundleland. Death by the surviving sepsis campaign. Pulmonary Critical Care Grand Rounds. Brook Army Medical Center, San Antonio, Jan 16th 2015.
293. Hemodynamic parameters to guide fluid therapy. Medical Grand Rounds. Eastern Virginia Medical School, January 28th 2015.
294. Enteral nutrition. Myths and misconceptions. Urology Grand Rounds. Eastern Virginia Medical School. February 5th 2015.
295. Hemodynamic workshop. SMACC US 2015. McCormack Convention Center, Chicago, June 22-25, 2015.
296. Understanding lactate.  SMACC US 2015. McCormack Convention Center, Chicago, June 22-25, 2015.
297. Fluid responsiveness; The debate. SMACC US 2015. McCormack Convention Center, Chicago, June 22-25, 2015.
298. An approach to sepsis. Portsmouth Naval Hospital, Emergency Medicine Grand Rounds, Portsmouth, VA, August 26th, 2015.
299. The 6 Fundamental Principles Guiding Fluid Resuscitation. Ohio Chapter of Society of Critical Care Medicine 2nd Annual Conference, Columbus, OH, September 26th 2015.
300. Mobility: Move it or lose it. Critical Care Concepts: Exploring Critical Care and Trauma Symposium. AACCN, Sheraton Hotel Conference Center, Norfolk VA. October 14th 2015.
301. Hypertensive Emergencies. Medical Grand Rounds, Eastern Virginia Medical School, 10th February 2016, Norfolk, VA
302. Current concepts and controversies in hemodynamic monitoring.  2016 Society of Critical Care Medicine's Congress course, Current Concepts in Adult Critical Care, February 19 2016, Orlando, Florida.
303. Hemodynamic assessment and fluid management.  University of Kansas Medical Grand Rounds, March 2nd 2016, Kansas City, KS.
304. Fluids in sepsis: Less is more. Sepsis Symposium. Catholic Health Services, De Matteis Center, Long Island, March 4th 2016.
305. Hypertensive emergencies; Cardiology Grand Rounds, Sentara Norfolk General Hospital, March 15, 2016
306 Fluid resuscitation. Mid-Atlantic Anesthesia Conference, Portsmouth Naval Hospital, April 17th 2016.
307. Hemodynamic assessment and fluid management.  Critical Care Grand Rounds. NIH, Bethesda, MD, June 14th 2016
308. The Cure for Sepsis. Invited lectureship and visiting professor. NIH, Bethesda, MD, June 14th 2016
309. Hemodynamic assessment and fluid management.  North Kansa City Hospital, Kansas. Medical Grand Rounds. August 4th 2016.

310. The fluid wars. LR vs Normal Saline. Medical Grand Rounds, Eastern Virginia Medical School, November 9th 2016.

311. Hemodynamic assessment and fluid management. Medical Grand Rounds, Greenville Health System, Greenville, SC, December 9th 2016.

312. Fluid management and hemodynamic assessment in 2017. Sixteen Annual Mark Schiff, MD visiting Professorship. North Shore University Hospital, Long Island, NY. January 5, 2017

313. The Cure for sepsis. Pulmonary-Critical Care Grand Rounds, Long Island Jewish Hospital, Long Island, NY, January 5th, 2017.

314. How I treat Septic Shock. Critical Care Reviews Conference, Titanic Center, Belfast, Ireland, January 28th 2017.

315. The Cure for Sepsis. Critical Care Reviews Conference, Titanic Center, Belfast, Ireland, January 28th 2017.

316. Nutrition: an update in 2017. Anesthesia and Critical Care Resident Rounds. University of Virginia, Charlottesville, 14th February 2017.

317. Fluid management and hemodynamic assessment in 2017. Anesthesia Grand Rounds. University of Virginia, Charlottesville, 15th February 2017.

318. The Cure for Sepsis. Anesthesia Grand Rounds. University of Virginia, Charlottesville, 15th February 2017.

319. Fluid management and hemodynamic assessment in 2017. 2017 Advances in Pulmonary and Critical Care Medicine Conference, Inova, Falls Church, VA, March 10th 2017.

320. Fluid management and hemodynamic assessment in 2017. Drexel Medical College, Medical Grand Rounds, Philadelphia, PA, March 15th 2017.

321. Humans are not Yeast and Rarely Become anaerobic. Resuscitation in the Park Conference, Sydney, Australia, May 31st 2017 (Via Teleconference)

322. Hypertension: Crisis in our Country/Crises in our City. Success in Blood Pressure Management Conference. EVMS, June 3rd 2017.

323. The CVP is harmful. European Society of Critical Care Medicine, Hemodynamic Conference, Olympic Hotel, Athens, Greece, June 18 2017.

324. Vitamin C, Hydrocortisone and Thiamine for the treatment of severe sepsis and septic shock. Eastern Virginia Medical Grand Rounds, October 18th 2017

325. Vitamin C, Hydrocortisone and Thiamine for the treatment of severe sepsis and septic shock. Diet and Optimum Health, Linus Pauling Institute, Oregon State University, Corvallis, Oregon, September 15, 2017.

326. Energy Expenditure. European Society of Intensive Care Medicine Conference, Vienna, Austria, September 23-27, 2017.

327. Which optimal route of nutrition? A case presentation. European Society of Intensive Care Medicine Conference, Vienna, Austria, September 23-27, 2017.

328. Meaning and practical use of pulse pressure. European Society of Intensive Care Medicine Conference, Vienna, Austria, September 23-27, 2017.

329. Vitamin C: we need proper evidence. Pro-Con debate. European Society of Intensive Care Medicine Conference, Vienna, Austria, September 23-27, 2017.

330. Vasopressors and Enteral nutrition. Virginia Chapter of American Society of Enteral and Parenteral Nutrition Annual Conference, Great Wolf Lodge, Williamsburg, October 6th 2017.

331. Nutrition in the ICU. ENT Grand Rounds, Eastern Virginia Medical School, October 10th 2017.

332. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Critical Concepts Symposium. Sheraton Waterside, Norfolk, October 11th 2017.

333. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Anesthesia Grand Rounds, Portsmouth Naval Hospital, Portsmouth, VA. 17th October 2017.

334. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Emergency Medicine Grand Rounds, Christian Hospital System, Christiana, DE, October 19th 2017.

335. Surviving Sepsis Campaign and other Fairytales. International Fluid Academy Conference, Antwerp, Belgium November 21-23, 2017

336. Vasopressors in septic shock. International Fluid Academy Conference, Antwerp, Belgium November 21-23, 2017

337. Humans are not Yeast and are rarely anaerobic. A review on Lactate. International Fluid Academy Conference, Antwerp, Belgium November 21-23, 2017

338. Sepsis an Overview. Medical Grand Rounds, Halifax Hospital, South Boston, VA, November 28th, 2017

339. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Medical Grand Rounds, Halifax Hospital, South Boston, VA, November 28th, 2017

340. Sepsis an overview. Ob/GYN Grand rounds. Eastern Virginia Medical School, November 30th, 2017.

341. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Plenary Session. ASPEN National meeting, Las Vegas, January 22nd 2018.

342. Fluid management and hemodynamic assessment in 2017. Medical Grand Rounds, Eastern Virginia Medical School, February 6th 2018.

343. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. 47th Critical Care Congress February 25-28, 2018. San Antonio, Texas.

344. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Surgical Grand Rounds, University of Texas, Houston. Texas, March 1st 2018.

345. Current concepts in fluid management. 38th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 19th, 2018.

346. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Medical Grand Rounds, Sentara Virginia Beach Hospital, May 16th 2018

347. Fluid management and hemodynamic assessment. Ob/Gyn Grand Rounds. Eastern Virginia Medical School, May 17th 2018.

348. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Resus @ the Harbour 2018 Conference, Sydney, Australia, Web Conference, 17th September 2018.

349. Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Premier Hospital Group, Web Conference, 17th September 2018.

350.   Is the cup half-full or half empty? New techniques to evaluate a patient's intravascular volume. Critical care Nephrology Conference. Eastern Virginia Medical School, September 22, 2018

351.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Medical Grand Rounds, Eastern Virginia Medical School, October 10th 2018.

352.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. AACN Critical/Trauma Concepts Symposium. Norfolk, October 10th 2018.

353.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Canada Critical Care Forum, November 6-9, Toronto, Canada.

354.   Lactate Myths. Canada Critical Care Forum, November 6-9, Toronto, Canada.

355.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. European society of Critical Care Medicine, Educational Webcast, November 21 2018.

356.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. EISCM Next Webinar, November 22nd 2018.

357.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Medical Grand Rounds, Loma Linda University, via Webex, December 5th 2018.

358.   Sepsis Overview. Northwest Critical Care Conference:The Team Approach, Maui, Hawaii, March 11-15, 2019.

359.   Sepsis Bundles. Northwest Critical Care Conference: The Team Approach, Maui, Hawaii, March 11-15, 2019.

360.   Nutrition in the ICU. Northwest Critical Care Conference: The Team Approach, Maui, Hawaii, March 11-15, 2019.

361.   Fluid management. Northwest Critical Care Conference: The Team Approach, Maui, Hawaii, March 11-15, 2019.

362.   The Lactate Myths. Northwest Critical Care Conference: The Team Approach, Maui, Hawaii, March 11-15, 2019.

363.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis.  Northwest Critical Care Conference: The Team Approach, Maui, Hawaii, March 11-15, 2019.

364.   ARDS. Northwest Critical Care Conference: The Team Approach, Maui, Hawaii, March 11-15, 2019.

365.   Nutrition in the ICU. SMART International Anesthesia and Critical Care Conference, Milan, Italy, May 6-9 2019.

366.   Is there a place for corticosteroids in sepsis? SMART International Anesthesia and Critical Care Conference, Milan, Italy, May 6-9 2019.

367.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. KEY-NOTE address. SMART International Anesthesia and Critical Care Conference, Milan, Italy, May 6-9 2019.

368.   Optimal FiO2 during anesthesia! SMART International Anesthesia and Critical Care Conference, Milan, Italy, May 6-9 2019.

369.   Hemodynamic management of sepsis. Joint Annual Conference 2019 SSICM | SSI | SSHH | SSTMP | SSTTM. Lausanne, Switzerland, September 19-21, 2019.

370.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. Joint Annual Conference 2019 SSICM | SSI | SSHH | SSTMP | SSTTM. Lausanne, Switzerland, September 19-21, 2019.

371.   Update in ARDS.Critical Care: The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

372.   Nutrition in the ICU.  Critical Care: The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

373.   Lactate Myths. Critical Care: The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

374.   Sepsis. Critical Care: The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

375.   Vitamin C, Hydrocortisone and thiamine for the treatment of sepsis. The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

376.   Hypertensive emergencies. The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

377.   Mobility in the ICU. The Team approach. Northwest Seminars, Charleston, SC, Decemebr 9-12, 2019.

378.   VITAMINS study. Editorial Response. Critical Care Reviews Conference, Belfast, Ireland, January 17th 2020.

379.   COVID-19: A clinicinas perspective. Plenary Lecture. EVMS Research day, October 16th 2020.

380.   i-MASK Protocol: The Prevention and Early Treatment of COVID-19 and the role of Vitamin C. Webinar. Indian Critical Care Society, Decmber 23rd 2020.

381.   COVID-19: A Clinicians Perspective-A Review of the MATH + and i-MASK Protocols. Pulmnary and Critical Care Grand Rounds (Webinar). Renaissance School of Medicine at Stony Brook University. January 20th 2021.

382.   COVID-19: A Clinicians Perspective-A Review of the MATH + and i-MASK Protocols. Pulmnary and Critical Care Grand Rounds (Webinar). Massachutes General Hospital and Harvard Medical School, Anesthesia Grand Rounds, January 21st 2021.

383.   The Lactate Myths. University of Liverpool (UK) Anesthesia Grand Rounds. 10th March 2021 via teleconference.

384.   Ivermectin for the treatment of COVID-19: A brief review. Northwest Anesthesia Conference. March 20th 2021, via teleconference.

385.   Iveremctin for the treatment of COVID-19. Spring 2021 Oncology Investor Conference. March 30th 2021, via teleconference.

386.   Fluid and hemodynamic resuscitation. Nephrology Division & Critical Care Medicine, Grand rounds, Royal Victoria Hospital and McGill University, Montreal, QC, Canada, March 30th 2021, via teleconference.

387.   Non-invasive hemodynamic monitoring. Nephrology Division & Critical Care Medicine, Grand rounds, Royal Victoria Hospital and McGill University, Montreal, QC, Canada, March 30th 2021, via teleconference.

388.   Corticosteroids an Ivermectin for the Treatment of COVID-19. MAAFIM 2021 International Virtual COVID -19 Symposium, April 10th 2021,  Malasia, via teleconference.

389.    Ivermectin for the treatment of COVID-19. Virginia Drug Discovery Consortium (VDDC) Conference, May 26th 2021, via Teleconference.

390.    An overview of the treatment of COVID-19. Trinity of COVID-19: Immunity, Inflammation & Intervenion. May 29th 2021, for Critical Care Society of India, via teleconference.

391.    Fluid management in the ICU. 7th SG-ANZICS Asia Pacific Intensive Care Forum (SG-ANZICS). 17-19th July 2021. Prerecorded Video lecture.

392.    COVID-19: A focus on clinical management. Anesthesia Critical Care Grand Rounds, Tufts University Medical Schol, Boston, MA, 2nd Novmber 2021.