# Exhibit 14

# CENTER FOR DRUG EVALUATION AND RESEARCH

## APPROVAL PACKAGE for:

**APPLICATION NUMBER:   050742**

**TRADE NAME:  Mectizan**

**GENERIC NAME:       Ivermectin**

**SPONSOR: Merck Research Laboratories**

**APPROVAL DATE: 11/22/96**



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

Food and Drug Administration
Rockville MD 20857

**NDA 50-742**

Kenneth R. Brown, M.D.
Executive Director
Worldwide Regulatory Liaison                          NOV 2 2 1996
Biologics/Vaccines
Merck & Co., Inc
West Point, PA 19486-0004

Dear Dr. Brown:

Reference is made to your March 29, 1996 new drug application (NDA) and your resubmission
dated October 15, 1996, submitted under section 507 of the Federal Food, Drug, and Cosmetic Act
for Tablet STROMECTOL® (ivermectin) 6-mg.

We acknowledge receipt of your amendments dated April 16, June 28, July 9, 16, 22, and 31,
August 23, and 28, and October 4, 1996.

This new drug application provides for the treatment of strongyloidiasis and onchocerciasis.

We have completed the review of this application, including the submitted draft labeling, and have
concluded that adequate information has been presented to demonstrate that the drug product is
safe and effective for use as recommended in the enclosed draft labeling. Accordingly, the
application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed draft labeling. Marketing the
product with FPL that is not identical to this draft labeling may render the product misbranded and
an unapproved new drug.

Please submit sixteen copies of the FPL as soon as it is available, in no case more than 30 days
after it is printed. Please individually mount ten of the copies on heavy weight paper or similar
material. For administrative purposes this submission should be designated "FINAL PRINTED
LABELING" for approved NDA 50-742. Approval of this submission by FDA is not required
before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available,
revision of that labeling may be required.

In addition, please submit three copies of the introductory promotional material that you propose
to use for this product. All proposed materials should be submitted in draft or mock-up form, not
final print. Please submit one copy to the Division of Anti-Infective Drug Products and two copies
of both the promotional material and the package insert directly to:

Page 2

Food and Drug Administration
Division of Drug Marketing, Advertising and Communications,
HFD-40
5600 Fishers Lane
Rockville, Maryland   20857

Validation of the regulatory methods has not been completed.  At the present time, it is the policy
of the Center not to withhold approval because the methods are being validated.  Nevertheless,
we expect your continued cooperation to resolve any problems that may be identified.

Please submit one market package of the drug when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under
21 CFR 314.80 and 314.81.

If you have any questions, please contact:

Ms. Pauline Fogarty
Regulatory Health Project Manager
(301) 827-2125

Sincerely yours,

David W. Feigal, Jr., M.D., M.P.H.
Acting Director
Office of Drug Evaluation IV
Center for Drug Evaluation and Research

ENCLOSURE