# Exhibit 15

VigiAccess

Note: *Result is presented for the active ingredient, often including more than one brand name*

| Enter name of drug or vaccine | Search |

**Ivermectin** is an active ingredient
There are **6 686** reports with this active ingredient

## Reported potential side effects

> Blood and lymphatic system disorders (1%, 70 ADRs)
> Cardiac disorders (1%, 160 ADRs)
> Congenital, familial and genetic disorders (0%, 2 ADRs)
> Ear and labyrinth disorders (1%, 73 ADRs)
> Endocrine disorders (0%, 8 ADRs)
> Eye disorders (3%, 320 ADRs)
> Gastrointestinal disorders (18%, 1945 ADRs)
∨ General disorders and administration site conditions (18%, 1979 ADRs)

Drug ineffective (544)
Pyrexia (171)
Asthenia (145)
Fatigue (134)
Condition aggravated (102)
Application site erythema (101)
Malaise (95)
Pain (93)
Swelling face (86)
Application site pain (74)
Application site pruritus (70)
No adverse event (65)
Chest pain (51)
Oedema (51)
Drug ineffective for unapproved indication (45)
Face oedema (45)
Gait disturbance (45)
Oedema peripheral (42)
Application site rash (37)
Chills (35)
Application site irritation (34)
Swelling (34)
Death (25)
Drug effective for unapproved indication (24)
Therapeutic response unexpected (24)
Application site oedema (21)
Peripheral swelling (20)
Drug interaction (19)
Inflammation (18)
Feeling abnormal (15)

VigiAccess

Application site swelling ( 13 )
Generalised oedema ( 13 )
Discomfort ( 11 )
Feeling hot ( 11 )
Feeling cold ( 10 )
Multiple organ dysfunction syndrome ( 10 )
Therapy non-responder ( 9 )
Treatment failure ( 9 )
Unevaluable event ( 9 )
Application site inflammation ( 8 )
Chest discomfort ( 8 )
Application site discharge ( 7 )
Gait inability ( 7 )
Localised oedema ( 7 )
Therapeutic product effect decreased ( 7 )
Application site dryness ( 5 )
Disease recurrence ( 5 )
General physical health deterioration ( 5 )
Load more...

- › Hepatobiliary disorders (1%, 101 ADRs)
- › Immune system disorders (1%, 83 ADRs)
- › Infections and infestations (2%, 266 ADRs)
- › Injury, poisoning and procedural complications (8%, 914 ADRs)
- › Investigations (1%, 145 ADRs)
- › Metabolism and nutrition disorders (2%, 190 ADRs)
- › Musculoskeletal and connective tissue disorders (3%, 318 ADRs)
- › Neoplasms benign, malignant and unspecified (incl cysts and polyps) (0%, 11 ADRs)
- › Nervous system disorders (13%, 1400 ADRs)
- › Pregnancy, puerperium and perinatal conditions (0%, 12 ADRs)
- › Product issues (1%, 58 ADRs)
- › Psychiatric disorders (2%, 253 ADRs)
- › Renal and urinary disorders (1%, 158 ADRs)
- › Reproductive system and breast disorders (0%, 51 ADRs)
- › Respiratory, thoracic and mediastinal disorders (2%, 247 ADRs)
- › Skin and subcutaneous tissue disorders (19%, 2102 ADRs)
- › Social circumstances (0%, 15 ADRs)
- › Surgical and medical procedures (0%, 33 ADRs)
- › Vascular disorders (1%, 142 ADRs)

# Geographical distribution

📊 Chart    ⊞ Table



# Patient sex distribution

◔ Chart    ⊞ Table



# VigiAccess





Current data set date is 8/7/2022. The dataset is normally updated on Sundays at 17:00 CET (± 1 hour).



VigiAccess is developed and maintained by the WHO Collaborating Centre for International Drug Monitoring, Uppsala Monitoring Centre on behalf of WHO