# Exhibit 16

# FDA Adverse Events Reporting System (FAERS) Public Dashboard

Home | Demographics | Reaction Group | Reaction | Listing of Cases | Disclaimer | Report a Problem | FAQ | Site Feedback

## IVERMECTIN (G)

### Case Count by Received Year

| Category | Number of Cases | Percentage |
|---|---|---|
| 2022 | 3 | 4.11% |
| 2021 | 8 | 10.96% |
| 2020 | 1 | 1.37% |
| 2019 | 4 | 5.48% |
| 2017 | 4 | 5.48% |
| 2016 | 1 | 1.37% |
| 2014 | 4 | 5.48% |
| 2013 | 2 | 2.74% |
| 2012 | 1 | 1.37% |
| 2011 | 1 | 1.37% |
| 2010 | 2 | 2.74% |
| 2009 | 2 | 2.74% |
| 2008 | 5 | 6.85% |
| 2007 | 3 | 4.11% |
| 2006 | 8 | 10.96% |
| **Totals** | **73** | **100.00%** |

*Data as of June 30, 2022*

This page displays the number of cases identified for the product/reaction term of interest by "Received Year". "Received Year" is the year the case was received by the FDA.



Case Count by Received Year (bar chart)