# Exhibit 17

# VigiAccess

Note: *Result is presented for the active ingredient, often including more than one brand name*

Enter name of drug or vaccine        Search

**Acetaminophen** is an active ingredient
There are **179 436** reports with this active ingredient

## Reported potential side effects

- Blood and lymphatic system disorders (1%, 4 269 ADRs)
- Cardiac disorders (2%, 5 265 ADRs)
- Congenital, familial and genetic disorders (0%, 491 ADRs)
- Ear and labyrinth disorders (0%, 1 011 ADRs)
- Endocrine disorders (0%, 136 ADRs)
- Eye disorders (3%, 9 415 ADRs)
- Gastrointestinal disorders (10%, 28 446 ADRs)
- General disorders and administration site conditions (13%, 37 891 ADRs)
    - Drug ineffective (10 681)
    - Death (4 001)
    - Face oedema (2 766)
    - Pyrexia (2 607)
    - Pain (1 709)
    - Malaise (1 680)
    - Fatigue (1 512)
    - Therapeutic product effect incomplete (1 209)
    - Asthenia (1 161)
    - Oedema (946)
    - Drug interaction (867)
    - Therapeutic response unexpected (826)
    - Swelling (730)
    - Chest pain (712)
    - Swelling face (696)
    - Feeling abnormal (684)
    - Chills (670)
    - Condition aggravated (644)
    - Oedema peripheral (603)
    - Chest discomfort (501)
    - Drug ineffective for unapproved indication (481)
    - Therapeutic response decreased (479)
    - Multiple organ dysfunction syndrome (384)
    - Unevaluable event (383)
    - Hypothermia (368)
    - No adverse event (346)
    - Adverse event (317)
    - Peripheral swelling (312)
    - Feeling hot (298)
    - Gait disturbance (262)

# VigiAccess

- Crying (204)
- Infusion site pain (193)
- Adverse drug reaction (179)
- Therapeutic product effect decreased (178)
- Drug intolerance (174)
- Influenza like illness (167)
- Illness (165)
- General physical health deterioration (160)
- Discomfort (144)
- Drug withdrawal syndrome (144)
- Localised oedema (130)
- Feeling cold (110)
- Inflammation (104)
- Therapeutic product effect delayed (95)
- Gait inability (85)
- Therapy non-responder (79)
- Brain death (76)
- Thirst (76)

Load more…

- Hepatobiliary disorders (5%, 14 101 ADRs)
- Immune system disorders (2%, 5 936 ADRs)
- Infections and infestations (1%, 3 892 ADRs)
- Injury, poisoning and procedural complications (14%, 41 292 ADRs)
- Investigations (4%, 12 321 ADRs)
- Metabolism and nutrition disorders (1%, 3 986 ADRs)
- Musculoskeletal and connective tissue disorders (1%, 3 509 ADRs)
- Neoplasms benign, malignant and unspecified (incl cysts and polyps) (0%, 386 ADRs)
- Nervous system disorders (7%, 19 063 ADRs)
- Pregnancy, puerperium and perinatal conditions (0%, 820 ADRs)
- Product issues (1%, 4 279 ADRs)
- Psychiatric disorders (6%, 16 591 ADRs)
- Renal and urinary disorders (2%, 4 639 ADRs)
- Reproductive system and breast disorders (0%, 568 ADRs)
- Respiratory, thoracic and mediastinal disorders (4%, 10 186 ADRs)
- Skin and subcutaneous tissue disorders (18%, 51 290 ADRs)
- Social circumstances (0%, 554 ADRs)
- Surgical and medical procedures (0%, 765 ADRs)
- Vascular disorders (2%, 5 438 ADRs)

## Geographical distribution

Chart | Table



## Patient sex distribution

Chart | Table









Current data set date is 8/7/2022. The dataset is normally updated on Sundays at 17:00 CET (± 1 hour).

# VigiAccess



VigiAccess is developed and maintained by the WHO Collaborating Centre for International Drug Monitoring, Uppsala Monitoring Centre on behalf of WHO