# Exhibit 18

FDA Adverse Events Reporting System (FAERS) Public Dashboard

Home | Demographics | Reaction Group | Reaction | Listing of Cases | Disclaimer | Report a Problem | FAQ | Site Feedback

Search Term: Acetaminophen (G)
Reaction Term: Death

# ACETAMINOPHEN (G)

## Case Count by Received Year

| Category | Number of Cases | Percentage |
|---|---|---|
| 2022 | 247 | 6.22% |
| 2021 | 340 | 8.56% |
| 2020 | 538 | 13.54% |
| 2019 | 355 | 8.94% |
| 2018 | 177 | 4.46% |
| 2017 | 470 | 11.83% |
| 2016 | 270 | 6.80% |
| 2015 | 458 | 11.53% |
| 2014 | 256 | 6.44% |
| 2013 | 123 | 3.10% |
| 2012 | 96 | 2.42% |
| 2011 | 165 | 4.15% |
| 2010 | 117 | 2.94% |
| 2009 | 79 | 1.99% |
| 2008 | 42 | 1.06% |
| **Totals** | **3,973** | **100.00%** |

*Data as of June 30, 2022*

This page displays the number of cases identified for the product/reaction term of interest by "Received Year". "Received Year" is the year the case was received by the FDA.



Case Count by Received Year — bar chart showing cases by year (2008–2022): 2008: 42; 2009: 79; 2010: 117; 2011: 165; 2012: 96; 2013: 123; 2014: 256; 2015: 458; 2016: 270; 2017: 470; 2018: 177; 2019: 355; 2020: 538; 2021: 340; 2022: 247.

FDA U.S. FOOD & DRUG ADMINISTRATION