# Exhibit 20

## Kimberly, Brad

| | |
|---|---|
| **From:** | Mulieri, Chris |
| **Sent:** | Monday, August 23, 2021 2:52 PM |
| **To:** | Kimberly, Brad; Braithwaite, Sonia |
| **Subject:** | RE: Well done! |
| **Categories:** | FOIA |

Thanks.

**From:** Kimberly, Brad <Brad.Kimberly@fda.hhs.gov>
**Sent:** Monday, August 23, 2021 2:49 PM
**To:** Mulieri, Chris <Charles.Mulieri@fda.hhs.gov>; Braithwaite, Sonia <Sonia.Braithwaite@fda.hhs.gov>
**Subject:** FW: Well done!

Chris/Sonia, I still owed Erica that data below… but for your blurb…

> Responding to a topical item that had appeared in the news, we created a post that fell in line with the new engagement strategy our team has been working to implement. As a result, the post was seen by more than 24M people on Twitter… becoming the most popular post in our account's history.

**Brad Kimberly**
*Director, Social Media*

**Web & Digital Services**
**Office of External Affairs**
**U.S. Food and Drug Administration**
Tel: 240-402-1002 |  Cell: 240-750-9302
brad.kimberly@fda.hhs.gov



    

**From:** Kimberly, Brad
**Sent:** Monday, August 23, 2021 2:44 PM
**To:** Jefferson, Erica <Erica.Jefferson@fda.hhs.gov>
**Cc:** Walsh, Sandy <Sandy.Walsh@fda.hhs.gov>; Mulieri, Chris <Charles.Mulieri@fda.hhs.gov>; FDASocialMedia <FDASocialMedia@fda.hhs.gov>; Felberbaum, Michael <Michael.Felberbaum@fda.hhs.gov>; Rebello, Heidi <Heidi.Rebello@fda.hhs.gov>; Hetlage, Daniel <Daniel.Hetlage@fda.hhs.gov>
**Subject:** RE: Well done!

Erica, just really quick, I wanted to update you on the Saturday post.