# Exhibit 23

# TikTok

Search accounts

**For You**

**Following**

**LIVE**

Log in to follow creators, like videos, and view comments.

**Log in**

Popular topics

Comedy

Gaming

Food

Dance

Beauty

Animals

Sports

Suggested accounts

**selenagomez**
Selena Gomez

**badbunny**
Bad Bunny

**shakira**
Shakira





Log in

+ Upload

⋯

**rxOrcist** Our Exercise 🏇 · 4-3

Stop prescribing ivermectin. #heybestie #pettyjournalclub #rxOrcist #mdbreathe #houston #texas #pharmacy #pharmacist #aapi #doctorsoftiktok

♫ original sound - Our Exercise 🏇

Follow

47.4K

961

375

**Learn the facts about COVID-19** ›

FDA

Q Search ☰ Menu

IN THIS SECTION

— Consumer Updates

**Why You Should Not Use Ivermectin to Treat or Prevent COVID-19**

Subscribe to Email Updates

Español Port

Tiếng Việt

Joint statement about it, the FDA said nope,

@rxOrcist



















