# Exhibit 24

 **Thomas Feller**
@LoveLogCabins

@CindyHarcar @OccupyDemocrats I applaud the @MethodistHosp for taking action. Q-ackery does not instill trust. Quite the opposite.

Dr Bowden can go back to her Veteranary practice. 

@KHOU @HoustonChron

nbcnews.com/news/amp/rcna5…



**Suspended Texas doctor who promoted ivermectin as Covid treatment resigns from hospital**

Dr. Mary Bowden was suspended from Houston Methodist Friday for "spreading dangerous misinformation." She resigned this week.

nbcnews.com