# Exhibit 26



**MAINE DEPARTMENT OF PROFESSIONAL & FINANCIAL REGULATION**
Office of Professional and Occupational Regulation
**BOARD OF PHARMACY**
35 State House Station, Augusta, ME 04333
Location: Gardiner Annex, 76 Northern Avenue, Gardiner, ME 04345
Web Address: www.maine.gov/professionallicensing

Janet T. Mills
Governor

# BOARD STATEMENT #01-2021
## MAINE BOARD OF PHARMACY
(9/28/2021)

### STATEMENT OF THE MAINE BOARD OF PHARMACY ON DISPENSING IVERMECTIN

There have been reports nationally, as well as in Maine, of an increase in the number of ivermectin prescriptions issued by health care practitioners to prevent or treat COVID-19.

IN ORDER TO PROTECT THE PUBLIC HEALTH AND WELFARE, THE BOARD REMINDS MAINE PHARMACISTS THAT:

The United States Food and Drug Administration (U.S. FDA) states that ivermectin is not authorized or approved for use in prevention or treatment of COVID-19. According to U.S. FDA, ivermectin is approved for human use to treat infections caused by some parasitic worms, head lice and skin conditions like rosacea. More information from U.S. FDA is found here: U.S. FDA Consumer Update on Ivermectin for Human Use.

The United States Centers for Disease Control and Prevention (U.S. CDC) issued a Health Alert on August 26, 2021, concerning the increased dispensing of ivermectin by retail pharmacies. The Health Alert states that adverse effects associated with ivermectin misuse and overdoses are increasing, as shown by a rise in calls to poison control centers reporting overdoses and more people experiencing adverse effects. More information from U.S. CDC is found here: U.S. CDC Health Advisory, August 26, 2021.

Pharmacists should use their professional and clinical judgment and take appropriate steps to verify with the applicable prescriber that newly issued prescriptions for ivermectin are issued for legitimate medical purposes.

Issued: September 28, 2021

- End -