UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Robert L. Apter, et al.

*versus*

U.S. Department of Health and Human Services, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Isaac C. Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>PO Box 386<br>Washington, DC 20044-0386<br>(202) 305-7134<br>Isaac.C.Belfer@usdoj.gov<br>D.C. Bar No. 1014909 |
| Name of party applicant seeks to appear for: | U.S. Department of Health and Human Services, Xavier Becerra, U.S. Food and Drug Administration, Robert M. Califf |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/16/2022 | Signed: | /s/ Isaac C. Belfer |
|---|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge