# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, | |
| Plaintiffs, | Case No. 3:22-cv-184 |
| v. | JUDGE JEFFREY V. BROWN |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Trial Attorney Isaac C. Belfer is hereby entering his appearance as attorney-in-charge for Defendants in this action.

August 16, 2022

Respectfully submitted,

*/s/ Isaac C. Belfer*
Isaac C. Belfer (*pro hac vice pending*)
Attorney-In-Charge
D.C. Bar No. 1014909
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC  20044-0386
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

August 16, 2022                                   */s/ Isaac C. Belfer*
                                                     Isaac C. Belfer