| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Robert L. Apter, et al.

*versus*

U.S. Department of Health and Human Services, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Oliver McDonald<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-0168<br>Oliver.J.McDonald@usdoj.gov<br>New York State Bar #5416789 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Department of Health and Human Services, Xavier Becerra, U.S. Food and Drug Administration, Robert M. Califf |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/17/2022 | Signed: /s/ Oliver McDonald |
|---|---|

The state bar reports that the applicant's status is:

Dated:                         Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                                 United States District Judge