United States District Court
Southern District of Texas

**ENTERED**
August 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Apter et al.

*versus*

Department of Health & Human Services, et al.

| | |
|---|---|
| Lawyer's Name | Jared M. Kelson |
| Firm | Boyden Gray & Associates PLLC |
| Street | 801 17th Street, N.W., Suite 350 |
| City & Zip Code | Washington, DC 20006 |
| Telephone & Email | 202-955-0624  kelson@boydengrayassociates.com |
| Licensed: State & Number | DC 241393 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Apter et al. (all Plaintiffs) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/2/2022 | Signed: /s/ |
|---|---|

The state bar reports that the applicant's status is: Clear

| Dated: August 17, 2022 | Clerk's signature    G. Cardenas |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: __August 17, 2022__

_____
United States District Judge