United States District Court
Southern District of Texas
**ENTERED**
August 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Apter et al.

*versus*

Department of Health & Human Services, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael B. Buschbacher<br>Boyden Gray & Associates PLLC<br>801 17th Street, N.W., Suite 350<br>Washington, DC 20006<br>202-955-0622   buschbacher@boydengrayassociates.com<br>DC 1048432 |
|---|---|

| Name of party applicant seeks to appear for: | Apter et al. (all Plaintiffs) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/2/2022 | Signed: *[signature] Michael Buschbacher* |
|---|---|

The state bar reports that the applicant's status is:   Clear

| Dated: August 17, 2022 | Clerk's signature   G. Cardenas |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: August 17, 2022

*[signature] Jeff Brown*
United States District Judge