United States District Court
Southern District of Texas
**ENTERED**
August 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Apter et al.

versus

Department of Health & Human Services, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jonathan A. Berry<br>Boyden Gray & Associates PLLC<br>801 17th Street, N.W., Suite 350<br>Washington, DC 20006<br>202-955-0618   berry@boydengrayassociates.com<br>VA 81864 |
|---|---|

| Name of party applicant seeks to appear for: | Apter et al. (all Plaintiffs) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 6/2/2022        Signed: [signature]

The state bar reports that the applicant's status is: Clear

Dated: August 17, 2022    Clerk's signature   G. Cardenas

**Order**

This lawyer is admitted *pro hac vice*.

Dated: August 17, 2022            [signature] Jeff Brown
                                  United States District Judge