United States District Court
Southern District of Texas

**ENTERED**

August 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | | Case Number | 3:22-cv-184 |
|---|---|---|---|---|

| Apter et al. |
|---|
| *versus* |
| Department of Health & Human Services, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | C. Boyden Gray<br>Boyden Gray & Associates PLLC<br>801 17th Street, N.W., Suite 350<br>Washington, DC 20006<br>202-955-0620  info@boydengrayassociates.com<br>DC 122663 |
|---|---|

| Name of party applicant seeks to appear for: | Apter et al. (all Plaintiffs) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/2/2022 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:   Clear |
|---|
| Dated: August 17, 2022 | Clerk's signature   G. Cardenas |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: ___August 17, 2022___

United States District Judge