United States District Court
Southern District of Texas

**ENTERED**
August 17, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

| Robert L. Apter, et al. |
|---|
| *versus* |
| U.S. Department of Health and Human Services, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Isaac C. Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>PO Box 386<br>Washington, DC 20044-0386<br>(202) 305-7134<br>Isaac.C.Belfer@usdoj.gov<br>D.C. Bar No. 1014909 |

| Name of party applicant seeks to appear for: | U.S. Department of Health and Human Services, Xavier Becerra, U.S. Food and Drug Administration, Robert M. Califf |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/16/2022 | Signed: /s/ Isaac C. Belfer |
|---|---|

| The state bar reports that the applicant's status is: Clear |
|---|
| Dated: August 17, 2022 | Clerk's signature G. Cardenas |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: ___August 17, 2022___

_____
United States District Judge