UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                        Defendants. | Case 3:22-cv-00184<br><br>JUDGE JEFFREY V. BROWN |

## NOTICE OF APPEARANCE OF COUNSEL

Trial Attorney Oliver McDonald is hereby entering his appearance as of counsel for Defendants in this action.

| | |
|---|---|
| August 18, 2022 | Respectfully submitted,<br><br>/s/ Oliver McDonald<br>Oliver McDonald<br>Of Counsel<br>N.Y. Bar No. 5416789<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>PO Box 386<br>Washington, DC  20044-0386<br>(202) 305-0168<br>(202) 514-8742 (fax)<br>Oliver.J.McDonald@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

August 18, 2022                                /s/ *Oliver McDonald*
                                               Oliver McDonald