# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, | |
| Plaintiffs, | Case No. 3:22-cv-184 |
| v. | JUDGE JEFFREY V. BROWN |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

## JOINT UNOPPOSED MOTION FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

The parties to this action jointly move for entry of a briefing schedule for Defendants' motion to dismiss. Plaintiffs filed this lawsuit on June 2, 2022, against the U.S. Department of Health and Human Services, Xavier Becerra in his official capacity as Secretary of Health and Human Services, the U.S. Food and Drug Administration, and Robert M. Califf in his official capacity as Commissioner of Food and Drugs. ECF No. 1. On August 2, 2022, pursuant to Rule 6 of the Rules of Practice of the Galveston Division of the U.S. District Court for the Southern District of Texas, Defendants' counsel sent Plaintiffs' counsel a letter stating the bases for their intended motion to dismiss and informing Plaintiffs of their right to amend their Complaint within 14 days. On August 4, 2022, the parties met and conferred regarding Defendants' intended motion to dismiss. On August 8, 2022, Plaintiffs filed their Amended Complaint. ECF No. 12.

Defendants intend to file a motion to dismiss the Amended Complaint. That motion would normally be due August 22, 2022. *See* Fed. R. Civ. P. 15(a)(3). However, to avoid scheduling conflicts and ensure adequate time to brief the issues in this case, the parties have agreed to the following briefing schedule for Defendants' motion to dismiss:

| | |
|---|---|
| Defendants' Motion to Dismiss due: | August 26, 2022 |
| Plaintiffs' Response due: | September 23, 2022 |
| Defendants' Reply due: | October 7, 2022 |

These dates represent a 4-day extension for the Motion to Dismiss, a 7-day extension for the Response, and a 7-day extension for the Reply.

The parties jointly move for the Court to enter the above briefing schedule and to vacate the Initial Pretrial and Scheduling Conference scheduled for September 14, 2022, at 9:00 a.m., ECF No. 7, pending the Court's resolution of Defendants' motion to dismiss.

August 18, 2022                                          Respectfully submitted,

*/s/ R. Trent McCotter*
R. Trent McCotter
  Attorney-In-Charge
  So. Dist. No. 3712529
  N.C. Bar No. 43045
Jared M. Kelson (*pro hac vice*)
  D.C. Bar No. 241393
Boyden Gray & Associates
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

*Counsel for Plaintiffs*

*/s/ Isaac C. Belfer*
Isaac C. Belfer
  Attorney-In-Charge
  D.C. Bar No. 1014909
Oliver McDonald
  Of Counsel
  N.Y. Bar No. 5416789
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC 20044-0386
(202) 305-7134 (Belfer)
(202) 305-0168 (McDonald)

(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov
Oliver.J.McDonald@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

August 18, 2022                               /s/ Isaac C. Belfer
                                              Isaac C. Belfer