## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

ROBERT L. APTER, *et al.*,

                                   Plaintiffs,        Case No. 3:22-cv-184

          v.                                          JUDGE JEFFREY V. BROWN

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*,

                                   Defendants.

## [PROPOSED] ORDER

Upon review of the parties' Joint Unopposed Motion for a Briefing Schedule for Defendants' Motion to Dismiss, the Court ORDERS that the motion is GRANTED. The Court further ORDERS that the following deadlines apply to Defendants' motion to dismiss:

| | |
|---|---|
| Defendants' Motion to Dismiss due: | August 26, 2022 |
| Plaintiffs' Response due: | September 23, 2022 |
| Defendants' Reply due: | October 7, 2022 |

The Court further ORDERS that the Initial Pretrial and Scheduling Conference scheduled for September 14, 2022, at 9:00 a.m. is vacated pending the Court's resolution of Defendants' motion to dismiss.

SO ORDERED, this ___ day of August, 2022.

_____
JEFFREY V. BROWN
United States District Judge

2