UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-184 <br><br> JUDGE JEFFREY V. BROWN |

# ORDER

Upon review of the parties' Joint Unopposed Motion for a Briefing Schedule for Defendants' Motion to Dismiss, the Court ORDERS that the motion is GRANTED. The Court further ORDERS that the following deadlines apply to Defendants' motion to dismiss:

| | |
|---|---|
| Defendants' Motion to Dismiss due: | August 26, 2022 |
| Plaintiffs' Response due: | September 23, 2022 |
| Defendants' Reply due: | October 7, 2022 |

Signed on Galveston Island this 19th day of August, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE