| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

Robert L. Apter, M.D., FACEP, et al

*versus*

Department of Health and Human Services, et al

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David A. Dalia<br>Attorney at Law<br>830 Union Street, Suite 302<br>New Orleans, LA. 70112<br>T: 504-524-5541<br>EMAIL: davidadalia@gmail.com<br>Louisiana Bar No. 01320 |

| Name of party applicant seeks to appear for: | America's Frontline Doctors (Forthcoming proposed amicus curiae) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:<br>Sept. 28, 2022 | Signed:<br>/s/ David A. Dalia |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge