United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.* § § § *Plaintiffs*, § VS. § DEPARTMENT OF HEALTH AND § HUMAN SERVICES, *et al.*, § § *Defendants*. § | NO. 3:22-CV-184 |

# ORDER

Before the court is an unopposed motion to file the Association of American Physicians and Surgeons's *amicus curiae* brief in support of the plaintiffs. Dkt. 29. That motion is granted.

Signed on Galveston Island on the 30th day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE