# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-184 <br><br> JUDGE JEFFREY V. BROWN |

## [PROPOSED] ORDER

Upon review of Defendants' Unopposed Motion for an Extension of Time to File Their Reply in Support of Their Motion to Dismiss, the Court ORDERS that the motion is GRANTED. The Court further ORDERS that Defendants' reply in support of their motion to dismiss is due October 21, 2022.

SO ORDERED, this ___ day of _____, 2022.

_____
JEFFREY V. BROWN
United States District Judge