United States District Court
Southern District of Texas
**ENTERED**
October 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, | |
| Plaintiffs, | Case No. 3:22-cv-184 |
| v. | JUDGE JEFFREY V. BROWN |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

**ORDER**

Upon review of Defendants' Unopposed Motion for an Extension of Time to File Their Reply in Support of Their Motion to Dismiss, the Court ORDERS that the motion is GRANTED. The Court further ORDERS that Defendants' reply in support of their motion to dismiss is due October 21, 2022.

Signed on Galveston Island this 3rd day of October, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE