United States District Court
Southern District of Texas

**ENTERED**
October 05, 2022

~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-184 |
|---|---|---|---|

| Robert L. Apter, M.D., FACEP, et al |
|---|
| *versus* |
| Department of Health and Human Services, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David A. Dalia<br>Attorney at Law<br>830 Union Street, Suite 302<br>New Orleans, LA. 70112<br>T: 504-524-5541<br>EMAIL: davidadalia@gmail.com<br>Louisiana Bar No. 01320 |
|---|---|

| Name of party applicant seeks to appear for: | America's Frontline Doctors (Forthcoming proposed amicus curiae ) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: Sept. 28, 2022 | Signed: /s/ David A. Dalia |
|---|---|

| The state bar reports that the applicant's status is: | Clear |
|---|---|
| October 05, 2022<br>Dated: | Clerk's signature        G. Cardenas |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: __October 05, 2022__

_____
United States District Judge