United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT L. APTER, *et al.* | § § § | |
| *Plaintiffs*, | § | |
| VS. | § | NO. 3:22-CV-184 |
| | § | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the court is an unopposed motion to file America's Frontline Doctors' *amicus curiae* brief in support of the plaintiffs. Dkt. 35. That motion is granted.

Signed on Galveston Island on the 7th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE