UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT L. APTER, *et al.*, | § § | |
| *Plaintiffs,* | § § | |
| vs. | § | CIVIL ACTION NO. 3:22-cv-184 |
| | § | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | § § | |
| *Defendants.* | | |

# **[PROPOSED] ORDER**

Before the Court is Plaintiffs' unopposed motion for a hearing on Defendants' motion to dismiss the amended complaint. That motion is granted.

The Court shall hear argument in Galveston on _____, 2022.

SIGNED on Galveston Island on the _____ day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE