## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Robert L. Apter, et al.

v.                                    Case Number: 3:22−cv−00184

Department Of Health And Human
Services, et al.

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 11/1/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion to Dismiss − #25

---

Date:    October 7, 2022                          Nathan Ochsner, Clerk