UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, | |
| Plaintiffs, | Case No. 3:22-cv-184 |
| v. | JUDGE JEFFREY V. BROWN |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

**Defendants' Unopposed Motion for Leave to File
Reply Brief in Excess of Page Limits**

Defendants respectfully request that the Court grant them leave to file a 22-page reply in support of their motion to dismiss. Under Rule 5(f) of the Galveston District Court Rules of Practice, replies in support of a motion are generally limited to 15 pages. Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Defendants' request is reasonable. Defendants' 30-page motion raised several grounds for dismissal. Dkt. 25. Plaintiffs responded with a 30-page opposition. Dkt. 27. Also, two organizations filed amicus briefs in support of Plaintiffs' opposition. Dkt. 31, 35-1. Given the substantial issues raised in Defendants' motion and Plaintiffs' opposition, and the arguments raised in the amicus briefs in support of Plaintiffs' opposition, Defendants respectfully request leave to file a 22-page reply in support of their motion.

October 20, 2022                              Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ Isaac C. Belfer*
Isaac C. Belfer
  Attorney-In-Charge
  D.C. Bar No. 1014909
Oliver McDonald
  Of Counsel
  N.Y. Bar No. 5416789
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC  20044-0386
(202) 305-7134 (Belfer)
(202) 305-0168 (McDonald)
(202) 514-8742 (fax)
Isaac.C.Belfer @usdoj.gov
Oliver.J.McDonald@usdoj.gov

*Counsel for Defendants*

</div>

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

October 20, 2022                                */s/ Isaac C. Belfer*
                                                                    Isaac C. Belfer