United States District Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, *et al.*, | |
| Plaintiffs, | Case No. 3:22-cv-184 |
| v. | JUDGE JEFFREY V. BROWN |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

## ORDER

Upon review of Defendants' Unopposed Motion for Leave to File Reply Brief in Excess of Page Limits, the Court ORDERS that the motion is GRANTED. The Court further ORDERS that Defendants' reply in support of their motion to dismiss shall not exceed 22 pages.

Signed on Galveston Island this 21st day of October, 2022.

JEFFREY VINCENT BROWN
United States District Judge