# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ROBERT L. APTER, M.D., FACEP; MARY TALLEY BOWDEN, M.D.; and PAUL E. MARIK, MBBCh, M.MED, FCCM, FCCP, *Plaintiffs*, v. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; FOOD AND DRUG ADMINISTRATION; and ROBERT M. CALIFF, M.D., MACC, in his official capacity as Commissioner of Food and Drugs, *Defendants*. | No. 3:22-cv-184 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's December 6, 2022, Memorandum Opinion and Order (ECF No. 45) dismissing Plaintiffs' Amended Complaint.

2

| | |
|---|---|
| December 9, 2022 | /s/ R. Trent McCotter |

                                                      R. Trent McCotter
                                                           Attorney-In-Charge
           So. Dist. No. 3712529
           N.C. Bar No. 43045
Jared M. Kelson (*pro hac vice*)
           D.C. Bar No. 241393
Boyden Gray & Associates
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

               <u>/s/ R. Trent McCotter</u>

               R. Trent McCotter