# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
October 24, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
September 1, 2023
Lyle W. Cayce
Clerk

No. 22-40802

ROBERT L. APTER, MARY TALLEY BOWDEN, and PAUL E. MARIK,

*Plaintiffs—Appellants,*

versus

DEPARTMENT OF HEALTH & HUMAN SERVICES; XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*; FOOD & DRUG ADMINISTRATION; ROBERT M. CALIFF, *in his official capacity as Commissioner of Food and Drugs*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-184

---

Before CLEMENT, ELROD, and WILLETT, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Oct 24, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 24, 2023

Mr. Nathan Ochsner  
Southern District of Texas, Galveston  
United States District Court  
601 Rosenberg Street  
Room 411  
Galveston, TX 77550-0000

     No. 22-40802   Apter v. Dept of Health & Human Svc  
                     USDC No. 3:22-CV-184

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____  
                             Nancy F. Dolly, Deputy Clerk  
                             504-310-7683

cc:  Mr. David Anthony Dalia  
     Mr. Alan Dumoff  
     Mrs. Ashley Cheung Honold  
     Mr. Jared Kelson  
     Mr. R. Trent McCotter  
     Mr. Oliver McDonald  
     Mr. Andrew Layton Schlafly  
     Mr. Daniel Bentele Hahs Tenny