United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT APTER, *ET AL.*, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> U.S. DEPARTMENT OF HEALTH AND § <br> HUMAN SERVICES, *ET AL.*, § <br> § <br> Defendants. § | 3:22-cv-184 |

## ORDER

The court will hold a telephonic status conference for this case on **Wednesday, November 29, 2023, at 11:30 a.m.** Counsel for each party are ordered to participate in the conference. On **Tuesday, November 28, 2023**, the parties are ordered to submit to the court a <u>joint</u> proposed docket-control order for the case. The template for the court's docket-control order can be found at: https://www.txs.uscourts.gov/page/united-states-district-judge-jeffrey-v-brown.

The pending motion for oral argument on the government's motion to dismiss, Dkt. 36, is hereby denied as moot.

Signed on Galveston Island this 1st day of November, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE