UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Robert L. Apter, et al.

v.  Case Number: 3:22–cv–00184

Department Of Health And Human
Services, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
by telephone
    Dial in Number: 409-763-7801
    Conference ID: 37801#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 11/29/2023

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference

RE: Order – #52

---

Date:   November 26, 2023                              Nathan Ochsner, Clerk