United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT APTER, *ET AL.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| VS. § | | 3:22-cv-184 |
| § | | |
| U.S. DEPARTMENT OF HEALTH § | | |
| AND HUMAN SERVICES, *ET AL.*, § | | |
| § | | |
| Defendants. § | | |

# **ORDER**

As requested by the court, the parties have filed a joint proposed docket-control order. Dkt. 54. Having considered the submission, the court hereby orders that the defendants may file a renewed motion to dismiss for lack of subject-matter jurisdiction by **December 15, 2023**. If the plaintiffs wish to respond to the motion, they must file their response by **January 5, 2024**. The plaintiffs are also welcome, if they prefer, to rely on their response to the defendants' previously filed motion to dismiss. Should the plaintiffs choose this latter course, they should file a letter so notifying the court. If the plaintiffs file a response to the renewed motion and the defendants wish to reply to it, they must do so by **January 12, 2024**. Once the renewed briefing is complete, the court will rule as expeditiously as possible.

Discovery is stayed until the court rules on the renewed motion to dismiss. If the court denies the motion, the parties shall submit another joint proposed docket-control order no later than ten days after the ruling is issued.

Signed on Galveston Island this 30th day of November, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE