United States District Court
Southern District of Texas
**ENTERED**
December 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT APTER, *ET AL.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-cv-184 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, | § § § § | |
| Defendants. | § | |

## **ORDER**

Before the court is the defendants' unopposed motion to file under seal their renewed motion to dismiss, the declaration of Isaac C. Belfer, and the exhibits thereto. Dkt. 58. The motion is granted.

Signed on Galveston Island this 26th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE