United States District Court
Southern District of Texas
**ENTERED**
March 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARY TALLEY BOWDEN, § § Plaintiff, § § VS. § § U.S. DEPARTMENT OF HEALTH § AND HUMAN SERVICES, *et al.*, § § Defendants. § | 3:22-cv-184 |

## AMENDED DOCKET-CONTROL ORDER

This case will be controlled by the following revised schedule:

### DEADLINES

1. **3/14/2024**  **START OF DISCOVERY.**

2. **6/14/2024**  **COMPLETION OF DISCOVERY.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. **7/12/2024**  **DISPOSITIVE MOTIONS.**

Signed on Galveston Island this 1st day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE