United States District Court
Southern District of Texas
**ENTERED**
March 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARY TALLEY BOWDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-cv-184 |
| | § | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **STIPULATED DISMISSAL**

On March 21, 2024, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 74.

Accordingly, it is hereby **ORDERED** that all claims in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 22nd day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE